IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | No. 4:21-CV-01091 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| VINTAGE BRAND, LLC, | |
| Defendant. | |

## ORDER

### JULY 14, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff The Pennsylvania State University's motion to dismiss Count IV of Defendant Vintage Brand, LLC's First Amended Counterclaim (Doc. 37) is **DENIED**.

2. Plaintiff shall file an answer to Count IV of Defendant's First Amended Counterclaim (Doc. 31) within 21 days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge