IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>Defendant. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

# ORDER

### OCTOBER 14, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that The Pennsylvania State University's motion for leave to amend its complaint (Doc. 48) is **GRANTED IN PART**, **DENIED IN PART**:

1. Penn State may amend its complaint to add the proposed four additional defendants and allegations regarding additional marks as well as the claim for false advertising and endorsement.

2. Penn State cannot remove allegations and claims concerning the Penn State University Seal mark.

If Penn State elects to file an amended complaint, it must do so by November 4, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge