UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, /s/Joshua D. Harms, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Stokes Lawrence, P.S.

1420 Fifth Avenue, Suite 3000

Seattle, WA 98101

Office Telephone: 206.626.6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see Attachment A

My attorney Identification number is: 55679

FOR COURT USE ONLY

\_\_\_\_\_ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Matthew W. Brann    Date: 4/12/2023
Matthew W. Brann
Chief United States District Judge