IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VINTAGE BRAND, LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 13th day of April 2023, upon consideration of the parties' Joint Motion to Amend the Case Management Order and to Exceed Page and Word-Count Limitation, **IT IS HEREBY ORDERED** that the motion is **GRANTED. IT IS FURTHER ORDERED** that:

1. The Case Management Order (Docs. 33, 42, 47, 62, 80) is amended to reflect the following deadline. The Order otherwise remains in full force.

　　Dispositive Motions and Briefs Due:　　　　　June 2, 2023

2. The parties are authorized, pursuant to Local Rule 7.8(b)(3), to exceed the word-count limit set forth in Local Rule 7.8 with respect to the parties' opening briefs and opposition briefs pertaining to dispositive motions. Those briefs may not

exceed thirty (30) pages in length.  This Order does not impact the length of any reply briefs submitted in support of dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge