# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br>      Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC, et al.,<br><br>      Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO INCREASE PAGE LIMITATION

Plaintiff The Pennsylvania State University ("Penn State") and Defendants Vintage Brand, LLC, Sportswear Inc., Chad Hartvigson, Erik Hartvigson, and Michelle Young ("Defendants"), by and through their undersigned counsel, respectfully move the Court to increase the page limitation for opening and opposition summary judgment briefs from 30 pages to 45 pages. In support of this motion, the Parties state as follows:

1. The Court set June 2, 2023 as the deadline for filing dispositive motions and established a 30-page limit for opening and opposition briefs. (ECF 90)

2. Since then, the Parties have begun drafting their dispositive motions and supporting papers and have arrived at the same conclusion: given the number of issues in the case, the factual background, the need to include numerous images, and the multi-factor analysis required for certain issues, additional pages are needed to properly present the issues to the Court for resolution.

3. To fully address the relevant legal questions and to state the Parties' respective positions, the Parties respectfully request that the Court grant them leave to file opening and opposition briefs of up to 45 pages in length. The Parties do not request leave to exceed the word-count limit on reply briefs.

4. A proposed order reflecting the requested page limitation increase is attached.

Dated: May 26, 2023                              Respectfully submitted,

By: */s/ Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-1368
lwheatley@mcguirewoods.com
celler@mcguirewoods.com

Allison Ebeck, Esq.
Pa. I.D. No. 322837
MCGUIREWOODS LLP
Tower Two Sixty – Suite 1800
260 Forbes Avenue
Pittsburgh, PA 15222
(412) 667-6000
aebeck@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

By: */s/ Bradford J. Axel*
Bradford J. Axel, Esq. (*Pro Hac Vice*)
Leslie Vander Griend, Esq. (*Pro Hac Vice*)
John Fetters, Esq., *(Pro Hac Vice)*
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 626-6000
Bradford.Axel@stokeslaw.com
Leslie.VanderGriend@stokeslaw.com
John.Fetters@stokeslaw.com

Jodi S. Wilenzik, Esq.
PA Supreme Court I.D. No. 89205
Mark H. Perry, Esq.
PA Supreme Court I.D. No. 68610
POST & SCHELL, P.C.
1600 JFK Boulevard, 13th Floor
Philadelphia, PA 19103
215-587-1101
jwilenzik@postschell.com
mperry@postschell.com

*Attorneys for Defendants*