# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>                    Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC, et al.,<br><br>                    Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## ORDER

May 26, 2023

AND NOW, upon review of the parties' Joint Motion to Increase Page Limitation ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion and ORDERS that the Case Management Order (ECF 33, 42, 47, 62, 80, 90) is amended to reflect that the parties are authorized, pursuant to Local Rule 7.8(b)(3), to file opening and opposition summary judgment briefs up to forty-five (45) pages in length. This Order does not impact the length of any reply briefs submitted in support of dispositive motions.

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge