# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, <br><br> Plaintiff and Counter-Claim Defendant, <br><br> v. <br><br> VINTAGE BRAND, LLC; <br><br> Defendant and Counter-Claim Plaintiff <br><br> and <br><br> SPORTSWEAR INC. d/b/a PREP SPORTWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; and MICHELLE YOUNG, <br><br> Defendants. | Case No. 4:21-cv-01091-MWB <br> (Hon. Matthew W. Brann) <br><br> JURY TRIAL DEMANDED |

## **VINTAGE BRAND, LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying Brief and Statement of Facts, Defendant Vintage Brand, LLC hereby moves for summary judgment on the merits of all of the claims set forth in Plaintiff The Pennsylvania State University's Second Amended Complaint. Vintage Brand further moves for summary judgment on Count I of its Counterclaims and respectfully requests that the Court grant relief in the form of ordering that the Patent

and Trademark Office cancel Trademark Registration Nos. 1,276,712 and 5,877,080.

A proposed order is attached.

Dated: June 2, 2023

Respectfully submitted,

By: /s/ *Joshua D. Harms*
Joshua D. Harms, Esq., *pro hac vice*
Washington I.D. No. 55679
Leslie Vander Griend, Esq., *pro hac vice*
Washington I.D. No. 28090
John T. Fetters, Esq., *pro hac vice*
Washington I.D. No. 40800
Valerie A. Walker, Esq., *pro hac vice*
Washington I.D. No. 52584
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 626-6000
Fax: (206) 464-1496
Joshua.Harms@stokeslaw.com
Leslie.VanderGriend@stokeslaw.com
John.Fetters@stokeslaw.com
Valerie.Walker@stokeslaw.com

Mark P. McKenna, Esq., *pro hac vice*
Illinois I.D. No. 6272699
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (646) 898-2055
Fax: (646) 906-8657
Mark@lex-lumina.com

Jodi S. Wilenzik, Esq.
PA Supreme Court I.D. No. 89205
Mark H. Perry, Esq.
PA Supreme Court I.D. No. 68610
POST & SCHELL, P.C.
1600 JFK Boulevard, 13th Floor
Philadelphia, PA 19103
Phone: (215) 587-1101
Fax: (215) 320-4159
jwilenzik@postschell.com
mperry@postschell.com

*Attorneys for Defendants*

# CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I, Joshua D. Harms, certify that on June 1, 2023, counsel for Defendant Vintage Brand, LLC conferred with counsel for Plaintiff The Pennsylvania State University regarding the relief that Vintage Brand seeks in this Motion. Plaintiff's counsel does not concur with Vintage Brand's requested relief.

Dated: June 2, 2023	By: /s/ *Joshua D. Harms*
	Joshua D. Harms, Esq., *pro hac vice*
	Washington I.D. No. 55679
	STOKES LAWRENCE, P.S.
	1420 Fifth Avenue, Suite 3000
	Seattle, WA 98101
	Phone:	(206) 626-6000
	Fax:	(206) 464-1496
	Joshua.Harms@stokeslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Summary Judgment and supporting Brief and Statement of Facts with the Clerk of the Court using the CM/ECF system on this 2nd day of June 2023, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Allison L. Ebeck, Esquire
>McGuire Woods LLP
>Tower Two-Sixty
>260 Forbes Avenue, Suite 1800
>Pittsburgh, PA  15222-3142
>
>Claire H. Eller, Esquire (admitted pro hac)
>Lucy J. Wheatley, Esquire (admitted pro hac)
>Matthew G. Rosendahl, Esquire (admitted pro hac)
>McGuire Woods LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA  23219-3916
>Attorneys for Plaintiff,
>The Pennsylvania State University

Dated:  June 2, 2023

By: /s/ *Joshua D. Harms*
Joshua D. Harms, Esq., *pro hac vice*
Washington I.D. No. 55679
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Phone:   (206) 626-6000
Fax:      (206) 464-1496
Joshua.Harms@stokeslaw.com