## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Plaintiff, | Case No. 4:21-cv-01091-MWB <br> Hon. Matthew W. Brann |
| v. | JURY TRIAL DEMANDED |
| VINTAGE BRAND, LLC; SPORTSWEAR, INC., dba PREP SPORTSWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; MICHELLE YOUNG, | |
| Defendants. | |

## Plaintiff The Pennsylvania State University's
## Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its
## Partial Motion for Summary Judgment

Pursuant to Local Rule 56.1, The Pennsylvania State University ("Penn State" or "the University") hereby sets forth the following statement of material facts to which there is no dispute nor genuine issue to be tried, in support of its Partial Motion for Summary Judgment:

### I.    Plaintiff Penn State

1.    Penn State is the flagship public research university in the Commonwealth of Pennsylvania and is famous throughout the United States and the world for its educational programs, athletics programs, and many other goods and

1

services that are offered and provided to students, alumni, and members of the general community.  *See Exhibit 1, Declaration of Stephanie Petulla* **("Petulla Decl.")***, ¶ 6.*

2.     Penn State enrolls approximately 100,000 students from across the United States and abroad each year and employs over 31,000 faculty and staff.  *See Petulla Decl. (Ex. 1), ¶ 6.*

3.     Penn State has one of the largest living alumni bases among all U.S.-based universities.  Almost one percent of all college graduates in the United States are Penn State alumni.  *See Petulla Decl. (Ex. 1), ¶ 6.*

4.     Penn State has more than 740,000 alumni in the United States and across the world, which is much higher than most other colleges.  *See Deposition Transcript of C. Thomas McGrath [Rule 30(b)(6) Witness for Penn State] (11-14-2022) (herein* **"Penn State Dep."***) (Exhibit 2) at 42:19-24, 43:12-13.*

5.     These students, faculty, staff, and alumni, as well as the general public nationwide, have come to recognize and associate the University Marks, as defined below, with goods sourced from or licensed by Penn State.  *See Petulla Decl. (Ex. 1), ¶ 15; Exhibit 12 [PSU0012335] at 6 (results from recent University engagement study conducted by Penn State showing that about 39% of the general adult population in Pennsylvania, Ohio, New York, Connecticut, New Jersey, Maryland, and Washington D.C. consider themselves avid or casual Penn State fans); id. at 9-*

*11 (noting that members of the Penn State community notice companies and brands that partner with Penn State and that this connection to Penn State can affect consumer decisions); Exhibit 41 [Expert Report of David Franklyn] at 9-11, 22-26 (results from consumer survey concluding that consumers recognize Penn State-related images on t-shirts as being trademarks).*

**A. Penn State's Trademarks**

6.      Penn State promotes its goods and services through a variety of valuable trademarks.  *See Petulla Decl. (Ex. 1), ¶ 7.*

7.      The PENN STATE Mark, the TPSU Mark, the Lion Shrine Logo, the Pozniak Lion Logo, the S Lion Logo, and the University Seal (as defined below) are referred to collectively as "**the University Marks**".  Penn State has been continuously using each of the University Marks since before 2017.  *See Petulla Decl. (Ex. 1), ¶ 8.*

**1) The PENN STATE Mark**

8.      Penn State has been using PENN STATE as a trademark continuously since at least as early as 1908 for many goods and services (the **"PENN STATE Mark"**).  *See Petulla Decl. (Ex. 1), ¶¶ 7-8; see generally Exhibit 3 at 2-175 (composite examples of authorized products bearing the PENN STATE Mark); id. at 70-102 (examples of genuine merchandise bearing the PENN STATE Mark being sold from 2013-2017 through screen captures obtained through Wayback Machine);*

*id.* at 107 (article from Daily Collegian newspaper dated March 14, 1988 discussing licensed genuine Penn State merchandise being sold and including a picture of merchandise with the PENN STATE Mark for sale at the University bookstore); *Ex. 4* at 3-4, 11-12 (registration certificates covering Penn State's federal registrations for the PENN STATE Marks and showing dates of first use for this mark); Second Amended Compl. (Dkt. 67), ¶ *25* & Answer (Dkt. 72), ¶ *25* (admitting that Penn State owns the cited registrations).*

9.      Penn State owns valid and subsisting United States federal trademark registrations with the United States Patent and Trademark Office (**the "USPTO"**) covering the PENN STATE Mark including, among others, U.S. Registration No. 1308610 (registered 12/11/1984); and U.S. Registration No. 5766698 (registered 06/04/2019). *Ex. 4 at 2-17 (registration certificates for U.S. Reg. Nos. 1308610 and 5766698, along with Trademark Status Reports showing that these registrations remain valid for the listed goods and services); Second Amended Compl. (Dkt. 67), ¶ 25 & Answer (Dkt. 72), ¶ 25 (admitting that Penn State owns the above registrations).*

10.      U.S. Registration No. 1308610 for the PENN STATE Mark is incontestable. *See Ex. 4 at 2-9 (registration certificate showing designation under Section 15); Lanham Act § 15, 15 U.S.C. § 1065 (provision setting out grant of incontestability for qualifying trademark registrations).*

4

11.     Penn State's registrations for the PENN STATE Mark cover a variety of goods and services including many different types of merchandise. U.S. Registration No. 1,308,610 covers, *inter alia*, decals, stickers, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, jerseys, shorts, sweat shirts, socks, hats, rugs and non-textile wall hangings. *See Ex. 4 at 5-8 (Trademark Status Report for U.S. Reg. 1,308,610, showing the goods and services currently covered by this registration).* U.S. Registration No. 5,766,698 covers, *inter alia*, decorative magnets, drinking glasses, cutting boards, fabric flags, hooded sweatshirts, sweatpants, caps being headwear, coasters, and jigsaw puzzles. *See Ex. 4 at 14-16 (Trademark Status Report for U.S. Reg. 5,766,698, showing the goods and services currently covered by this registration).*

12.     Penn State uses the PENN State Mark with the registered goods including drinking mugs, tumblers, shirts, t-shirts, socks, hats, pennants, decals, sweatshirts, hoodies, decorative magnets, coasters, cutting boards, puzzles, and rugs and non-textile wall hangings. *See, e.g., Ex. 3 at 3-5, 8, 11, 16, 22, 28, 39, 50, 53, 57, 61, 64, 66 (composite examples showing the listed products being sold, with Penn State's permission, under the PENN STATE Mark); Ex. 4 at 2-17 (registration certificates covering Penn State's federal registrations for the PENN STATE Marks); Second Amended Compl. (Dkt. 67), ¶ 25 & Answer (Dkt. 72), ¶ 25 (admitting that Penn State owns the above registrations).*

13.　A representative sample of genuine products that Penn State or its authorized licensees have sold bearing the PENN STATE Marks is shown below:



*See Ex. 3 at 3-5, 9, 11, 15, 23, 25, 28-29, 36, 38, 167 (composite examples of authorized products bearing the PENN STATE Mark including on goods manufactured or sold by Penn State Athletics Online Store, Lion's Pride, The Family Clothesline, The Penn State Bookstore, and McLanahans). See also Petulla Decl. (Ex. 1), ¶ 17 (Lions Pride, Family Clothesline, and McLanahans sell authorized Penn State merchandise); Penn State Dep. (Ex. 2) at 80:17-82.5, 85:5-87:6 (Penn State Athletics store and the Penn State Bookstore sell authorized merchandise).*

## 2) The Mark THE PENNSYLVANIA STATE UNIVERSITY

14.   Penn State has been using THE PENNSYLVANIA STATE UNIVERSITY as a trademark continuously since at least as early as 1953 for many goods and services (the "**TPSU Mark**"). *See Petulla Decl. (Ex. 1), ¶¶ 7-8; Exhibit 5 at 2, 5, 24, 33 (composite examples of Penn State's authorized uses of the TPSU Mark); id. at 35-38 (example of 1985 advertisement for genuine Penn State merchandise available at the University's bookstore bearing the TPSU Mark); Ex. 6 at 2-18 (registration certificates for the TPSU Marks).*

15.   Penn State owns valid and subsisting United States federal trademark registrations covering the TPSU Mark, including U.S. Registration No. 1,315,693 (registered 01/22/1985); U.S. Registration No. 5,399,989 (registered 02/13/2018); and U.S. Registration No. 5,742,516 (registered 05/07/2019). *See Ex. 6 at 2-18*

*(registration certificates for the TPSU Marks along with Trademark Status Reports showing that these registrations remain valid for the listed goods and services).*

16.     One of Penn State's registrations for the TPSU Mark (U.S. Registration No. 1,315,693) is incontestable.  *See Ex. 6 at 8 (registration certificate showing Section 15 designation); Lanham Act § 15, 15 U.S.C. § 1065 (provision setting out grant of incontestability for qualifying trademark registrations).*

17.     Penn State's registrations for the TPSU Mark cover a variety of goods and services including many different types of merchandise.  U.S. Registration No. 1,315,693 covers, *inter alia*, decals, drinking mugs, tankards, glasses, cups, and tumblers.  *See Ex. 6 at 10-12 (Trademark Status Report for U.S. Reg. 1,315,693, showing the goods and services currently covered by this registration).*  U.S. Registration No. 5,399,989 covers, *inter alia*, hats, jackets, shirts, shorts, sweat shirts, and t-shirts.  *See Ex. 6 at 17-18 (Trademark Status Report for U.S. Reg. 5,399,989, showing the goods and services currently covered by this registration).*  U.S. Registration No. 5,742,516 covers decorative magnets and fabric flags.  *See Ex. 6 at 5-6 (Trademark Status Report for U.S. Reg. 5,742,516, showing the goods and services currently covered by this registration).*

18.     Penn State uses the TPSU Mark in connection with these registered goods, including, *inter alia*, decals, drinking mugs, sweatshirts, t-shirts, and hats.

*Ex. 5 at 2, 5, 24, 33 (composite examples of Penn State's authorized uses of the TPSU Mark); Ex. 6 at 2-18 (registration certificates for the TPSU Marks).*

19. A representative sample of genuine products that Penn State or its authorized licensees have sold bearing the TPSU Marks is shown below:

   

 

 

*See Ex. 5 at 6-8, 10, 22, 28, 34, 52 (composite examples of Penn State's authorized uses of the TPSU Mark including on goods manufactured or sold by The Family Clothesline, Lions Pride, McLanahans, and The Penn State Bookstore). See also Petulla Decl. (Ex. 1), ¶ 17 (Lions Pride, Family Clothesline, and McLanahans sell authorized Penn State merchandise); Penn State Dep. (Ex. 2) at 81:17-82:5, 85:17-87:6 (Penn State bookstore at psu.spirit.bncollege.com sells authorized Penn State merchandise).*

### 3) The Lion Shrine Logo

20.    Penn State's mascot is the "Nittany Lion". *See Declaration of Jackie R. Esposito (Exhibit 7)* (**"Esposito Decl."**), *¶ 7.*

21.    The Nittany Lion is the most recognized symbol to Penn State students, alum, and fans. *Esposito Decl., (Ex. 7), ¶ 9.*

22.    Penn State has used different logos over the years that feature different visual iterations of the Nittany Lion. *Esposito Decl., (Ex. 7), ¶ 9.*

23.    Among these are logos that depict the 600-pound limestone "shrine" of the Nittany Lion located on Penn State's campus, that was commissioned by the University as the Class of 1940 gift, carved by Heinz Warneke, and completed in October 1942. *Esposito Decl. (Ex. 7), ¶¶ 10-11.* The shrine is an icon at Penn State, and well known to the public as an important symbol signifying Penn State. *Id. ¶ 12.*

It is the second most photographed landmark in Pennsylvania, surpassed only by the Liberty Bell. *Id.* ¶ *12.*

24.     Based on the Nittany Lion's long association with Penn State, Penn State has adopted stylized logo versions of the Nittany Lion shrine as brands. Examples of Penn State's logos that depict the Nittany Lion Shrine, and which Penn State has been using continuously for decades, include:





(together, the **"Lion Shrine Logo"**). *Exhibit 8 at 3, 6, 10, 14, 40, 48 (composite examples of Penn State's authorized uses of the Lion Shrine Logo)*; *Ex. 8 at 2-3, 7-9 (registration certificates covering Penn State's federal registrations for the Lion Shrine Logo)*; *Petulla Decl. (Ex. 1), ¶¶ 7-8.*

25.     Penn State owns valid and subsisting United States federal trademark registrations covering the Lion Shrine Logo, including U.S. Registration No. 1,350,286 (registered 07/23/1985); and U.S. Registration No. 1,397,810 (registered 06/17/1986). *Ex. 9 at 2-14 (registration certificates covering Penn State's federal registrations for the Lion Shrine Logo along with Trademark Status Reports showing that these registrations remain valid for the listed goods and services).*

26.     Both of Penn State's federal registrations (Registration Nos. 1,350,286 and 1,397,810) that cover the Lion Shrine Logo are incontestable. *See Ex. 9 at 2-3, 7-9 (registration certificates covering Penn State's federal registrations for the Lion Shrine Logo showing Section 15 designation); Lanham Act § 15, 15 U.S.C. § 1065 (provision setting out grant of incontestability for qualifying trademark registrations).*

27.     Penn State's U.S. Registration No. 1,350,286 for the Lion Shrine Logo covers a variety of different types of merchandise, including decorative magnetic stickers, decals, drinking mugs, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweatshirts, and hats. *See Ex. 9 at 11-13 (Trademark Status Report for U.S. Reg. 1,350,286 showing goods and services currently covered by this registration).*

28.     Penn State and its authorized licensees use the Lion Shrine Logo in connection with goods covered by Penn State's registrations, including, *inter alia,* decorative magnetic stickers, drinking mugs, pennants, decals, t-shirts, sweatshirts,

and hats. *See Ex. 8 at 3, 6, 10, 14, 38, 40, 48 (composite examples of Penn State's authorized uses of the Lion Shrine Logo)*; *Ex. 9 at 2-3, 7-9 (registration certificates covering Penn State's federal registrations for the Lion Shrine Logo)*; *Exhibit 10 [PSU0011530] at 94, 132, 141 (certified file wrapper for U.S. Reg. No. 1,350,286, showing specimens of use submitted to and accepted by the USPTO, including drinking mug, pennant, magnetic stickers, decals, t-shirts)*.

