# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>    Plaintiff and Counter-Claim Defendant,<br><br>  v.<br><br>VINTAGE BRAND, LLC;<br><br>    Defendant and Counter-Claim Plaintiff<br><br>and<br><br>SPORTSWEAR INC. d/b/a PREP SPORTWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; and MICHELLE YOUNG,<br><br>    Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## MOTION OF 18 INTELLECTUAL PROPERTY PROFESSORS FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

18 intellectual property (IP) professors hereby seek leave to participate in this case as *amici curiae* in support of Defendants. Movant's brief in support of this motion, the proposed *amici* brief, and a proposed order are attached below.

WHEREFORE, Movants, 18 IP professors, request that this Court grant their Motion for Leave to File Brief *Amici Curiae*.

Respectfully submitted,

**BARLEY SNYDER**

By: /s/ Justin Tomevi

Justin Tomevi
Pa. ID No. 313661
Barley Snyder
100 East Market Street
York, PA 17401
Tel: 717-852-4977
Fax: 717-843-8492
Email: JTomevi@barley.com

Phillip R. Malone (*pro hac vice* pending)
Juelsgaard Intellectual Property &
  Innovation Clinic
Mills Legal Clinic, Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Tel: 650-725-6369
Fax: 650-723-4426
Email: PMalone@law.stanford.edu

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 9th day of June 2023, which constitutes service on Plaintiff and Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Allison L. Ebeck, Esquire
Pa. ID No. 322837
McGuire Woods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
AEbeck@mcguirewoods.com

Claire H. Eller, Esquire (admitted *pro hac vice*)
Lucy J. Wheatley, Esquire (admitted *pro hac vice*)
Matthew G. Rosendahl, Esquire (admitted *pro hac vice*)
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
CEller@mcguirewoods.com
LWheatley@mcguirewoods.com
*Attorneys for Plaintiff,*
*The Pennsylvania State University*

Jodi S. Wilenzik, Esquire
Pa. ID No. 89205
Marc H. Perry, Esquire
Pa. ID No. 6810
Post & Schell, P.C.
1600 JFK Boulevard, 13th Floor
Philadelphia, PA 19103
JWilenzik@postschell.com
MPerry@postschell.com

Leslie Vander Griend, Esquire (admitted *pro hac vice*)
John Fetters, Esquire (admitted *pro hac vice*)
Bradford J. Axel (admitted *pro hac vice*)
Joshua D. Harms (admitted *pro hac vice*)
Valerie A. Walker (admitted *pro hac vice*)
Theresa H. Wang (admitted *pro hac vice*)
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000

Seattle, WA 98101
Leslie.VanderGriend@stokeslaw.com
John.Fetters@stokeslaw.com
Josh.Harms@stokeslaw.com
Valerie.Walker@stokeslaw.com
BJA@stokeslaw.com
Theresa.Wang@stokeslaw.com
*Attorneys for Defendants,*
*Vintage Brand, LLC,* et al.

By: /s/ Justin Tomevi
Justin Tomevi
Pa. ID No. 313661
Barley Snyder
100 East Market Street
York, PA 17401
Tel: 717-852-4977
Fax: 717-843-8492
Email: JTomevi@barley.com

Phillip R. Malone (*pro hac vice* pending)
Juelsgaard Intellectual Property &
 Innovation Clinic
Mills Legal Clinic, Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Tel: 650-725-6369
Fax: 650-723-4426
Email: PMalone@law.stanford.edu