IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>       Plaintiff and Counter-Claim Defendant,<br><br>v.<br><br>VINTAGE BRAND LLC,<br><br>       Defendant and Counter-Claim Plaintiff<br><br>And<br><br>SPORTWEAR INC., d/b/a PREP SPORTSWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; and MICHELLE YOUNG,<br><br>       Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 24th day of August 2023, upon consideration of the Motion for Leave to File Brief *Amici Curiae* filed by The Society of Product Licensors Committed to Excellence, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. *Amicus Curiae* The Society of Product Licensors Committed to Excellence is directed to file the proposed brief attached to its motion as Exhibit A.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge