IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; and MICHELLE YOUNG,<br><br>Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### FEBRUARY 6, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vintage Brand's *Daubert* motion (Doc. 93) is **GRANTED** and David Franklyn is prohibited from testifying at trial regarding Survey 1;

2. Penn State's *Daubert* motion (Doc. 95) is **DENIED**;

3. Vintage Brand's motion to strike (Doc. 135) is **GRANTED** as to Paragraphs 1, 5, and 114 of the SUMF, and Paragraph 15 and the first sentence of Paragraph 6 of Petulla's Declaration, but is **DEFERRED** in all other respects;

4. Penn State's motion to strike (Doc. 141) is **GRANTED** as to Paragraphs 16 and 25 of Chad Hartvigson's Declaration, but **DENIED** in all other respects;

5. Vintage Brand's second motion to strike (Doc. 159) is **GRANTED** to the extent that the sentence "[t]he image on the left was most likely sourced from a decal created by a third party around the early 1950s" is stricken from Paragraph 5 of Hartvigson's Supplemental Declaration, but is **DENIED** in all other respects;

6. Vintage Brand's motion for summary judgment (Doc. 110) is **GRANTED** in part and **DENIED** in part:

   a. The motion is granted as to Counts 2, 3, 4, 5, and 6 of the second amended complaint, and judgment is entered in Vintage Brand's favor as to those counts; and

   b. The motion is denied as to Counts 1 and 7 of the second amended complaint, and as to Counterclaim One.

7. Penn State's motion for summary judgment (Doc. 113) is **GRANTED** in part and **DENIED** in part;

   a. The motion is granted as to Vintage Brand's Affirmative Defenses Seven and Eight, but only as to incontestable registrations; and

   b. The motion is denied in all other respects.

8. The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge