IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; CHAD HARTVIGSON; ERIK HARTVIGSON; and MICHELLE YOUNG,<br><br>Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### APRIL 2, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vintage Brand's motion for partial reconsideration (Doc. 199) is **DENIED**;

2. Vintage Brand's alternative request for clarification is **GRANTED**, as detailed in the accompanying Memorandum Opinion; and

3. Penn State's uncontested motion for partial reconsideration (Doc. 201) is **GRANTED**, the Court's prior entry of judgment in favor of Vintage Brand as to Count Three of the second amended complaint (alleging

common law trademark infringement) is **VACATED**, and Vintage Brand's motion for summary judgment is **DENIED** as to Count Three.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge