IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 4, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vintage Brand's motions *in limine* (Doc. 221) are **GRANTED** in part and **DENIED** in part as follows:

    a. Granted as to evidence related to profits and revenues unrelated to any alleged infringement;
    b. Granted as to prior trademark lawsuits and disputes involving Vintage Brand;
    c. Granted as to any evidence or description of counterfeiting or counterfeit goods;
    d. Granted as to evidence of Wayback Machine captures;
    e. Granted as to evidence related to the use of licensing revenue to fund scholarships;
    f. Granted in part and denied in part as to evidence related to manufacturing processes;
    g. Granted as to lay testimony regarding mark consumer perception or recognition of Penn State marks;

  h. Deferred as to evidence of images of clothing bearing the Pozniak Lion design; and

  i. Granted as to evidence or argument that trademarks bearing the Pozniak Lion design have achieved incontestable status.

2. Penn State's motions in limine are **GRANTED** in part and **DENIED** in part as follows:

  a. Granted as to advice of counsel defense (Doc. 223);
  b. Granted as to evidence related to Jerry Sandusky (Doc. 227);
  c. Granted as to evidence related to Franklyn's Survey One (Doc. 229);
  d. Granted as to any legal testimony (Doc. 231);
  e. Granted as to any evidence related to copyright law (Doc. 233);
  f. Denied as to evidence related to antitrust law (Doc. 235);
  g. Denied as to evidence related to aesthetic functionality (Doc. 237); and
  h. Granted as to evidence related to the First Amendment or dismissed claims or defenses (Doc. 239).

3. Penn State's motion to strike (Doc. 225) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge