**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>      Plaintiff and<br>      Counter-Claim Defendant,<br><br>  v.<br><br>VINTAGE BRAND, LLC,<br><br>      Defendant and<br>      Counter-Claim Plaintiff,<br><br>and<br><br>SPORTSWEAR INC. d/b/a PREP SPORTWEAR; and CHAD HARTVIGSON,<br><br>      Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

For the reasons set forth in the accompanying Brief, Defendant/Counterclaim-Plaintiff Vintage Brand, LLC ("Vintage Brand"), Defendant Sportswear Inc. ("Sportswear"), and Defendant Chad Hartvigson hereby move for judgment as a matter of law as to the trademark infringement claims advanced by The Pennsylvania State University (the "University"), or, in the alternative, for judgment as a matter of law as to the University's post-sale and initial-interest theories of confusion, and with respect to the University's purported trademark rights in the Pozniak Lion design.

1

Dated:  November 14, 2024          Respectfully submitted,

By: /s/ *Joshua D. Harms*
    John T. Fetters, Esq., *pro hac vice*
    Joshua D. Harms, Esq., *pro hac vice*
    Leslie Vander Griend, Esq., *pro hac vice*
    Valerie A. Walker, Esq., *pro hac vice*
    Washington I.D. Nos. 40800, 55679,
    28090, 52584
    STOKES LAWRENCE, P.S.
    1420 Fifth Avenue, Suite 3000
    Seattle, Washington 98101
    Phone:   (206) 626-6000
    Fax:       (206) 464-1496
    John.Fetters@stokeslaw.com
    Joshua.Harms@stokeslaw.com
    Leslie.VanderGriend@stokeslaw.com
    Valerie.Walker@stokeslaw.com

    Mark P. McKenna, Esq., *pro hac vice*
    Illinois I.D. No. 6272699
    LEX LUMINA PLLC
    745 Fifth Avenue, Suite 500
    New York, New York 10151
    Phone:   (646) 898-2055
    Fax:       (646) 906-8657
    Mark@lex-lumina.com

    Jodi S. Wilenzik, Esq.
    Mark H. Perry, Esq.
    PA Supreme Court I.D. Nos. 89205,
    68610
    POST & SCHELL, P.C.
    1717 Arch Street, 24th Floor
    Philadelphia, Pennsylvania 19103
    Phone:  (215) 587-1101
    Fax:       (215) 320-4159
    jwilenzik@postschell.com
    mperry@postschell.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 14th day of November 2024, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Courtney S. Schorr, Esquire
>McGuire Woods LLP
>Tower Two-Sixty
>260 Forbes Avenue, Suite 1800
>Pittsburgh, PA 15222-3142
>
>Claire H. Eller, Esquire (admitted pro hac)
>Lucy J. Wheatley, Esquire (admitted pro hac)
>Matthew G. Rosendahl, Esquire (admitted pro hac)
>David E. Finkleson, Esquire (admitted pro hac)
>McGuire Woods LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA 23219-3916
>
>Jessica S. Maupin, Esquire (admitted pro hac)
>McGuire Woods LLP
>2000 McKinney Ave., Suite 1400
>Dallas, TX 75201
>
>Attorneys for The Pennsylvania State University

Dated: November 14, 2024        By: /s/ *Joshua D. Harms*

>Joshua D. Harms, Esq., *pro hac vice*
>Washington I.D. No. 55679
>STOKES LAWRENCE, P.S.
>1420 Fifth Avenue, Suite 3000
>Seattle, Washington 98101
>Phone: (206) 626-6000
>Fax:   (206) 464-1496
>Joshua.Harms@stokeslaw.com

3