# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; et al.,<br><br>Defendants. | Case No. 4:21-cv-01091-MWB<br>Hon. Matthew W. Brann<br><br>JURY TRIAL DEMANDED |

## MOTION BY PENN STATE FOR RECONSIDERATION OF THE COURT'S RULING ON VINTAGE BRAND'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Plaintiff The Pennsylvania State University hereby moves for reconsideration of the Court's November 14, 2024 grant of judgment as a matter of law of no infringement as to Sportswear, Inc. As explained in the accompanying Brief filed herewith, Penn State respectfully requests that the Court reconsider and reverse its ruling. Alternatively, Penn State requests that the Court vacate judgment and defer ruling on the issue until after the jury has returned a verdict.

1

Dated: November 15, 2024

        Respectfully submitted,

        **MCGUIREWOODS LLP**

        By: <u>/s/*Lucy Jewett Wheatley*</u>
        Lucy Jewett Wheatley (*Pro Hac Vice*)
        David Finkelson (*Pro Hac Vice*)
        Claire Hagan Eller (*Pro Hac Vice*)
        McGuireWoods LLP
        800 East Canal Street
        Richmond, VA 23219
        Tel: (804) 775-4320
        Fax: (804) 698-2130
        Email: lwheatley@mcguirewoods.com
        Email: dfinkelson@mcguirewoods.com
        Email: celler@mcguirewoods.com

        Jessica S. Maupin (*Pro Hac Vice)*
        McGuireWoods LLP
        2000 McKinney Ave., Ste. 1400
        Dallas, TX 75201
        Tel: 214-932-6400
        Fax: 214-932-6499
        Email: jmaupin@mcguirewoods.com

        Courtney S. Schorr
        Pa. I.D. No. 317370
        McGuireWoods LLP
        Tower Two Sixty – Suite 1800
        260 Forbes Avenue
        Pittsburgh, PA 15222
        Tel: 412-667-6000
        E-mail: cschorr@mcguirewoods.com

        Kyle S. Smith (*Pro Hac Vice*)
        McGuireWoods LLP
        501 Fayetteville St., Suite 500
        Raleigh, NC 27601

Tel: 919-755-6600
Fax: 919-755-6699
Email: ksmith@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiff's Motion for Reconsideration with the Clerk of the Court using the CM/ECF system on November 15, 2024, which constitutes service on Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Jodi S. Wilenzik, Esquire
>PA Supreme Court I.D. No. 89205
>Marc H. Perry, Esquire
>PA Supreme Court I.D. 6810
>POST & SCHELL, P.C.
>Three Logan Square
>1717 Arch Street, 24th Floor
>Philadelphia, PA 19103
>jwilenzik@postschell.com
>mperry@postschell.com
>
>Leslie Vander Griend, Esquire (Pro Hac Vice)
>John Fetters, Esquire (Pro Hac Vice)
>Bradford J. Axel (Pro Hac Vice)
>Joshua D. Harms (Pro Hac Vice)
>Valerie A. Walker (Pro Hac Vice)
>Theresa H. Wang (Pro Hac Vice)
>STOKES LAWRENCE, P.S.
>1420 Fifth Avenue, Suite 3000
>Seattle, WA 98101
>Leslie.VanderGriend@stokeslaw.com
>John.Fetters@stokeslaw.com
>josh.harms@stokeslaw.com
>valerie.walker@stokeslaw.com
>bja@stokeslaw.com
>Theresa.wang@stokeslaw.com
>
>Mark P. McKenna (Pro Hac Vice)
>Christopher Jon Sprigman (Pro Hac Vice)
>LEX LUMINA, PLLC

745 Fifth Avenue, Suite 500
New York, NY 10151
mark@lex-lumina.com
chris@lex-lumina.com


By: /s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com

*Attorney for The Pennsylvania State University*