29.     A representative sample of genuine products that Penn State or its authorized licensees have sold bearing the Lion Shrine Logo is shown below:





   

*See Ex. 8 at 3, 6, 8, 10, 14, 16, 17, 19, 31, 36, 40, 45, 48, 51 (composite examples of Penn State's authorized uses of the Lion Shrine Logo including on goods manufactured or sold by Lions Pride, McLanahans, and The Penn State Bookstore); Exhibit 10 [PSU0011530] at 94, 102, 128, 137, 244, 255 (certified file wrapper for U.S. Reg. No. 1350286, showing specimens of use submitted to and accepted by the USPTO, including the pennant, wall décor, decorative magnets, ceramic mug, hat and clear drinkware pictured above). See also Petulla Decl. (Ex. 1), ¶ 17 (Lions Pride and McLanahans sell authorized Penn State merchandise); Penn State Dep. (Ex. 2) at 81:17-82:5, 85:17-87:6 (Penn State bookstore at psu.spirit.bncollege.com sells authorized Penn State merchandise).*

### 4) The Pozniak Lion Logo

30.     Penn State has used in commerce and owns a federal registration for the design mark referred to as the "**Pozniak Lion Logo**." *See Petulla Decl. (Ex. 1), ¶ 7.* This logo, shown here, has been continuously used for decades by Penn State and its predecessors in interest:



*See Ex. 11 at 2-3 (registration certificate covering Penn State's Pozniak Lion Logo and showing date of first use of May 31, 1983).*

31.     This logo was designed by Ray Pozniak. *See Penn State Dep. (Ex. 2) at 98:7-17.* Mr. Pozniak's heirs transferred his intellectual property rights in this logo to Penn State around August 2014. *Id. at 101:12-18.*

32.     After acquiring all rights in the Pozniak Lion Logo in around 2014, Penn State obtained a federal registration with the USPTO covering the Pozniak Lion Logo, U.S. Registration No. 5,305,910 (registered 10/10/2017). *See Ex. 11 at*

2-7 (*registration certificate covering Pozniak Lion Logo along with Trademark Status Report showing that this registration remains valid for the listed goods*).

33. Penn State, itself and through its predecessors in interest, has used and promoted the Pozniak Lion Logo continuously throughout the United States for several decades. *Petulla Decl. (Ex. 1), ¶¶ 7-8. See generally Exhibit 13 at 2-39 (composite examples of Penn State's authorized uses of the Pozniak Lion Logo)*; *id. at 31-39 (showing examples of historic uses of the Pozniak Lion Logo pulled from prior editions of the University's yearbook); Ex. 11 at 2-3 (registration certificate covering Pozniak Lion Logo).*

34. Penn State's U.S. Registration No. 5,305,910 for the Pozniak Lion covers, *inter alia*, metal novelty license plates, hats, t-shirts, and sweatshirts. *See Ex. 11 at 5-6 (Trademark Status Report for U.S. Reg. 5,305,910, showing the goods and services currently covered by this registration).*

35. Penn State uses the Pozniak Lion Logo in connection with, *inter alia*, clothing, hats, t-shirts, and license plates. *See Ex. 11 at 2-3 (Pozniak Lion registration certificate showing goods covered); Ex. 13 at 2, 5-7, 9-12, 15-21, 24, 26 (composite examples of Penn State's authorized uses of the Pozniak Lion Logo).*

36. Penn State permits the Pozniak Lion to be used (1) by the University's wrestling booster club, (2) by the Lion Ambassadors student group who, through the alumni association, serve as representatives on campus for visiting guests, and (3) on

approved state license plates.  *See Penn State Dep. (Ex. 2) at 98:7-99:11; Ex. 13 at 4-5, 7, 20, 24-25 (composite examples of Penn State's authorized uses of the Pozniak Lion Logo showing use by these three groups).*

37.    A representative sample of images showing authorized uses of the Pozniak Lion Logo, including on merchandise such as hats and apparel, is shown below:

  

  

   

   

 



*See Ex. 13 at 4, 7-8, 15, 17, 20, 22-30 (composite examples of Penn State's authorized uses of the Pozniak Lion Logo, drawn almost entirely from social media accounts for Penn State Lion Ambassadors Program (pp. 4, 7-8, 15, 23, 26, 28-29 and the Nittany Lion Wrestling Club (pp. 20, 22)).*

### 5) **The S Lion Logo**

38.    Since at least as early as 2015, Penn State has sold and authorized merchandise bearing the following brand, referred to as the "**S LION Logo**."



*See Petulla Decl. (Ex. 1), ¶¶ 7-8.*

39.    Penn State has sold the different goods bearing the S Lion Logo, including *inter alia*: clothing, hats, drink koozies, decorative wall art, coasters, mugs, magnets, drinking glasses, and food-related items that bear this logo. *See Exhibit 14 at 2-6, 9-11, 14, 40-42, 53-57 (composite examples of Penn State's authorized uses of the S Lion Logo).*

40.     Website captures from 2011-2017 obtained through the Wayback Machine show that Penn State—itself and through authorized licensees—was selling products bearing the S Lion Logo prior to 2018.  *See generally Exhibit 15 at 2-67 (collection of Wayback Machine captures showing, prior to 2018, webpages advertising and offering merchandise such as t-shirts and sweatshirts that bear the S Lion Logo).*  Examples of the goods that are shown on these pre-2018 webpages include the following:



*Id. at 9, 14, 26, 29-30, 36, 37, 51 (webpage captures prior to 2018 showing products listed for sale on Penn State's website <gopsusports.com> and on licensees' webpages).*

41.     A representative sample of genuine products that Penn State or its authorized licensees have sold bearing the S Lion Logo is shown below:



See *Exhibit 14* at 7, 10-11, 14, 31, 35, 37-38, 40-41, 43, 46, 48 (composite examples of Penn State's authorized uses of the S Lion Logo including on goods manufactured or sold by Penn State Athletics Online Store, The Penn State Bookstore, McLanahans, Hex Head Art, 19NINE, '47 brand, and Hillflint).  See also *Petulla Decl. (Ex. 1)*, ¶ 17 (Lions Pride, Family Clothesline, and McLanahans sell authorized Penn State merchandise); *Penn State Dep. (Ex. 2)* at 80:17-82.5, 85:5-87:6 (Penn State Athletics store and the Penn State Bookstore sell authorized merchandise); *Exhibit 18* at 3-4, 9 (list of authorized Penn State licensees showing

*that 19NINE, '47 brand, Hex Head (business name of Cobalt Design) and Hillflint (denominated as TL x HF LLC) are Penn State licensees);* Exhibit 47 *at 27 (search for Penn State licensees showing TL x HF LLC listed as an authorized licensee that operates at website hillflint.com).*

### 6) **The University Seal**

42.  Since at least as early as 1984, Penn State, directly and through authorized licensees, has promoted and sold goods and services throughout the United States using the following logos:

 

(collectively, the **"University Seal"**).  *See* Petulla Decl. (Ex. 1), *¶¶ 7-8;* Exhibit 16 *at 3, 8, 25-26, 28, 36-40 (composite examples of Penn State's authorized uses of the University Seal);* Exhibit 17 *at 2-4, 10-12 (registration certificates covering the University Seal).*

43.  Penn State owns valid and subsisting United States federal trademark registrations covering the University Seal including U.S. Registration No. 1,276,712

(registered 05/08/1984); and U.S. Registration No. 5,877,080 (registered 10/08/2019).  *See Ex. 17 at 2-18 (registration certificates covering the University Seal along with Trademark Status Reports showing that these registrations remain valid for the listed goods and services).*

44.    One of Penn State's registrations for the University Seal (U.S. Registration No. 1,276,712) is incontestable.  *Ex. 17 at 2-9 (registration certificate covering U.S. Registration No. 1,276,712 for the University Seal showing Section 15 designation); Lanham Act § 15, 15 U.S.C. § 1065 (provision setting out grant of incontestability for qualifying trademark registrations).*

45.    Penn State's registrations for the University Seal cover a variety of goods and services including different types of merchandise.  U.S. Registration No. 1,276,712 covers, *inter alia*, decorative magnetic stickers, decals, stickers, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweat shirts, shorts, and hats.  *See Ex. 17 at 5-7 (Trademark Status Report for U.S. Reg. 1,276,712, showing the goods and services currently covered by this registration).*  U.S. Registration No. 5,877,080 covers, *inter alia*, coasters, ceramic mugs, fabric flags, banners of textile, and hooded sweatshirts.  *See Ex. 17 at 14-15 (Trademark Status Report for U.S. Reg. 5,877,080, showing the goods and services currently covered by this registration).*

46.     Penn State uses the University Seal in connection with these registered goods, including, *inter alia*, decorative magnetic stickers, pennants, t-shirts, sweatshirts, hats, coasters, ceramic mugs, and hooded sweatshirts.  *See Ex. 17 at 2-18 (registration certificates covering the University Seal); Ex. 16 at 3, 8, 25-26, 28, 36-40 (examples of Penn State's authorized uses of the University Seal).*

47.     A representative sample of genuine products that Penn State or its authorized licensees have sold bearing the University Seal is shown below:



*See Ex. 16 at 5, 7, 8-12, 26, 28, 41 (examples of Penn State's authorized uses of the University Seal on genuine goods including t-shirts, sweatshirts, decals, stickers, magnets, drinkware, and pennants being offered for sale through Lions Pride, Gameday Couture, and The Family Clothesline). See also Petulla Decl. (Ex. 1), ¶ 17 (Lions Pride and Family Clothesline sell authorized merchandise); Ex. 18 [PSU0007593] at 4 (list of authorized Penn State licensees under standard license through CLC, showing Gameday Couture is authorized).*

48.     In prosecuting and maintaining its registrations for the University Seal, Penn State has submitted specimens of use, which the USPTO has accepted. *See, e.g., Ex. 19 [PSU0010628] at 19-103, 125-134, 161-183 & Ex. 20 [PSU0012206] at 14-25, 81-91, 106-129 (certified file wrappers showing USPTO files for University Seal registrations).*

49.     The specimens of use using showing products bearing the University Seal show that the Seal is generally shown in a single color, often engraved onto the product. *See, e.g., Ex. 19 [PSU0010628] at 19-103, 125-134, 161-183 & Ex. 20 [PSU0012206] at 14-25, 81-91, 106-129 (certified file wrappers showing USPTO files for University Seal registrations).*

50.     Penn State's branding guidelines restrict against any alterations to the University Seal, including the following specific prohibition: "Do not isolate the

interior portion of the seal." *See Ex. 21 at 2-6 (Penn State's art sheets from 2011-2022, setting out the guidelines for uses of the University Seal).*

**B. Penn State's Uses of and Investments in the University Marks**

51.     Penn State has been selling merchandise featuring the University Marks continuously going back prior to 2017, which is before Vintage Brand started its business or began operating the website. *See Petulla Decl. (Ex. 1), ¶ 8.*

52.     Penn State uses the University Marks on a range of goods and services, ranging from educational and alumni services to apparel and accessories, among many other items. *See, e.g. Exs. 4, 6, 9, 11, 17 (registration certificates for each of the Registered Marks, showing some of the goods and services for which Penn State has obtained federal registrations); Exs. 3, 5, 8, 13, 14, 16 (exhibits showing composite examples of authorized use for each of the University Marks).*

53.     Merchandise bearing the University Marks has been sold through Penn State's official athletic department website (gopsusports.com) for more than a decade. *See Penn State Dep. (Ex. 2) at 80:17-81:16 (testimony about gopsusports.com website and its e-commerce subpage, and that Penn State has operated this e-commerce site for more than a decade); Ex. 3 at 3-5, 7-24 (recent screenshots of gopsusports.com pages selling merchandise bearing the PENN STATE Mark); id. at 70-90, 93-102 (screen captures from Wayback Machine showing genuine merchandise being sold through gopsusports.com page going back*

to 2013); *Ex. 5* at 2-3, 11-14 (screenshots of gopsusports.com pages selling merchandise bearing the TPSU Mark); *Ex. 14* at 2-4, 7-10, 12-13 (screenshots of gopsusports.com pages selling merchandise bearing the S Lion Logo).

54. Merchandise bearing the University Marks has been sold by Penn State's official bookstore online (psu.spirit.bncollege.com). *See Penn State Dep. (Ex. 2)* at 81:17-82:5, 85:17-87:6 (testimony about psu.spirit.bncollege.com and products bearing Penn State logos offered for sale through that site). *See also, e.g., Ex. 3* at 25, 68 (screenshots of psu.spirit.bncollege.com pages selling merchandise bearing the PENN STATE Mark); *Ex. 14* at 3-4, 10, 14, (screenshots of psu.spirit.bncollege.com pages selling merchandise bearing the S Lion Logo); *Ex. 5* at 34 (screenshots of psu.spirit.bncollege.com pages selling merchandise bearing the TPSU Mark).

**C. Penn State's Licensing Program**

55. Penn State licenses the University Marks to other entities for use on merchandise such as clothing, hats, drinkware, decals, pennants, magnets, wall art, and other household accessories. *Petulla Decl. (Ex. 1)*, ¶¶ 13-14. *See also Exhibit 2 to Petulla Decl.* at 2-3 (showing range of retailers that sell licensed Penn State merchandise); *Exhibit 3 to Petulla Decl.* (showing breakdown of Penn State's licensed products by product type from 2018 forward).

56. Penn State implemented a formal licensing program in 1983. *See Penn State Dep. (Ex. 2) at 53:24-54:3; Esposito Decl. (Ex. 7), ¶¶ 14-16.* This program was developed because in the early 1980s, Penn State personnel were noticing an uptick in people selling counterfeit apparel. *Esposito Decl. (Ex. 7), ¶ 16; Exhibit 22 [PSU0010582] at 2-3 (memo from University Archives dated August 5, 1982, noting that "[i]n the last few years" there had been increasing use and requests to use Penn State's name and identifying marks and symbols by third parties); Exhibit 23 [PSU0007220] at 2-4 (article dated September 23, 1982 from the Daily Collegian newspaper at Penn State reporting on decision to seek trademark registrations for the University's name and identifying symbols).*

57. Today Penn State has a Licensing Committee that has responsibility for overseeing and enforcing the University's trademarks and licensing. *See Petulla Decl. (Ex. 1), ¶ 4.* Even prior to the creation of a formal Licensing Committee at Penn State, the University received dozens of requests and notices from third parties seeking to use Penn State's name and other trademarks in connection with clothing, alcoholic beverages, foodstuffs, and more. *Ex. 22 [PSU0010582] at 2.*

58. Documents pulled from the University Archives show that the University's reasons for implementing the formal licensing program included preventing others from using Penn State's trademarks "on goods and services of inferior quality or of a nature which the University would find distasteful", such as

inherently hazardous products like firearms, inappropriate items like alcohol and pornography, and inappropriate services like academic coaching or giving unpermitted academic help. *Ex. 22 [PSU0010582] at 4-5*. The University also recognized that licensing the University's trademarks on acceptable goods and services would allow Penn State to derive revenue. *Id. at 5*.

59. The Licensing Committee has implemented and followed procedures to ensure that Penn State's trademarks were licensed only for high-quality products that would not tarnish the University's reputation. *Esposito Decl. (Ex. 7), ¶ 17*. Potential licensees were required to submit examples of their products for the University to review. *Id., ¶ 17*.

60. The University Marks were among the trademarks that Penn State was using and/or licensing dating back to when the Committee was first formed. *See Esposito Decl. (Ex. 7), ¶¶ 15, 17 (declaration from Jackie Esposito that she was a member of the University Licensing Committee beginning in 1986 and that the University Marks are among the marks that Penn State was using and protecting); Ex. 22 [PSU0010582] at 3 (August 1982 memorandum retrieved from Penn State's University Archives recommending that the University implement a formal licensing program to protect marks specifically including THE PENNSYLVANIA STATE UNIVERSITY, PENN STATE, the University Seal, and designs featuring the Lion, all in connection with various goods and services).*

*61.* Currently, Penn State's Office of Licensing Programs manages Penn State's licensing program. *See* *Penn State Dep. (Ex. 2)* *at 14:15-20; Petulla Decl. (Ex. 1), ¶ 4.*

62. Penn State continues employing quality control measures to ensure that its trademarks are licensed to entities that satisfy the University's standards with respect to product quality and business practices. For example, Penn State employs quality control measures to ensure that its licensees follow high standards for sourcing, human working conditions, and regulatory compliance. *See* *Petulla Decl. (Ex. 1), ¶ 13.*

63. Penn State's Office of Licensing Programs works with its exclusive licensing agent, the Collegiate Licensing Company (**"CLC"**), to operate the University's merchandise licensing program. *Penn State Dep. (Ex. 2)* *at 54:15-18, 60:12-14 (CLC is Penn State's current licensing agent); Petulla Decl. (Ex. 1), ¶ 12.*

64. CLC facilitates agreements between the University and potential licensees, helps review and evaluate prospective licensees' merchandise to determine quality, and helps enforce Penn State's rights against counterfeiters. *See* *Deposition Transcript of Nicole Armentrout (12-14-2022) (herein "Armentrout Dep.") (Exhibit 24)* *at 16:22-17:16, 20:2-7, 21:9-12 (Armentrout, who is a senior director of marketing at CLC, giving testimony about CLC's role as a licensing agency).*

65.     Revenue that Penn State receives through its licensing program has always been and continues to be used to support a variety of endeavors including student scholarships. *See Esposito Decl. (Ex. 7), ¶¶ 19-20; Petulla Decl. (Ex. 1), ¶¶ 15, 21.*

66.     Penn State has, for years, put out standards for how the University Marks may be used by licensees, setting rules for the visual appearance of these Marks as well as how the Marks may or may not be used. *See Penn State Dep. (Ex. 2) at 36:12-37:1, 37:5-9, 51:16-53:23 (testimony regarding development and importance of brand standards and art sheets); Ex. 25 [PSU0005718] at 39-78 (Penn State brand book retrieved on August 3, 2022, with cited pages specifically setting out standards for use of Penn State trademarks, including color schemes, spacing, trademark identifiers, and other elements to create and maintain consistency); Ex. 21 at 2-6 (collection of art sheets put out by Penn State between 2011-2022); Ex. 26 [PSU0008656] at 2 (art sheet put out by Penn State specifically for trademarks used in the College Vault program).*

67.     Penn State (both itself and through CLC) actively polices for infringing uses of the University Marks, taking steps to stop unauthorized uses by for instance issuing cease and desist letters, initiating action against pending trademark applications at the USPTO, bringing federal lawsuits, and pursuing arbitration actions to have infringing domain names transferred to the University. *See Petulla*

*Decl. (Ex. 1)*, ¶ *16*; *Exhibit 27 [PSU0008847-8856, PSU0010197] at 2-12 (representative examples of the University's past cease and desist letters)*; *Ex. 28 [PSU0007274] at 2-21 (same)*; *Ex. 29 [PSU0007297] at 2-20 (same); see also The Pennsylvania State University v. Parshall, Civil Dkt. 4:19-cv-01299-JPW (M.D. Pa.), ECF 133 (Report and Recommendation Granting Penn State's Motion for Summary Judgment entered 02/17/2022) and ECF 134 (Order adopting ECF 133 Report and Recommendation, entered 03/31/2022).*

68.     Genuine Penn State merchandise is sold by Penn State and its licensees in brick and mortar stores as well as online. *See, e.g., Ex. 5 at 27-29 (pictures of genuine Penn State merchandise bearing the TPSU Logo taken inside Lion's Pride store in State College, PA); Ex. 8 at 40, 46 (specimen of use showing genuine Penn State merchandise bearing the Lion Shrine Logo where pictures show the products for sale on store shelf); Ex. 3 at 169-75 (advertisements from 1985 for genuine Penn State merchandise available at Penn State's book store and at Lions Pride); Armentrout Dep. (Ex. 24) at 36:14-39:14 (testimony specifically about merchandise offered through the College Vault segment of Penn State's licensing program through CLC, with Ms. Armentrout explaining that the genuine Penn State merchandise offered through the College Vault licensing is sold in Penn State's brick and mortar bookstore, and that certain retailers such as Dick's Sporting Goods are recommended for the College Vault program specifically because of attributes*

related to their physical store layouts); *Petulla Decl. (Ex. 1)*, ¶ 19 & *Ex. 2 to Petulla Decl.* at 2-3 (stating that genuine Penn State merchandise is sold in many types of stores and exhibit providing information about categories of retailers that sell authorized Penn State merchandise, showing retailers across many different channels, including grocery stores, specialty mass stores, department stores, boutiques, and amusement parks).

II. **Defendants Are Responsible for Sales of the VB Penn State Merchandise.**

A. **Vintage Brand LLC Owns the Vintage Brand Website.**

69.    In September 2017, Chad Hartvigson, Erik Hartvigson, and Michelle Young co-founded the entity Vintage Brand as an e-commerce company operating at the website vintagebrand.com (**"Vintage Brand Website"**) that sold Penn State-related merchandise (**"VB Penn State Merchandise"**).  *See Second Amended Compl. (Dkt. 67), ¶ 65 & Answer (Dkt. 72), ¶ 65; Deposition Transcript of Chad A. Hartvigson (07-21-2022) (herein **"Vintage Brand Dep."**) (Ex. 30)* at 34:21-35:8 (Vintage Brand LLC was formed in September 2017 by Chad Hartvigson, Erik Hartvigson, and Michelle Young).  *See Exhibit 31 [PSU0007325], Exhibit 32 [VINTAGE_PENN_ST_000063], and Exhibit 33 [VINTAGE_PENN_ST_000296]* (2021 and 2022 screenshots of the Vintage Brand Website offering various Penn State-related merchandise for sale).  *See Deposition Transcript of Michelle Young*

*(9-13-2022) (herein "**Young Dep.**") (Ex. 34)* at 117:10-19 (testimony from Michelle

*Young confirming that the screenshots shown in* Exhibit 31 *are images of the Vintage*

*Brand  Website);  Vintage  Brand  Dep.  (Ex.  30)  at  133:20-134:7,  155:16-159:9*

*(testimony from Chad Hartvigson confirming that the website screenshots shown in*

Exhibits 32 *and* 33 *are images of the Vintage Brand Website).*

70.    Vintage Brand sells all of its merchandise across the United States,

through the vintagebrand.com domain.  *See* Vintage Brand Dep. (Ex. 30) *at 81:4-*

*13, 231:7-232:8 (all products are sold through vintagebrand.com, Vintage Brand*

*sells products in the United States and to Canada, and there are no states to which*

*Vintage Brand would not sell merchandise).*

71.    Through this website, Defendants offer, advertise, and sell merchandise

such as t-shirts, sweatshirts, hats, pennants, drinkware, koozies, mugs, tumblers,

water bottles, coasters, posters, magnets, canvases, wall art, socks, puzzles, and

cutting boards.  *See Second Amended Compl. (Dkt. 67), ¶* 73 *& Answer (Dkt. 72),*

*¶* 73.    *See  also  generally* Exhibit  31  [PSU0007325],  Exhibit  32

[VINTAGE_PENN_ST_000063], *and* Exhibit_33_[VINTAGE_PENN_ST_000296]

*(2021 and 2022 screenshots of the VB Penn State Store offering these categories of*

*merchandise for sale with the University Marks).*

72.     The Vintage Brand Website displays a banner across each page, which lists a row of categories for specific sports and leagues, one of which is "College", as shown here:



*See, e.g.,* [*Ex. 32 [VINTAGE_PENN_ST_000063]*](Ex. 32 [VINTAGE_PENN_ST_000063]) *at 8 (example of the banner that has appeared at the top of the pages on the Vintage Brand website).* Consumers who are on the Vintage Brand Website can navigate these drop-down menus to see the names of different universities or can use the search box to query specific college names. An example of the drop-down menu that appears under the "College" link, captured from 2018, is shown here:



See *Ex. 57* at 2 (*screenshot obtained through Wayback Machine showing the view when clicking the drop-down "College" menu on the Vintage Brand Website, captured from August 22, 2018*); Second Amended Compl. (Dkt. 67), ¶ *74* & Answer (Dkt. 72), ¶ *74* (*agreeing that using the drop-down menu or the search bar are among the ways to navigate the Vintage Brand Website*); *Maffey Dep. (Ex. 37)* at 40:13-42:11 (*testimony from a Vintage Brand customer identified through Vintage Brand's discovery recounting that she recalled navigating the Vintage Brand website by finding a list of colleges on the site and then clicking on "Penn State"*).

73.    The Vintage Brand Website shows images of merchandise featuring various logos and images, and customers can purchase those products through the Vintage Brand website.  *See Vintage Brand Dep. (Ex. 30)* at 81:14-20 (*description

*of shopping process); id. at 134:3-7 (testimony from Chad Hartvigson that Vintage*

*Brand offered the products shown on the VB Penn State Store for sale to the public).*

Those orders are then manufactured and distributed by Sportswear.  *Id. at 81:21-*

*82:5 (explanation that once an order is placed through vintagebrand.com, the*

*information is sent to Sportswear, which has a separate manufacturing process and*

*dedicated team for Vintage Brand items).*

74.    Vintage Brand purchases genuine Penn State sports collectibles from

shows and collections, scans those physical items to create digital images, and then

uses those images (with enhancements for quality and printing considerations) on

the VB Penn State Merchandise.  *See Vintage Brand Dep. (Ex. 30) at 98:17-25, 99:2-*

*3, 115:12-25.*

75.    Vintage Brand has sold goods with the images scanned from the

genuine Penn State sports collectibles through the Vintage Brand Website and

derived profits from those sales.  *See Ex. 46 at 3-20 (Vintage Brand's supplemental*

*response to Interrogatory 7 listing information on the sales that Defendants have*

*made of VB Penn State Merchandise, including quantities of merchandise sold, and*

*information on dates of use and revenues); Vintage Brand Dep. (Ex. 30) at 134:3-7*

*(testimony from Chad Hartvigson that Vintage Brand offered the products shown on*

*the VB Penn State Store for sale to the public).*

76. The scanned image files are edited in order to clean up the image if necessary, reduce blurriness, and ensure that the image will be capable of printing in a high-quality format. *See* *Young Dep. (Ex. 34)* *at 43:13-44:17 ("[s]ometimes these are old products or assets ... they might have ketchup on them or something, so we remove that");* *Vintage Brand Dep. (Ex. 30)* *at 115:10-25 (Chad Hartvigson testimony that digital images are "enhanced" to "make sure that it can be reproduced in a printing format that produces a high quality image and product").*

77. Defendants store the collection of genuine Penn State memorabilia purchased for the Vintage Brand business in Chad Hartvigson's basement. *See* *Vintage Brand Dep. (Ex. 30)* *at 114:6-16.*

78. In her deposition, Defendant Michelle Young was shown a genuine Penn State pennant that Vintage Brand purchased second-hand and had scanned, along with a picture of the product that Vintage Brand offered for sale on its website corresponding to that pennant. *See* *Young Dep. (Ex. 34)* *at 139:10-143:13 (testimony from Michelle Young comparing these images).* The images that Ms. Young compared are set out here:

| *Memorabilia:* | *Vintage Brand Product:* |
| --- | --- |
|  |  |



*See Ex. 38 [VB_MEM_PSU_001] at 3 (image of pennant produced for inspection by Vintage Brand, which was introduced as Exhibit 16 at deposition of Michelle Young); Ex. 45 at 31 (Deposition Exhibit 6, with cited page containing image that Ms. Young compared to the memorabilia).*

79. When asked to identify what changes Vintage Brand had made to the scanned image Ms. Young noted that the phrase "Nittany Lions" had been shortened to just "Nittany"; the font of the word "Nittany" had been modified; and the year "1855" had been removed from the portion of the image depicting the University Seal. *See Young Dep. (Ex. 34) at 139:10-143:13 (testimony from Michelle Young comparing these images).*

80. When asked to visually compare the portion of images picturing the lion and the rock, Ms. Young identified only that the rock on the Vintage Brand

website "has less extra little creases than this pennant does". *See Young Dep. (Ex. 34) at 140:13-142:8 (testimony from Michelle Young comparing these images).*

## B. Chad Hartvigson, Erik Hartvigson, and Michelle Young Own and Operate Vintage Brand.

81.     Chad Hartvigson, Erik Hartvigson, and Michelle Young make all decisions regarding Vintage Brand's operations, including selecting all images used on the merchandise to be sold through the Vintage Brand website. *See Vintage Brand Dep. (Ex. 30) at (testimony discussing that Vintage Brand has zero employees and that all work is performed by its three co-founders.)*; *Vintage Brand Dep. (Ex. 30) at 37:14-19, 46:11-18 (testimony discussing that the three co-founders are responsible for maintaining the Vintage Brand website and making all updates); id. at 72:12-25 (Chad Hartvigson, Erik Hartvigson, and Michelle Young have managerial control over Vintage Brand and each has the authority to make final decisions for the company).*

82.     Chad Hartvigson is a founder and co-owner of Vintage Brand. *Vintage Brand Dep. (Ex. 30) at 34:21-35:8.* He selects the physical memorabilia that Vintage Brand uses in its business. *See Second Amended Compl. (Dkt. 67), ¶ 68 & Answer (Dkt. 72), ¶ 68.*

83.     Erik Hartvigson is a founder, co-owner, and President of Vintage Brand. *See Second Amended Compl. (Dkt. 67), ¶ 69 & Answer (Dkt. 72), ¶ 69;*

*Vintage Brand Dep. (Ex. 30)* at 36:2-11 (testimony that Erik Hartvigson is listed as the president of Vintage Brand and that he acts as president of the company). Erik Hartvigson has managerial control of Vintage Brand and has the ability to make final decisions for the company. *Id.* at 72:12-17. Erik Hartvigson's role at Vintage Brand has entailed executing contracts in his capacity as President, scanning images from Vintage Brand's collection of memorabilia to be used on merchandise, e-mail marketing, overseeing Google advertising programs, and occasionally assisting with customer service. *Second Amended Compl. (Dkt. 67),* ¶ *69 & Answer (Dkt. 72),* ¶ *69.* Erik Hartvigson oversees the Dynamic Search Advertising that Vintage Brand conducts through Google to promote its products through sponsored ads for Vintage Brand appearing in search results, linking to the Vintage Brand Website. *See E. Hartvigson Dep. (Ex. 50)* at 24:2-27:22, 34:17-37:4, 106:15-109:17 *(description of Dynamic Search Advertising Erik Hartvigson performs for Vintage Brand, including that he supplies copy for the consumer-facing advertising).*

84. Michelle Young is a founder and co-owner of Vintage Brand. *See Vintage Brand Dep. (Ex. 30)* at 34:21-35:8 *(Vintage Brand LLC was formed in September 2017 by Chad Hartvigson, Erik Hartvigson, and Michelle Young).* She has final authority, along with Chad and Erik Hartvigson, over Vintage Brand's decisions. *Id.* at 72:15-25. Her work at Vintage Brand involves the company's visual design and marketing, including work on website and marketing emails, and

processing the images that Vintage Brand applies to its merchandise. *Second Amended Compl. (Dkt. 67), ¶ 70 & Answer (Dkt. 72), ¶ 70.*

85. Michelle Young has been in charge of "everything product related, creative, graphics, marketing, and was really the liaison with our technology team to build the website" for Vintage Brand. *See Vintage Brand Dep. (Ex. 30) at 36:12-17.*

86. Chad Hartvigson, Erik Hartvigson, and Michelle Young have each been working for Sportswear for at least ten years. *Sportswear Dep. (Vol. 2) (Ex. 36) at 45:23-46:4; Vintage Brand Dep. (Ex. 30) at 73:11-16 (Erik Hartvigson works in the marketing department at Sportswear); id at 32:11-18, 37:2-6 (Michelle Young is the creative director at Sportswear and has known Chad Hartvigson for around twelve years); id. at 26:22-27:13 (Chad Hartvigson founded Sportswear in 2005 along with his father and brother, and is currently CEO); M. Young Dep. (Ex. 34) at 15:10-21 (Michelle Young has worked at Sportswear since 2010); E. Hartvigson Dep. (Ex. 50) at 12:10-14 (Erik Hartvigson has been working at Sportswear since 2012).*

**C. Sportswear, Inc. Manufactures and Distributes the VB Penn State Merchandise.**

87. Sportswear (not Vintage Brand) manufactures and distributes all of the goods sold through Vintage Brand's website. *See Second Amended Compl. (Dkt. 67), ¶ 66 & Answer (Dkt. 72), ¶ 66 (admitting that Sportswear is responsible for*

*manufacturing and shipping of clothes sold by Vintage Brand)*; *Deposition Transcript of Chad A. Hartvigson (9-13-2022) (herein "Sportswear Dep. (Vol. 1)") (Exhibit 35) at 17:5-15; Vintage Brand Dep. (Ex. 30) at 81:21-82:5 (explanation that once an order is placed through vintagebrand.com, the information is sent to Sportswear, which has a separate manufacturing process and dedicated team for Vintage Brand items).*

88.    Sportswear provides all customer service for Vintage Brand, which itself has no customer service personnel. *See Deposition Transcript of Chad A. Hartvigson (11-02-2022) (herein "Sportswear Dep. (Vol. 2)") (Ex. 36) at 33:3-17 (testimony that Vintage Brand has no customer service personnel, and that Sportswear employees handle customer service inquiries for Vintage Brand).*

89.    Sportswear is also an e-commerce company that sells apparel online with designs related to K-12 schools around the country through its website at <prepsportswear.com>. *See Vintage Brand Dep. (Ex. 30) at 18:17-25, 19:5-12, 25:17-26:2.*

## III.    Defendants' Unauthorized Use of Penn State's Trademarks

90.    Beginning in 2018, the vintagebrand.com website advertised and sold merchandise that bore the University Marks and other references to Penn State. *See Vintage Brand Dep. (Ex. 30) at 161:4-11.*   Vintage Brand has offered this

43

merchandise across the United States. *See id. at 231:7-232:8 (testimony that Vintage Brand sells products in the United States and to Canada, and that there are no states to which Vintage Brand would not sell merchandise).*

## A. Vintage Brand's Collection of Penn State-Related Memorabilia and their Related Digital Images

91.    Vintage Brand produced for inspection all of the Penn State-related "memorabilia" in their collection, which are genuine second-hand or used Penn State merchandise that Defendants physically scan to derive the logos they then use on the VB Penn State Merchandise. *See Ex. 38 [VB_MEM_PSU_001] at 2-87 (pictures of the complete set of memorabilia produced for inspection here, bearing Bates label VB_MEM_PSU_001-075).*    Examples of the Penn State-related memorabilia in Vintage Brand's collection include:











See *Ex. 38 [VB_MEM_PSU_001]* *at 4, 26, 30-32, 69, 74-80 (pictures of some items of the Penn State-related memorabilia produced for inspection by Vintage Brand).*

92. After scanning the second-hand or used Penn State memorabilia Defendants collect, Vintage Brand uses the following images derived from scanning that memorabilia, on the VB Penn State Merchandise offered and sold on the VB Penn State Store:



*See Exhibit 39 [VINTAGE_PENN_ST_001428] at 9, 10, 16-20, 22-25 (examples of images produced by Vintage Brand containing designs applied to their merchandise).*

93. Vintage Brand did not produce memorabilia that includes images corresponding to some of the digital images they have used on their website related to Penn State. For example, the memorabilia Vintage Brand produced for inspection did not include the following images that appear on the VB Penn State Merchandise:



*Compare Ex. 38 [VB_MEM_PSU_001] at 2-87 (full set of memorabilia produced for inspection by Vintage Brand), with Ex. 39 [VINTAGE_PENN_ST_001428] at 18-19 (images from Vintage Brand's digital files related to Penn State). See also, e.g., Ex. 32 at 3 (screenshot of the VB Penn State Store showing Vintage Brand offering merchandise using the two images shown in this paragraph).*

94. The Vintage Brand website (including on the VB Penn State Store) shows the digital images it copies from Penn State memorabilia on products and offers those products for sale. *See Vintage Brand Dep. (Ex. 30) at 115:10-116:4. See also, e.g., Exhibit 31 [PSU0007325], Exhibit 32 [VINTAGE_PENN_ST_000063], and Exhibit 33 [VINTAGE_PENN_ST_000296] (2021 and 2022 screenshots of the Vintage Brand website offering various Penn State-related merchandise for sale).*

95. As of January 2021, Vintage Brand offered merchandise bearing the Pozniak Lion Logo along with the PENN STATE Mark. Examples of products that were previously available for sale on Vintage Brand's website using this image include:

 

*See, e.g.,* [Ex. 31 [PSU0007325]](#) *at 17.*

96.    On the Vintage Brand website, customers can select from different VB Penn State Merchandise bearing the University Marks. *See* [Ex. 32 [VINTAGE_PENN_ST_000063-295]](#) *(examples of Vintage Brand website showing different products for sale).*

**B. Vintage Brand's Penn State Store**

97.    The subpage on the Vintage Brand website that feature VB Penn State Merchandise is referred to herein as **"the VB Penn State Store"**. *See, e.g.,* [Deposition Transcript of Dominic DeLong (9-12-2022) (herein **"DeLong Dep."**) (Ex. 40)](#) *at 18:9-22 (testimony from Dominic DeLong referring to the specific pages within the Vintage Brand website related to specific schools as "stores").*

98.     The VB Penn State Store on the Vintage Brand website was titled "Penn State Nittany Lions Vintage Designs".  *See Ex. 32 [VINTAGE_PENN_ST_000063] at 3 (example screenshot of website, showing title on the VB Penn State Store).*

99.     The VB Penn State Store included a "landing page" showing pictures of VB Penn State Merchandise with the VB Penn State Marks.  *See, e.g., Ex. 32 [VINTAGE_PENN_ST_000063] at 3 (example screenshot of website, showing title on the VB Penn State Store).*

100.    A representative screen capture of this landing page for the VB Penn State Store is shown here:



See *Ex. 32* at 3.

101.   The Vintage Brand website features specific pages for each product offered for sale. *See, e.g., Ex. 32 at 23-36 (examples of product pages for various t-*

*shirts sold by Vintage Brand).* An image of the top of an example product page is shown here:



*Ex. 32* at 173 (example product page from VB Penn State Store).

102. The product pages under the VB Penn State Store include text at the top left of the screen, showing the pathway to the specific product, including

"LEAGUES / COLLEGE / TEAMS / PENN STATE NITTANY LIONS / [Name of specific product]." An enlarged view of this is shown here:



*Ex. 32* at 173 (product page example).

103. The name of the product on the product page also references "Penn State Nittany Lions" and often includes a paragraph giving information about Penn State and the Nittany Lion mascot. For example:

**1929 PENN STATE NITTANY LIONS MEN'S DRI-POWER T-SHIRT**

By Vintage Brand™ not affiliated with or sponsored by Penn State Nittany Lions

The Nittany Lion is the mascot of the Penn State Nittany Lions—the athletic teams of the Pennsylvania State University, located in University Park, Pennsylvania, USA. It is an eastern mountain lion, the "Nittany" forename referring to the local Mount Nittany, which overlooks the university. The mascot was the creation of Penn State senior H. D. "Joe" Mason in 1907. While on a 1904 trip to Princeton University, Mason had been embarrassed that Penn State did not have a mascot. Mason did not let that deter him: he fabricated the Nittany Lion on the spot and proclaimed that it would easily defeat the Princeton Bengal Tiger. The Lion's primary means of attack against the Tiger would be its strong right arm, capable of slaying any foes (this is now traditionally exemplified through cumulative one-armed push-ups after the team scores a touchdown). There is a song played during sporting events on campus entitled "The Nittany Lion". Many fans know this song as "Hail to the Lion". The Nittany Lion is essentially an ordinary mountain lion (also known as a cougar, puma, or panther), a creature that roamed central Pennsylvania until the 1880s.

*Ex. 32* at 173 (example product page, which comes from the document that was produced in this case bearing Bates No. VB_PENN_ST_000234).

104.   Many of the product pages on the VB Penn State Store contain paragraphs of text related to Penn State, like the paragraph shown above. This text highlighted above was drafted by Chad Hartvigson and Erik Hartvigson. *See*

*Sportswear Dep. (Vol. 2) (Ex. 36)* *at 46:5-18 (discussing the text noted in the above paragraph, which appears on the page bearing Bates No. VB_PENN_ST_0000234).*

105.   Chad and Erik Hartvigson drafted the noted paragraph of website copy by pulling from "public domain internet sources" and included this copy to provide "historical perspective" for the product.   *See* *Sportswear Dep. (Vol. 2) (Ex. 36)* *at 46:5-48:4.*

106.   Every one of the product pages on the VB Penn State Store include textual references to Penn State.   *See generally,* *Ex. 32*-*33* *(screen captures of the VB Penn State Store, showing various product pages for different items).*   Even where the VB Penn State Mark does not directly incorporate one of the University Marks, the product page on the Penn State website repeatedly references Penn State. The following webpage provides an illustration:



*Ex. 32* at 59. *See also, e.g.,* *Ex. 32* at 85.

107. Defendants have posted "disclaimers" on their website, which either

(1) appear in several rows of text with only the first two lines visible, meaning that

a user must voluntarily scroll through in order to get to the disclaimer, or (2) appear elsewhere in print smaller and lighter in tone than surrounding text. *See, e.g.*, *Ex. 32 at 23.*

108.     In his deposition, Mr. DeLong (who creates the user interface for the Vintage Brand website) testified that Vintage Brand only makes 2 lines of its "disclaimer" visible (rather than making more lines visible) because "for … a user experience perspective, it's just that you want to hide some of it just so it doesn't take up a lot of the priority … screen space at the top." *DeLong Dep. (Ex. 40) at 13:23-16:2 (testimony with reference to a deposition exhibit bearing Bates label VINTAGE_PENN_ST_000202); Ex. 32 at 141 (screenshot bearing same Bates label, showing what Mr. DeLong is referencing in the cited deposition excerpt).*

109.     Mr. DeLong further testified about the "disclaimer" language appearing at the bottom of the pages on the VB Penn State Store. *See DeLong Dep. (Ex. 40) at 20:9-21:12 (DeLong testimony regarding the deposition exhibit page bearing Bates label VINTAGE_PENN_ST_000205); Ex. 32 at 144 (screenshot of Vintage Brand website reviewed by Mr. DeLong during his testimony).* Mr. DeLong confirmed that only a line and a half of the disclaimer is visible, and that the subsequent lines of the "disclaimer" do not appear unless "they … put their cursor over it and kept scrolling." *DeLong Dep. (Ex. 40) at 20:20-24.*

110.  Mr. DeLong testified as follows regarding the viewability of the "disclaimer" language on Vintage Brand's website: "I would say it's kind of like best practice.  If you go to a lot of other e-commerce shops, they always have just paragraphs of legal stuff at the bottom, so … and they usually hide at least half of it or something."  *DeLong Dep. (Ex. 40) at 21:7-12*.

111.  A consumer survey conducted by Vintage Brand's retained expert Tülin Erdem tested for the effect of disclaimers on the Vintage Brand website by presenting her survey using differing disclaimers or removing all disclaimers.  Her survey results showed high confusion rates across all of the conditions, showing Vintage Brand's disclaimers do not have appreciable impacts on consumer confusion.  *See Exhibit 56 [Rebuttal Report of David Franklyn]* at 32.  Dr. Erdem herself has not offered any opinions for Vintage Brand relating to disclaimers, despite her survey's testing of the impact of adding versus removing a disclaimer.  *See also Exhibit 42 [Erdem Report] at 31-45 (written report of Tülin Erdem, excluding data and exhibits, showing no opinions indicating that the presence or absence of disclaimer language affects consumer confusion rates).*

112.  Meghan Maffey, a Vintage Brand customer identified through Defendants' discovery responses, testified that she has been on Vintage Brand's website and does not recall noticing any language on the website speaking to whether

Vintage Brand has an affiliation or relationship to Penn State, or any type of legalese or disclaimer language on the website. *See Maffey Dep. (Ex. 37) at 54:25-55:10.*

## C. Similarities Between Parties' Marks

113. The VB Penn State Merchandise features designs and logos that are identical or nearly identical to the University Marks:

| The University Marks | VB Penn State Merchandise |
|---|---|
| **PENN STATE**<br><br>*Ex. 4 at 3, 11 (United States federal trademark registration certificate for the PENN STATE Mark).* | <br>*See Ex. 31 [PSU0007325] at 2, 14, 44, 53.* |

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY<br><br><br>*Ex. 6 at 3, 9, 15 (United States federal trademark registration certificate for the TPSU Mark).* |  <br><br> <br><br>*See Ex. 31 [PSU0007325] at 23, 30 (images of products with close-ups of the images showing the use of the TPSU Mark on the VB Penn State Merchandise).* |
| <br><br>*Ex. 11 at 3 (United States federal trademark registration certificate for Pozniak Lion Logo).* |  <br><br>*See Ex. 31 [PSU0007325] at 17.* |
|  |  |

| | |
|---|---|
| *Ex. 17 at 3, 11 (United States federal registration certificates for the University Seal Marks).* | <br><br>*See Ex. 31 [PSU0007325] at 10, 23; Ex. 43 [PSU0008828] at 2 (image of a Vintage Brand pennant specimen produced through discovery).* |
| <br><br><br><br>*Ex. 9 at 3, 8 (United States federal tradmeark registrations for the Lion Shrine Logos).* | <br><br><br><br>*See Ex. 43 [PSU0008828] at 2 (image of a Vintage Brand pennant specimen produced through discovery]; Ex. 31 [PSU0007325] at 10.* |



*Petulla Decl. (Ex. 1)*, ¶ 7.

*Ex. 31 [PSU0007325] at 5; Ex. 44 [PSU0008723-725] at 2.*

**D. The University Marks Are Not Mere Ornamentation.**

114.   Consumers perceive the merchandise sold by Vintage Brand bearing the University Marks as being trademarks.  *See Franklyn Report (Ex. 41) at 9-26.*

115.   In a survey conducted by Penn State's expert David Franklyn, respondents were shown an image of a t-shirt—either a Vintage Brand t-shirt featuring the University Marks or a control—and were then given the definition of a trademark set forth in the Lanham Act and asked a series of questions about whether they believed that image contained any trademarks.  *See Franklyn Report (Ex. 41) at 9-26, 63-68.*  Respondents who indicated they did believe the image contained a trademark were given options to identify what trademarks they perceived, along with another chance to indicate that they were unsure or that no trademark was present.  *Id. at 67-68.*

116.   The survey showed that 45-70% of respondents indicated that each of the University Marks was a trademark.  *Id. at 22-26.*

117.  The University Seal showed the highest level of trademark perception, with 70% of all respondents who viewed the product image including that mark indicating that this seal was a trademark.  *Id. at 24.*  For reference, only 7% of respondents viewing that product identified the color of the shirt as a trademark.  *Id.*



| The Test and Control Images |
| :---: |

| Nittany Rock Image | Penn State Basketball Image | Control Image |

| The Survey Results |
| :---: |

*Please select all parts of the image, if any, that you believe are trademarks.*

| | Cell A – Nittany Rock<br><br>n = 243 | Cell B – Penn State Basketball<br><br>n = 242 | Cell C – Control Cell<br><br>n = 189 |
|---|---|---|---|
| The image of the lion on a rock | 45% | | |
| The image of a seal with the words "The Pennsylvania State University" | 70% | | |
| The phrase "The Pennsylvania State University" | 45% | | |
| The word "Nittany" | 44% | | |
| The color of the shirt | 7% | | |
| Don't know/no opinion | 0% | | |
| The face of the lion | | 65% | |
| The phrase "Penn State" | | 65% | |
| The word "Basketball" | | 11% | |
| The color of the shirt | | 6% | |
| Don't know/no opinion | | 0% | |
| The phrase "Game Day" | | | 20% |
| The image of the football | | | 14% |
| The color of the shirt | | | 3% |
| Don't know/no opinion | | | 0% |

See *Franklyn Report (Ex. 41)* at 24-25 *(survey results highlighting consumer perceptions regarding trademark presence).*

**E. Vintage Brand Has Used the TM Symbol on its Infringing Versions of the University Marks.**

118. Vintage Brand also produced for inspection the following hooded sweatshirt:

63



*See* *Ex. 44 [PSU0008723]* *at 2.*

119. This sweatshirt includes a trademark designator ™ placed next to the image, as shown in this close-up of the image:



*See* *Ex. 44 [PSU0008723]* *at 2.*

120.    The corresponding digital image that Vintage Brand produced for this image similarly shows that Vintage Brand includes the ™ trademark designator with this image:



*See Ex. 39 at 18.*

## IV.    The VB Penn State Merchandise Directly Competes with Penn State's Authorized Merchandise

### A. Overlapping Products

121.    Vintage Brand has offered and sold the following VB Penn State Merchandise: t-shirts, sweatshirts, hats, drinkware, puzzles, wall decorations, koozies, cutting boards, and magnets.  *See Exhibit 46 at 4-20 (Vintage Brand's*

*Supplemental Confidential Response to Interrogatory 7 setting out the different types of merchandise that Vintage Brand sold with the VB Penn State Marks).*

122.   Penn State and its licensees use the University Marks to sell the same merchandise (t-shirts, sweatshirts, hats, drinkware, puzzles, wall decorations, koozies, cutting boards, and magnets) among other goods and services.  *See, e.g., Ex. 3 at 3-5, 8, 11, 16, 28, 39, 50, 53, 57, 61, 64, 66 (composite evidence of authorized uses of PENN STATE Mark showing use of these goods); Ex. 5 at 2, 5, 24, 33 (same for the TPSU Mark); Ex. 14 at 3, 6, 10, 14, 40, 48 (same for S Lion Logo).*

123. Several of the products offered by Vintage Brand are nearly indistinguishable from Penn State's authorized merchandise, such as the following:

| Authorized Penn State Merchandise | Vintage Brand's Unauthorized Merchandise |
|---|---|
| <br>*Ex. 14 at 4.* | *Ex. 44 [PSU0008723] at 2 (image of a Vintage Brand sweatshirt specimen produced through discovery).* |





*Ex. 31 [PSU0007325] at 5.*





*Ex. 14 at 7, 8.*

*Ex. 33 [VINTAGE_PENN_ST_000296] at 255.*





*Ex. 13 at 6, 15.*

*Ex. 31 [PSU0007325] at 17.*

**B. Overlapping Customers and Channels of Trade**

124.    Penn State's target consumers for merchandise bearing the University Marks include students, alumni, and fans of Penn State throughout Pennsylvania and the entire United States.  *See Petulla Decl. (Ex. 1.)*, *¶ 11.*

125.    A list of authorized Penn State licensees is available through CLC's website, at <https://clc.com/license-search/>.  *See Exhibit 47 at 2-30 (results of search for Penn State licensees performed on August 3, 2022); Petulla Decl. (Ex. 1), ¶ 12 (CLC administers Penn State's licensing program).*

126.    Some of Penn State's authorized licensees include: Nike USA, New Era Cap, Lululemon USA, '47 brand, Shop the Soho, Homefield, Hillfint, and Fanatics Group.  *See Ex. 18 at 2-8 (representative 2022 Penn State Standard licensee list); id. at 9 (2022 Penn State list of licensees under College Vault program focused on vintage merchandise)*; *Ex. 48 at 2-134 (webpages put out by licensees including 19nine, '47 brand, Nike, Hillflint, and Homefield ); Ex. 47 at 2-30 (listing of Penn State licensees).*

127.    The core demographic of Vintage Brand's customers are fans of the specific schools that have dedicated stores on the Vintage Brand Website.  *Delong Dep. (Ex. 40) at 18:9-17.*  The VB Penn State Store from Vintage Brand's website states:  "[t]he Vintage Brand Penn State Nittany Lion Shop at VintageBrand.com is the ultimate destination for die-hard Penn State Nittany Lions fans and alumni ...."

*See Second Amended Compl. (Dkt. 67), ¶ 90 & Answer (Dkt. 72), ¶ 90 (admitting that the Vintage Brand website previously displayed the quoted text).*

128.   Dominic DeLong, who does user interface visual design for Vintage Brand, works on designing the Vintage Brand website and with Vintage Brand marketing emails. *DeLong Dep. (Ex. 40) at 11:3-12:23, 12:9-13.* Mr. DeLong testified that Vintage Brand's target customer is "someone who's 40 to 55, passionate about sports…it's an alumni from a college." *See id. at 44:2-11.* Vintage Brand further uses dynamic searching tools through Google that operate by crawling the Vintage Brand Website and then showing ads to consumers who search for related terms, with promotional language from Vintage Brand and a link to the Vintage Brand website. *See E. Hartvigson Dep. (Ex. 50) at 24:2-27:22, 34:17-37:4, 106:15-109:17 (Erik Hartvigson manages Dynamic Search Advertising (DSA) for Vintage Brand through which Google displays text advertisements linking to the Vintage Brand Website when internet users are using the Google search platform, and testifying that he provides text copy for Google to include in these advertisements).*

129.   Mr. DeLong testified that Vintage Brand's core demographic is "a die-hard fan" who comes looking to buy merchandise related to their favorite sports team, rather than to search among the different school pages to find a product they like. *See id. at 18:9-17.*

130. Vintage Brand and Penn State offer merchandise at similar price points. *See, e.g., Ex. 31 [PSU0007325] at 2-24 (examples of Vintage Brand selling t-shirts priced under $30); id. at 25-28 (Vintage Brand sweatshirts priced under $50); id. at 29-31 (Vintage Brand hats priced under $30); id. at 31-32 (Vintage Brand koozies priced at or under $10); id. at 54-59 (Vintage Brand magnets priced under $10). See also Ex. 3 at 9-10, 25, 35, 37 (examples of genuine Penn State-authorized t-shirts priced under $30); id. at 6, 14, 63 (genuine Penn State sweatshirts priced under $50); id. at 5, 7, 23-24, 26 (genuine Penn State hats priced under $30); id. at 2, 40, 48-49 (genuine Penn State koozies priced at or under $10); id. at 28, 50 (genuine Penn State magnets priced under $10).*

131. For many years, Penn State and its authorized licensees have been selling merchandise designed to evoke the same "retro" or "vintage" feel as Vintage Brand promotes. *See, e.g., Exhibit 48 at 2-232 (composite examples of Penn State's authorized licensees selling vintage-trend apparel); Ex. 3 at 25, 55, 60, 61 (examples of authorized uses of the PENN STATE Mark and S Lion Logo that feature and are advertised as having a vintage or retro design); id at 72-90 (web captures from 2015 retrieved through the Wayback Machine website for a subpage of the Penn State Athletics online store that specifically offered vintage clothing, taken of the URL <shop.gopsusports.com/Penn_State_Nittany_Lions_Vintage_Clothing>).*

132.    Sample screenshots from websites featuring genuine authorized Penn State vintage-trend apparel are shown below:







See, e.g., *Ex. 48* at 6, 115, 123 (screenshots of (1) '47 brand website, (2) Homefield brand website, and (3) Hillflint brand website, all selling "vintage" Penn State designs). See also *Ex. 18* at 2, 7, 9 (showing '47 brand, TL x HF LLC, and Homefield are authorized Penn State licensees); *Exhibit 47* at 27 (search for Penn State licensees showing TL x HF LLC listed as an authorized licensee that operates at website hillflint.com).

133.   Vintage Brand considers its competitors to include authorized Penn State licensees such as Fanatics, Nike, Homefield, and Gameday Couture.  *See DeLong Dep. (Ex. 40) at 50:23-56:10 (testimony about who Vintage Brand's competitors are); Ex. 18 at 3-5, 9 (list of authorized Penn State licensees, including these same companies).*

134.   Mr. DeLong testified that he has gone to the Homefield website and observed that they sell vintage-style apparel, including designs that "look similar" to what Vintage Brand sells. *DeLong Dep. (Ex. 40) at 52:3-53:9.*

135.   Defendants have attended Penn State football games to hand out merchandise like koozies, in order to market their business.  *See Defendant Vintage Brand, LLC's Responses to Plaintiff Pennsylvania State University's Second Set of Interrogatories (served 11-20-2022) (herein "**Defendants' Second INT Responses**") (Exhibit 49) at 5 (INT 1) (Chad Hartvigson and Erik Hartvigson attended a Penn State home football game in September 2019 to pass out drink koozies); Vintage Brand Dep. (Ex. 30) at 226:18-25, 227:2-22 (testimony from Chad Hartvigson stating that Vintage Brand representatives attended a football tailgating event at Penn State's Beaver Stadium to hand out Vintage Brand merchandise to Penn State tailgaters); Deposition Transcript of Erik Hartvigson (10-24-2022) (herein "**E. Hartvigson Dep.**") (Exhibit 50) at 19:18-24 (testimony from Erik*

*Hartvigson stating that drink koozie he and other Vintage Brand representatives distributed to Penn State fans contained Penn State-related designs).*

## DEFENDANTS PROMOTING AND ADVERTISING AT PENN STATE



*See Exhibit 51 [PSU0005684] at 2-5 (images retrieved from Vintage Brand's website and social media showing Defendants advertising the VB Penn State Merchandise at Penn State).*

## V. <u>Customer Confusion</u>

136.   Megan Maffey, a Penn State alum, testified that she frequently researches, and reaches out to, companies to seek items to be donated and thereafter raffled off to Penn State alumni to raise funds for Penn State students who need financial aid and reside in the Washington D.C. metro area.  *See Maffey Dep. (Ex. 37) at 20:13-15, 27:3-6; Ex. 52 SPORTSWEAR_PSU_000147 (Meghan Maffey's email message to Vintage Brand seeking product donation).*

137.   Meghan Maffey testified that when researching and reaching out to Vintage Brand for a donation, she believed Vintage Brand was authorized to sell Penn State related goods. *See Maffey Dep. (Ex. 37) at 54:25-55-13 (Meghan Maffey did not see any language on the Vintage Brands website speaking to whether Vintage Brand has any affiliation or relationship to Penn State and that it was her impression that Vintage Brand was authorized to use Penn State's trademarks).*

138.   The University's expert report establishes actual confusion as to source, sponsorship, approval, or licensure among survey respondents who observed two Vintage Brand webpages selling products bearing the VB Penn State Marks.  *See*

*Franklyn Report (Ex. 41)* at 6 ("[a]fter viewing the Penn State apparel as offered on the Vintage Brand website, a significant percentage of consumers are confused as to source, sponsorship, approval, or licensure of the products.").

139.   The first product page tested, shown below, resulted in a net 27% of consumers being confused as to source, sponsorship, affiliation, or licensure.   These consumers identified "Penn State" or the pictured "college, university, NCAA" as the source of sponsor of the shirt shown below:



See *Franklyn Report (Ex. 41)* at 44-45.

140.   The second image tested, shown below, resulted in a net 39% of consumers being confused as to source, sponsorship, affiliation, or licensure and

identifying "Penn State" or the pictured "college, university, NCAA" as the source of sponsor of the shirt below:



See *Franklyn Report (Ex. 41)* at 44-45.

## VI.    Defendants' Willfulness

### A. Defendants Know Their Use of the University Marks is Unauthorized

141.   Penn State has never granted Defendants permission to use the University Marks in connection with goods sold on the Vintage Brand website. *See Second Amended Compl. (Dkt. 67), ¶¶ 3, 94 & Answer (Dkt. 72), ¶¶ 3, 94 (admitting that Vintage Brand has not received authorization to use Penn State's trademarks); Vintage Brand Dep. (Ex. 30) at 121:3-15 (Vintage Brand has never requested permission or license to use the words "Penn State" on merchandise).*

142.   Penn State has no affiliation or connection with Defendants. *See Petulla Decl. (Ex. 1), ¶¶ 22-24; Sportswear Dep. (Vol. 2) (Ex. 36) at 25:16-22 (Sportswear has never had a relationship or license agreement with Penn State).*

143.   Sportswear has previously licensed collegiate trademarks (not including marks owned by Penn State) through CLC. *See Sportswear Dep. (Vol. 2) (Ex. 36) at 25:23-26:17.*

144.   In around 2018, Chad Hartvigson performed trademark preclearance searches to see whether there were any registered trademarks that might be similar to the images shown on Vintage Brand's Penn State-related merchandise. *See Vintage Brand Dep. (Ex. 30) at 149:18-150:5.* Mr. Hartvigson testified that he is familiar with the companies like CLC that handle licensing for different universities and complained that licensing creates "monopolistic antitrust violations going along

with collusion to control that marketplace." *Id. at 116:16-118:11 (testimony of Chad Hartvigson concerning his concerns about antitrust issues, in response to a question about whether he determined if Penn State was using any of the marks that have been applied to the VB Penn State Merchandise).*

145.   In this preclearance search, Chad Hartvigson "checked the trademark database", "checked Fanatics.com for what was currently being sold in the marketplace", and then "ran a Google search on products that were being sold." *See Vintage Brand Dep. (Ex. 30) at 150:8-151:6.*

146.   Through his search of USPTO records, Chad Hartvigson saw that Penn State owns federal trademark registrations for the PENN STATE Mark. *Vintage Brand Dep. (Ex. 30) at 165:16-21.*

## B. Defendants Ignore Trademark Laws Even After the Eleventh Circuit Affirmed their Liability for Infringing Another School's Rights.

147.   Other colleges and universities have brought lawsuits against Vintage Brand, alleging that Vintage Brand has infringed the schools' trademark rights. *See Second Amended Compl. (Dkt. 67), ¶ 3 & Answer (Dkt. 72), ¶ 3 (admitting same); Vintage Brand Dep. (Ex. 30) at 49:23-25, 58:13-18, 64:6-9, 66:23-25, 67:2-10 (Vintage Brand has been sued for trademark infringement around five times).*

148.   Sportswear has also been sued several times for trademark infringement. *Vintage Brand Dep. (Ex. 30) at 58:13-18.*

149.    In a lawsuit brought by the Savannah College of Art and Design ("SCAD"), Sportswear was enjoined from selling merchandise related to SCAD following litigation in which the Court of Appeals for the Eleventh Circuit reversed a decision in Sportswear's favor and then, following additional proceedings, affirmed judgment against Sportswear.  The Supreme Court declined to review the Court of Appeals' decision.  *Vintage Brand Dep. (Ex. 30) at 61:6-64:5.*

### C. Vintage Brand's Intent to Resume Using the University Marks

150.    Vintage Brand "intends to re-enable the [VB Penn State Store] webpage [on the Vintage Brand website], which will not include the Pozniak Lion [Logo], when this lawsuit is resolved."  *See Answer (Dkt. 72), ¶ 96.*  Chad Hartvigson has expressed his skepticism of collegiate licensing, which he referred to as involving "monopolistic antitrust violations" because CLC facilitates licensing agreements *Vintage Brand Dep. (Ex. 30) at 116:16-118:11.*  Mr. Hartvigson also testified that he has never asked Penn State for permission to use the PENN STATE Mark.  *Id. at 121:3-15.*

### D. Vintage Brand Ignores Penn State's Cease and Desist Letter

151.    On December 17, 2020, Penn State sent a cease and desist letter to Vintage Brand regarding its unauthorized use of Penn State's marks.  In this letter, Penn State reviewed its rights in different marks and demanded that Vintage Brand immediately cease all use of Penn State's trademarks.  *See Ex. 28 [PSU0007274] at*

*2-4 (cease and desist letter). See also Ex. 53 [PSU0007266] at 2-9 (screenshots of Vintage Brand website selling Penn State merchandise, taken December 9, 2020).*

152. Vintage Brand did not comply with Penn State's demands to stop using the University Marks on the Vintage Brand Website other than removing merchandise using the Pozniak Lion Logo. *See Petulla Decl. (Ex. 1), ¶ 23; Sportswear Dep. (Vol. 2) (Ex. 36) at 11:20-14:15 (Defendants removed VB Penn State Merchandise bearing the Pozniak Lion Logo after receiving cease and desist letter from Penn State).*

153. Screenshots of the Vintage Brand website taken on January 11, 2021, show that the VB Penn State Store remained active following the December 17, 2020 cease and desist letter. *See Ex. 31 [PSU0007325] at 2-78 (screenshots of the VB Penn State Store on Vintage Brand website taken January 11, 2021).*

154. Around this same time, Sportswear was similarly infringing Penn State's trademarks by selling apparel connected to Penn State under a subpage titled "Pennsylvania Milton S Hershey Med Nittany Lions Apparel Store." *See Ex. 54 PSU0007294] at 2-4 (screenshots of Penn State store on prepsportswear.com, taken December 17, 2020).*

155. A few days later, on December 21, 2020, Penn State sent Sportswear a cease and desist concerning its use of trademarks belonging to Penn State. In this letter, Penn State again reviewed its trademark rights and demanded that Sportswear

stop selling goods using those marks on <prepsportswear.com>. *See Ex. 29 [PSU0007297] at 2-4 (cease and desist letter to Sportswear).*

156. In response to this cease and desist, Sportswear removed all products related to Penn State from the preprsportswear.com website. *See Sportswear Dep. (Vol. 2) (Ex. 36) at 28:4-29:19 (testimony that Sportswear took down apparel related to Penn State's medical school in response to the Penn State cease and desist, and that since those products were taken down, Prep Sportswear has not since had any products with Penn State-related imagery on its website).* Despite taking down the Penn State-related products on its own website, Sportswear continued to manufacture the VB Penn State Merchandise for Vintage Brand subsequent to its receipt of the cease and desist letter from Penn State. *Ex. 46 at 3-20 (Vintage Brand's supplemental response to Interrogatory 7 listing with information on the sales that Defendants have made of VB Penn State Merchandise, including quantities of merchandise sold, and information on dates of use and revenues).*

## VII. Vintage Brand Itself Purports to Own and License a Trademark for Itself

157. Vintage Brand owns a federal trademark registration for a logo that includes a design and the words "Vintage Brand". *See Vintage Brand Dep. (Ex. 30) at 96:3-16.*

158.     Vintage Brand has entered into a Licensing & Fulfillment Agreement with Sportswear which provides that Vintage Brand owns a number of trademarks, and licenses those marks to Sportswear for use on specific goods.  *See Exhibit 55 at 2-3, 17-20, 34-35 (Licensing and Fulfillment Agreement and Renewed Licensing and Fulfillment Agreement, both entered between Sportswear and Vintage Brand, covering the period of November 1, 2017 through December 31, 2023 including both agreements).*

159.     In the original and renewed Licensing and Fulfillment Agreements, Vintage Brand claims to own and to be licensing to Sportswear the word mark VINTAGE BRAND and a separate mark referred to as "VINTAGE BRAND LOGO".  *See Exhibit 55 at 18, 35 (Exhibit B to Licensing and Fulfillment Agreements, listing the trademarks that Vintage Brand asserts to own and to be licensing); Sportswear Dep. (Vol. 1) (Ex. 35) at 16:5-22 (confirming marks and goods covered by licensing agreement).*

160.     In the original and renewed Licensing and Fulfillment Agreements, Vintage Brand licenses to Sportswear the right to use Vintage Brand's marks in connection with: Canvas Art; Posters or Prints; Wall Graphics; Coasters; Mugs; Drinkware; Magnets; Home Décor; T-Shirts; Hats; Fleece; Shorts; Stickers; Towels; Blankets; Pillows; and Tote Bags.  *See Exhibit 55 at 17, 34 (Exhibit A to Licensing and Fulfillment Agreements, listing the goods on which Sportswear may use Vintage*

*Brand's marks under this license);* [*Sportswear Dep. (Vol. 1) (Ex. 35)*](#) *at 16:5-22 (confirming marks and goods covered by licensing agreement).*

161. Because Sportswear's products (such as t-shirts) are manufactured by third parties, the License and Fulfillment Agreement between Sportswear and Vintage Brand allows Sportswear to use Vintage Brand's trademarks on the front of a t-shirt, as shown below:



*See* [*Ex. 41*](#) *at 92 (screenshot of t-shirt using Vintage Brand logo taken from survey of David Franklyn where the image was used as a control image);* [*Exhibit 55*](#) *at 17, 34 (Exhibit A to Licensing and Fulfillment Agreements, listing the goods on which Sportswear may use Vintage Brand's marks under this license, including t-shirts);* [*DeLong Dep. (Ex. 40)*](#) *at 47:10-48:15 (testifying that Vintage Brand sells a t-shirt bearing this logo on the Vintage Brand website);* [*Sportswear Dep. (Vol. 1) (Ex. 35)*](#)

*at 16:5-22 (confirming that the licensing and fulfillment agreement cover the word mark VINTAGE BRAND and the company's logo, and that the list of goods in Exhibit A to the agreement contains the list of items on which Sportswear can apply the marks).*

162.   Vintage Brand has used the University Marks to offer and sell goods covered by Penn State's federal registrations.  *See Ex. 46 at 3-20.* In response to Penn State's Interrogatory No. 7, Vintage Brand produced a chart containing images used on the VB Penn State Merchandise, along with information about the types of merchandise sold and information about actual sales.  *Id.* Vintage Brand supplemented this information in February 2023, identifying additional images that had been used on VB Penn State Merchandise.  *Id. (Vintage Brand's supplemental response to Interrogatory No. 7, listing VB Penn State Merchandise that it has sold, setting out quantities of items sold and revenue information).  See also generally, Exs. 31, 32, 33 (screenshots of the VB Penn State Store on the Vintage Brand Website showing VB Penn State Merchandise offered by Defendants).*  A chart showing the VB Penn State Merchandise that Defendants have sold, alongside the corresponding University Mark, is shown here:

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|-----|-----------------------------------|----------------------------------------------------|-----------------------------------|
| 1 |   Ex. 33 at 3 (T-Shirt)  Vintage Brand offers the same design on: <br>• T-Shirts: Ex. 32 at 173 <br>• Sweatshirts: Ex. 32 at 146 (bottom left) <br>• Hats: Ex. 32 at 41 <br>• Socks: Ex. 32 at 224 (second row right) <br>• Koozies: Ex. 31 at 31 (top center) <br>• Coasters: Ex. 33 at 5 <br>• Mugs: Ex. 32 at 71 (third row right) <br>• Drinkware: Tumblers: Ex. 33 at 15 (fifth row center); Water Bottles: Ex. 32 at 71 (third row left) <br>• Decorative Wall Plaques: Metal Wall Art: Ex. 32 at 94 <br>• Magnets: Ex. 32 at 146 (second row left) <br>• Cutting Boards: Ex. 32 at 109 | PENN STATE | U.S. Reg. 1308610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts.  *See* Ex. 4 at 5-8.  U.S. Reg. 5766698 (PENN STATE), covering, inter alia, decorative magnets, ceramic mugs, drinking glasses, cutting boards, hooded sweatshirts, caps being headwear, coasters.  *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 2 |  Ex. 33 at 13 (Magnets)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 32<br>• Sweatshirts: Ex. 32 at 33<br>• Hats: Ex. 32 at 47<br>• Socks: Ex. 32 at 224 (top left)<br>• Koozies: Ex. 31 at 31 (bottom left)<br>• Coasters: Ex. 31 at 47 (bottom left)<br>• Drinkware: Tumblers: Ex. 33 at 15 (fifth row left); Water Bottles: Ex. 32 at 72 (third row left)<br>• Decorative Wall Plaques: Metal Wall Art: Ex. 32 at 88 (second row right)<br>• Magnets: Ex. 33 at 13<br>• Cutting Boards: Ex. 32 at 112 | PENN STATE<br><br> | U.S. Registration No. 1308610 (PENN STATE), covering, inter alia, decals, stickers, decorative wall plaques, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweat shirts, socks, hats. *See* Ex. 4 at 5-8.<br><br>U.S. Registration No. 5766698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, cutting boards, hooded sweatshirts, sweatpants, caps being headwear, coasters. *See* Ex. 4 at 14-16.<br><br>S Lion Logo: No federal registration; covered by Penn State's common law trademark rights. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 3 | <br><br>Ex. 32 at 44 (Hats)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 23<br>• Sweatshirts: Ex. 32 at 24<br>• Socks: Ex. 32 at 232<br>• Koozies: Ex. 33 at 121<br>• Coasters: Ex. 32 at 143 (middle)<br>• Mugs: Ex. 32 at 76<br>• Drinkware: Tumblers: Ex. 32 at 71 (top right)<br>• Decorative Wall Plaques: Metal Wall Art: Ex. 32 at 97<br>• Magnets: Ex. 32 at 149 (top right)<br>• Cutting Boards: Ex. 32 at 104 | PENN STATE<br><br>THE PENNSYLVANIA STATE UNIVERSITY<br><br> | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, cutting boards, hooded sweatshirts, caps being headwear, coasters. *See* Ex. 4 at 14-16.<br><br>U.S. Registration No. 1,315,693 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, drinking mugs, tankards, glasses, cups, and tumblers. See Ex. 6 at 10-12.<br><br>U.S. Registration No. 5,399,989 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, hats, shirts, sweat shirts, and t-shirts. See Ex. 6 at 17-18.<br><br>U.S. Registration No. 5,742,516 (THE PENNSYLVANIA STATE UNIVERSITY), covering decorative magnets. See Ex. 6 at 5-6.<br><br>U.S. Registration No. 1,276,712 (University Seal), covering, inter alia, decorative magnetic stickers, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts, and hats. See Ex. 17 at 5-7.<br><br>U.S. Registration No. 5,877,080 (University Seal), covering, inter |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | | | alia, coasters, ceramic mugs, hooded sweatshirts. See Ex. 17 at 14-15. |
| 4 |  Ex. 33 at 36 (Tumbler)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 35<br>• Sweatshirts: Ex. 32 at 36<br>• Hats: Ex. 32 at 56<br>• Socks: Ex. 32 at 224 (top middle)<br>• Koozies: Ex. 31 at 31 (top left)<br>• Coasters: Ex. 32 at 217 (right)<br>• Mugs: Ex. 32 at 79<br>• Drinkware: Water Bottles: Ex. 32 at 72 (third row right)<br>• Decorative Wall Plaques: Posters: Ex. 32 at 216; Metal Wall Art: Ex. 32 at 88 (top middle); Canvas Wall Art: Ex. 32 at 132<br>• Magnets: Ex. 32 at 6 (top left)<br>• Cutting Boards: Ex. 32 at 106<br>• Puzzles: Ex. 31 at 72 (bottom center) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, cutting boards, hooded sweatshirts, caps being headwear, coasters, and jigsaw puzzles. See Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 5 |  Ex. 33 at 38 (Mug)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 26<br>• Sweatshirts: Ex. 32 at 26 (right)<br>• Hats: Ex. 32 at 68<br>• Socks: Ex. 32 at 228<br>• Koozies: Ex. 33 at 73<br>• Coasters: Ex. 33 at 115<br>• Mugs: Ex. 32 at 82<br>• Drinkware: Water Bottles: Ex. 33 at 125<br>• Magnets: Ex. 31 at 59 (bottom right) | THE PENNSYLVANIA STATE UNIVERSITY<br><br><br><br> | U.S. Registration No. 1,315,693 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, drinking mugs, tankards, glasses, cups, and tumblers. See Ex. 6 at 10-12.<br><br>U.S. Registration No. 5,399,989 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, hats, shirts, sweat shirts, and t-shirts. See Ex. 6 at 17-18.<br><br>U.S. Registration No. 5,742,516 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, decorative magnets. See Ex. 6 at 5-6.<br><br>U.S. Registration No. 1,276,712 (University Seal), covering, inter alia, decorative magnetic stickers, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts, hats. See Ex. 17 at 5-7.<br><br>U.S. Registration No. 5,877,080 (University Seal), covering, inter alia, coasters, ceramic mugs, hooded sweatshirts. See Ex. 17 at 14-15.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, decorative magnetic stickers, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweatshirts, and hats. See Ex. 9 at 11-13. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 6 |  Ex. 33 at 41 (Koozies) (second row left)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 33 at 127<br>• Sweatshirts: Ex. 33 at 77<br>• Hats: Ex. 32 at 50<br>• Socks: Ex. 33 at 85<br>• Coasters: Ex. 31 at 48 (top center)<br>• Mugs: Ex. 33 at 87<br>• Drinkware: Tumblers: Ex. 33 at 95; Water Bottles: Ex. 32 at 72 (bottom right)<br>• Magnets: Ex. 33 at 14 (second row right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, hooded sweatshirts, caps being headwear, coasters. *See* Ex. 4 at 14-16. |
| 7 |  Ex. 33 at 71 (Sweatshirt)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 177<br>• Hats: Ex. 32 at 53 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, drinking mugs, tankards, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, hooded sweatshirts, caps being headwear, coasters. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | • Socks: Ex. 32 at 224 (third row right)<br>• Coasters: Ex. 31 at 47 (bottom center)<br>• Mugs: Ex. 32 at 72 (top right)<br>• Drinkware: Water Bottles: Ex. 32 at 73 (first full row middle)<br>• Magnets: Ex. 33 at 14 (second full row left) | | |
| 8 | <br>Ex. 33 at 67 (bottom middle) (Puzzle)<br><br>Vintage Brand offers the same design on:<br>• Coasters: Ex. 33 at 75<br>• Posters: Ex. 32 at 206 (bottom center)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 32 at 116 (third row right)<br>• Magnets: Ex. 32 at 149 (top middle right)<br>• Cutting Boards: Ex. 32 at 103 (third row left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 9 |  | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | Ex. 32 at 143 (top left) (Hats)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 6 (second row left)<br>• Hats: Ex. 32 at 62<br>• Socks: Ex. 32 at 224 (bottom right)<br>• Koozies: Ex. 32 at 74 (top left)<br>• Coasters: Ex. 31 at 49 (center)<br>• Mugs: Ex. 32 at 194 (second full row left)<br>• Tumblers: Ex. 32 at 73 (second full row right)<br>• Water Bottles: Ex. 32 at 202<br>• Magnets: Ex. 32 at 4 (bottom left) | | alia, decorative magnets, drinking glasses, caps being headwear, coasters. *See* Ex. 4 at 14-16. |
| 10 | <br>Ex. 32 at 5 (t-shirt)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 12 (bottom middle)<br>• Sweatshirts: Ex. 32 at 149 (top left)<br>• Socks: Ex. 31 at 68 (top center)<br>• Drinkware: Water Bottles: Ex. 31 at 44 (top right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, tankards, glasses, cups, t-shirts, sweat shirts, socks. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, drinking glasses, hooded sweatshirts. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 11 | <br><br>Ex. 32 at 120 (Cutting Board)<br><br>Vintage Brand offers the same design on:<br>• Decorative Wall Plaques: Posters: Ex. 32 at 120; Metal Wall Art: Ex. 32 at 91; Canvas Wall Art: Ex. 32 at 120<br>• Puzzles: Ex. 32 at 120 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, cutting boards, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 12 | <br><br>Ex. 32 at 143 (canvas wall art) (top right)<br><br>Vintage Brand offers the same design on:<br>• Coasters: Ex. 31 at 47 (middle center)<br>• Mugs: Ex. 32 at 193 (bottom middle)<br>• Decorative Wall Plaques: Posters: Ex. 32 at 206 (second row right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs, tankards, glasses, cups,. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, drinking glasses, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | • Puzzles: Puzzles: Ex. 31 at 71 (top center) | | |
| 13 | Ex. 32 at 143 (second row right) (Poster) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, banners. See Ex. 9 at 11-13. |
| 14 | Ex. 32 at 117 (first full row middle) (Canvas Wall Art)<br><br>Vintage Brand offers the same design on:<br>• Decorative Wall Plaques: Posters: Ex. 32 at 208 (third full row center)<br>• Magnets: Ex. 32 at 213 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets. See Ex. 4 at 14-16.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, decorative magnetic stickers, banners. See Ex. 9 at 11-13. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 15 | \n\nEx. 32 at 123 (Canvas Wall Art)\n\nVintage Brand offers the same design on:\n• Decorative Wall Plaques: Posters: Ex. 32 at 212\n• Puzzles: Ex. 32 at 213 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.\n\nU.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 16 | \n\nEx. 32 at 143 (bottom right) (wall art)\n\nVintage Brand offers the same design on:\n• Coasters: Ex. 31 at 49 (bottom center)\n• Decorative Wall Plaques: Posters: Ex. 32 at 206 (bottom left); Metal Wall Art: Ex. 32 at 88 (middle left); Canvas Wall Art: Ex. 32 at 126\n• Magnets: Ex. 32 at 5 (second row middle) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques,. Ex. 4 at 5-8.\n\nU.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | • Cutting Boards: Ex. 32 at 103 (second row left)<br>• Puzzles: Ex. 31 at 72 (top right) | | |
| 17 | <br>Ex. 32 at 74 (top right) (Mug)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 32 at 157 (bottom right)<br>• Sweatshirts (Ex. 32 at 166) (middle)<br>• Hats: Ex. 32 at 65<br>• Socks: Ex. 32 at 226 (right)<br>• Koozies: Ex. 32 at 150<br>• Coasters: Ex. 31 at 48 (bottom center)<br>• Mugs: Ex. 32 at 72 (second row middle)<br>• Drinkware: Tumblers: Ex. 32 at 73 (third full row left); Water Bottles: Ex. 32 at 73 (second full row left)<br>• Magnets: Ex. 31 at 55 (top center) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, drinking mugs, tankards, glasses, cups, tumblers, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, hooded sweatshirts, caps being headwear, coasters. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|-----|-----------------------------------|----------------------------------------------------|-----------------------------------|
| 18 |  Ex. 32 at 206 (second row left) (Poster)<br><br>Vintage Brand offers the same design on:<br>• Decorative Wall Plaques: Posters: Ex. 32 at 206 (middle left); Canvas Wall Art: Ex. 32 at 116 (second row right)<br>• Magnets: Ex. 31 at 56 (center bottom)<br>• Puzzles: Ex. 31 at 73 (top left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 19 |  Ex. 32 at 5 (third row middle) (pennant) | THE PENNSYLVANIA STATE UNIVERSITY   | U.S. Registration No. 5,742,516 (THE PENNSYLVANIA STATE UNIVERSITY), covering, inter alia, fabric flags. See Ex. 6 at 5-6.<br><br>U.S. Registration No. 1,276,712 (University Seal), covering, inter alia, pennants. See Ex. 17 at 5-7.<br><br>U.S. Registration No. 5,877,080 (University Seal), covering, inter alia, fabric flags, banners of textile. See Ex. 17 at 14-15.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, pennants, banners. See Ex. 9 at 11-13. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 20 |  Ex. 32 at 220 (top middle) (Poster)<br><br>Vintage Brand offers the same design on:<br>• Coasters: Ex. 33 at 47 (second row center)<br>• Decorative Wall Plaques: Posters: Ex. 32 at 6 (top middle); Canvas Wall Art: Ex. 32 at 129<br>• Magnets: Ex. 32 at 149 (center)<br>• Puzzles: Ex. 32 at 221 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques,. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 21 |  Ex. 32 at 138 (Pennant) | PENN STATE<br><br> | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, pennants. Ex. 4 at 5-8.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, pennants, banners. See Ex. 9 at 11-13. |
| 22 |  Ex. 32 at 116 (bottom center) (Canvas Wall Art) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | Vintage Brand offers the same design on:<br>• Mugs: Ex. 31 at 43 (bottom center)<br>• Decorative Wall Plaques: Posters: Ex. 32 at 208 (first full row center)<br>• Magnets: Ex. 32 at 4 (third row center) | | |
| 23 | <br>Ex. 31 at 26 (bottom left) (Water Bottle)<br><br>Vintage Brand offers the same design on:<br>• T-Shirts: Ex. 31 at 13 (bottom left)<br>• Sweatshirts: Ex. 31 at 27 (top left)<br>• Hats: Ex. 31 at 30 (top right)<br>• Socks: Ex. 31 at 68 (top right)<br>• Koozies: Ex. 33 at 13 (top middle)<br>• Drinkware: Tumblers: Ex. 33 at 15 (fourth row right); Water Bottles: Ex. 33 at 12 (fourth row left)<br>• Decorative Wall Plaques: Posters: Ex. 31 at 53 (top right); Metal Wall Art: Ex. 31 at 66 (top left); Canvas Wall Art: Ex. 31 at 62 (bottom right) |  | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, drinking glasses, cutting boards, hooded sweatshirts, caps being headwear, jigsaw puzzles. *See* Ex. 4 at 14-16.<br><br>U.S. Registration No. 5,305,910 (Pozniak Lion Logo), covering, inter alia, hats, t-shirts, and sweatshirts. See Ex. 11 at 5-6. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | • Puzzles: Ex. 31 at 71 (bottom left)<br>• Cutting Board: Ex. 31 at 76 (bottom right)<br>• Magnets: Ex. 31 at 58 (bottom left)<br>• Coasters: Ex. 31 at 48 (top left) | | |
| 24 | <br>Ex. 31 at 39 (bottom center) (Mug) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, drinking glasses. *See* Ex. 4 at 14-16. |
| 25 | <br>Ex. 31 at 51 (center right) (Poster)<br><br>Vintage Brand uses this same design on:<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 61 (top right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8. |
| 26 |  | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | Ex. 31 at 48 (bottom left) (Coasters) | | alia, decorative magnets, cutting boards. *See* Ex. 4 at 14-16. |
| | Vintage Brand offers this design on: | | |
| | • Magnets: Ex. 31 at 56 (bottom right) | | |
| | • Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 60 (top right); Metal Wall Art: Ex. 31 at 64 (bottom center) | | |
| | • Cutting Board: Ex. 31 at 74 (center) | | |
| 27 |  | PENN STATE | N/A (This image was provided by Vintage Brand in its Interrogatory Response but Penn State has been unable to find a information about its use on the VB Penn State Store. *See* Ex. 46 at 14, 17. |
| 28 |  | PENN STATE | N/A (This image was provided by Vintage Brand in its Interrogatory Response but Penn State has been unable to find information about its use on the VB Penn State Store. *See* Ex. 46 at 14, 16. |
| 29 |   Ex. 31 at 35 (top right) (Mug) Vintage Brand offers this design on:  • Magnets: Ex. 31 at 55 (top right) • Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.  U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, jigsaw puzzles. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | 62 (bottom left); Metal Wall Art: Ex. 31 at 65 (top center); Posters: Ex. 31 at 53 (top left)<br>• Puzzles: Ex. 31 at 70 (bottom right)<br>• Cutting Board: Ex. 31 at 75 (top right) | | |
| 30 | <br>Ex. 31 at 37 (center left) (Mug)<br><br>Vintage Brand offers this design on:<br>• Magnets: Ex. 31 at 55 (bottom left)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 64 (top right); Posters: Ex. 31 at 54 (top right)<br>• Puzzles: Ex. 31 at 71 (bottom right)<br>• Cutting Board: Ex. 31 at 74 (bottom left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, and jigsaw puzzles. See Ex. 4 at 14-16. |
| 31 | <br>Ex. 31 at 33 (bottom center) (Mug)<br><br>Vintage Brand also uses this design on: | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, jigsaw puzzles. See Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| | • Decorative Wall Plaques: Posters: Ex. 31 at 53 (center right); Canvas Wall Art: Ex. 31 at 63 (top right) <br> • Puzzles: Ex. 31 at 71 (top left) | | |
| 32 |  <br> Ex. 31 at 51 (bottom left) (Poster) <br><br> Vintage Brand offers this same design on: <br> • Magnets: Ex. 31 at 57 (center) <br> • Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 61 (bottom left) <br> • Puzzles: Ex. 31 at 71 (center left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8. <br><br> U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 33 |  <br> Ex. 31 at 56 (bottom right) (Magnets) <br><br> Vintage Brand uses this same design on: <br> • Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 61 (top center) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8. <br><br> U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 34 | \n\nEx. 31 at 49 (center left) (Coasters)\n\nVintage Brand offers this design on:\n- Mugs: Ex. 31 at 36 (top right)\n- Magnets: Ex. 31 at 59 (bottom center)\n- Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 60 (bottom left); Posters: Ex. 31 at 51 (top left)\n- Puzzles: Ex. 31 at 72 (top left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.\n\nU.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 35 | \n\nEx. 31 at 52 (bottom right) (Poster)\n\nVintage Brand uses this same design on:\n- Mugs: Ex. 31 at 38 (center right)\n- Magnets: Ex. 31 at 57 (top right)\n- Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 62 (center right); Metal Wall Art: Ex. 31 at 67 (top left)\n- Puzzles: Ex. 31 at 73 (top right)\n- Cutting Board: Ex. 31 at 74 (bottom right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.\n\nU.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, and jigsaw puzzles. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 36 |  Ex. 31 at 52 (top left) (Poster)<br><br>Vintage Brand uses this same design on:<br>• Mugs: Ex. 31 at 40 (center right)<br>• Magnets: Ex. 31 at 55 (bottom right)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 62 (top left); Metal Wall Art: Ex. 31 at 66 (bottom center)<br>• Puzzles: Ex. 31 at 73 (bottom left)<br>• Cutting Board: Ex. 31 at 76 (center right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 37 |  Ex. 31 at 50 (top center) (Poster)<br><br>Vintage Brand offers this same design on:<br>• Mugs: Ex. 31 at 42 (bottom center)<br>• Magnets: Ex. 31 at 55 (center)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 60 (top center) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 38 |  Ex. 31 at 64 (top center) (Canvas Wall Art)<br><br>Vintage Brand offers this same design on:<br>• Mugs: Ex. 31 at 46 (top right)<br>• Decorative Wall Plaques: Posters: Ex. 31 at 54 (top center)<br>• Puzzles: Ex. 31 at 70 (bottom center) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 39 |  Ex. 31 at 46 (bottom center) (Mug)<br><br>Vintage Brand offers the same design on:<br>• Coasters: Ex. 31 at 47 (center)<br>• Magnets: Ex. 31 at 59 (top right)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 61 (bottom center); Metal Wall Art: Ex. 31 at 66 (top right); Poster: Ex. 31 at 51 (bottom center)<br>• Cutting Board: Ex. 31 at 76 (top right) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, coasters. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 40 |  Ex. 31 at 49 (top center) (Coasters)<br><br>Vintage Brand offers the same design on:<br>• Magnets: Ex. 31 at 58 (top center)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 61 (top left); Posters: Ex. 31 at 51 (center left)<br>• Puzzles: Ex. 31 at 72 (bottom left) | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |
| 41 |  Ex. 31 at 50 (bottom left) (Posters)<br><br>Vintage Brand offers this same design on:<br>• Magnets: Ex. 31 at 58 (top right)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 60 (middle left)<br>• Puzzles: Ex. 31 at 71 (top right)<br>• Cutting Board: Ex. 31 at 76 (top center) |  | U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, decorative magnetic stickers, banners. See Ex. 9 at 11-13. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 42 |  Ex. 31 at 50 (bottom right) (Posters)<br><br>Vintage Brand offers this same design on:<br>• Mug: Ex. 31 at 37 (center)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 60 (middle right); Metal Wall Art: Ex. 31 at 66 (top center)<br>• Cutting Board: Ex. 31 at 77 | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, cutting boards. *See* Ex. 4 at 14-16. |
| 43 |  Ex. 31 at 53 (bottom center) (Posters)<br><br>Vintage Brand offers this same design on:<br>• Magnets: Ex. 31 at 54 (bottom center)<br>• Decorative Wall Plaques: Canvas Wall Art: Ex. 31 at 63 (bottom center); Metal Wall Art: Ex. 31 at 65 (top left)<br>• Puzzles: Ex. 31 at 71 (bottom center)<br>• Cutting Board: Ex. 31 at 74 (bottom center) | PENN STATE<br><br> | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques,. Ex. 4 at 5-8.<br><br>U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, cutting boards, and jigsaw puzzles. *See* Ex. 4 at 14-16.<br><br>U.S. Registration No. 1,350,286 (Lion Shrine Logo), covering, inter alia, decorative magnetic stickers, banners. See Ex. 9 at 11-13. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| 44 |  Ex. 31 at 59 (bottom left) (Magnets) | PENN STATE | U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets. *See* Ex. 4 at 14-16. |
| 45 |  Ex. 57 at 2 (showing College drop-down menu from Vintage Brand Website, with list of colleges including Penn State appearing, in screen capture from 2018).  Ex. 32 at 3 (example of a landing page on the VB Penn State Store, with the numerous references to PENN STATE NITTANY LIONS highlighted). | PENN STATE | U.S. Registration No. 1,308,610 (PENN STATE), covering, inter alia, decorative wall plaques, drinking mugs, tankards, glasses, cups, tumblers, pennants, shirts, t-shirts, sweat shirts, socks, hats. Ex. 4 at 5-8. U.S. Registration No. 5,766,698 (PENN STATE), covering, inter alia, decorative magnets, drinking glasses, cutting boards, hooded sweatshirts, caps being headwear, coasters, and jigsaw puzzles. *See* Ex. 4 at 14-16. |

| No. | Vintage Brand Infringing Products | University Registered or Common Law Mark Infringed | Penn State Registration Infringed |
|---|---|---|---|
| |  Ex. 32 at 173 (example product page from VB Penn State Store).  This same format—with multiple references to PENN STATE NITTANY LIONS—is used on the product pages for every piece of merchandise offered through the VB Penn State Store. | | |

Dated:  June 2, 2023

Respectfully submitted,

By: /s/ Lucy Jewett Wheatley
Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email:  lwheatley@mcguirewoods.com
Email:  celler@mcguirewoods.com

Allison Ebeck, Esquire
Pa. I.D. No. 322837
McGuireWoods LLP

Tower Two Sixty – Suite 1800
260 Forbes Avenue
Pittsburgh, PA 15222
(412) 667-6000
E-mail: aebeck@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Statement of Material

Facts in Support of Penn State's Partial Motion for Summary Judgment with the

Clerk of the Court using the CM/ECF system on this 2nd day of June, 2023, which

constitutes service on Defendants, who are registered users of the CM/ECF system

pursuant to Fed. R. Civ. P. 5(b)(2)(E):

> Jodi S. Wilenzik, Esquire
> PA Supreme Court I.D. No. 89205
> Marc H. Perry, Esquire
> PA Supreme Court I.D. 6810
> POST & SCHELL, P.C.
> 1600 JFK Boulevard, 13th Floor
> Philadelphia, PA 19103
> jwilenzik@postschell.com
> mperry@postschell.com
>
> Leslie Vander Griend, Esquire (Pro Hac Vice)
> John Fetters, Esquire (Pro Hac Vice)
> Theresa Wang, Esquire (Pro Hac Vice)
> Bradford Axel, Esquire (Pro Hac Vice)
> Joshua D. Harms (Pro Hac Vice)
> STOKES LAWRENCE, P.S.
> 1420 Fifth Avenue, Suite 3000
> Seattle, WA 98101
> Leslie.VanderGriend@stokeslaw.com
> John.Fetters@stokeslaw.com
> Theresa.Wang@stokeslaw.com
> BJA@stokeslaw.com
> Josh.harms@stokeslaw.com

> By: /s/ Lucy Jewett Wheatley
> Lucy Jewett Wheatley (*Pro Hac Vice*)
> McGuireWoods LLP

800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email:  lwheatley@mcguirewoods.com