# CH-Vintage-FINAL

Designation List Report

**Hartvigson, Chad**  2022-07-21

| PL Designations | 00:01:27 |
| DEF Counter | 00:03:46 |
| **TOTAL RUN TIME** | **00:05:13** |



ID: CH-Vintage-FINAL

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:22 - 6:24 | **Hartvigson, Chad 2022-07-21**<br>6:22  Q. Mr. Hartvigson, first, could you state your full name<br>6:23       for the record.<br>6:24  A. Chad Allen Hartvigson. | 00:00:07 | **CH-Vintage-FINAL.1** |
| 7:11 - 7:13 | **Hartvigson, Chad 2022-07-21**<br>7:11  Q. Okay. And so do you understand that you are here today<br>7:12       to testify in your individual capacity?<br>7:13  A. Yes. | 00:00:06 | **CH-Vintage-FINAL.2** |
| 7:19 - 7:22 | **Hartvigson, Chad 2022-07-21**<br>7:19  Q. Do you understand that you are here today to also<br>7:20       testify as the corporate representative for Vintage<br>7:21       Brand, LLC?<br>7:22  A. Yes. | 00:00:08 | **CH-Vintage-FINAL.3** |
| 9:03 - 9:06 | **Hartvigson, Chad 2022-07-21**<br>9:03  Q. And what is the address for your primary place of<br>9:04       business?<br>9:05  A. 6415 Northeast 135th Place. That's Kirkland,<br>9:06       Washington 98034. | 00:00:15 | **CH-Vintage-FINAL.4** |
| 128:15 - 129:16 | **Hartvigson, Chad 2022-07-21**<br>128:15 Q. Okay. And what is the difference between what Vintage<br>128:16    Brand does and what Prep Sportswear does?<br>128:17 A. So Vintage Brand is a company that curates historical,<br>128:18    artistic images and makes those available to the<br>128:19    consuming public to purchase, with those reproduced on<br>128:20    different forms of merchandise. Vintage Brand does<br>128:21    everything on their own brand, so all of the items are<br>128:22    Vintage Brand branded products.<br>128:23    Prep Sportswear works in a different market, high<br>128:24    schools and youth sports teams, to print the names and<br>128:25    current schools and teams on products. And they do<br>129:01    Chad A. Hartvigson<br>129:02    printing on other people's branded products, not Prep<br>129:03    Sportswear branded product.<br>129:04    Both companies, you know, operate their individual<br>129:05    websites and their technology stacks are entirely<br>129:06    different. Technology that runs both websites are<br>129:07    entirely different. And the manufacturing processes<br>129:08    that create the -- the goods are entirely separate and<br>129:09    different printing processes. | 00:01:58 | **CH-Vintage-FINAL.5** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 129:10  Q.  What's the difference in the manufacturing process | | |
| | 129:11       between the Prep Sportswear goods and the Vintage Brand | | |
| | 129:12       goods? | | |
| | 129:13  A.  So the Vintage Brand products are printed with what's | | |
| | 129:14       called a dye-sublimation printing process, and the Prep | | |
| | 129:15       Sportswear products use embroidery, heat press, and | | |
| | 129:16       direct-to-garment printing. | | |
| 129:17 - 129:23 | **Hartvigson, Chad 2022-07-21** | 00:00:18 | **CH-Vintage-FINAL.6** |
| | 129:17  Q.  And so none of the Prep Sportswear products are printed | | |
| | 129:18       with the dye-sublimation process? | | |
| | 129:19  A.  That's correct. | | |
| | 129:20       And the Prep Sportswear also includes -- we talked | | |
| | 129:21       about the made-from-scratch items, which we call print, | | |
| | 129:22       cut, sew.  So we print on white fabric, cut it, and sew | | |
| | 129:23       it to make a final garment. | | |
| 129:24 - 130:08 | **Hartvigson, Chad 2022-07-21** | 00:00:25 | **CH-Vintage-FINAL.7** |
| | 129:24  Q.  And does Prep Sportswear sell products that use | | |
| | 129:25       university logos? | | |
| | 130:01       Chad A. Hartvigson | | |
| | 130:02  A.  Yes. | | |
| | 130:03  Q.  And does Prep Sportswear sell those products under | | |
| | 130:04       licenses? | | |
| | 130:05  A.  Some of them. | | |
| | 130:06  Q.  Does it sell products using university logos for which | | |
| | 130:07       it does not have a license? | | |
| | 130:08  A.  Yes. | | |
| 130:17 - 130:19 | **Hartvigson, Chad 2022-07-21** | 00:00:05 | **CH-Vintage-FINAL.8** |
| | 130:17  Q.  But sometimes you'll just sell the products without | | |
| | 130:18       getting a license? | | |
| | 130:19  A.  That's correct. | | |
| 130:20 - 131:13 | **Hartvigson, Chad 2022-07-21** | 00:01:00 | **CH-Vintage-FINAL.9** |
| | 130:20  Q.  Are any of your reasons for getting a license as | | |
| | 130:21       opposed to not getting a license unrelated to legal | | |
| | 130:22       reasons? | | |
| | 130:23  A.  No. | | |
| | 130:24  Q.  Do you consider whether or not a school is likely to | | |
| | 130:25       sue you in deciding whether or not to secure a license? | | |
| | 131:01       Chad A. Hartvigson | | |
| | 131:02  A.  No. | | |

CH-Vintage-FINAL

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 131:03 Q. Do you consider the size of a school in deciding | | | |
| | 131:04    whether or not to secure a license? | | | |
| | 131:05 A. No. | | | |
| | 131:06 Q. Do you consider whether the school has registered | | | |
| | 131:07    trademarks in deciding whether or not to get a license? | | | |
| | 131:08 A. Yes. | | | |
| | 131:09 Q. Vintage Brand has no licenses with anyone, correct? | | | |
| | 131:10 A. That's correct. | | | |
| | 131:11 Q. But Vintage Brand is using Penn State registered | | | |
| | 131:12    trademarks on its merchandise, correct? | | | |
| | 131:13 A. I don't know. | | | |
| 131:14 - 131:23 | **Hartvigson, Chad 2022-07-21** | | 00:00:25 | **CH-Vintage-FINAL.10** |
| | 131:14 Q. Does it make any difference to you in deciding whether | | | |
| | 131:15    or not to use an image if it's a registered trademark | | | |
| | 131:16    or not? | | | |
| | 131:17 A. Could you repeat that? | | | |
| | 131:18 Q. Does Vintage Brand consider whether an image is a | | | |
| | 131:19    registered trademark before putting it on merchandise? | | | |
| | 131:20 A. Yes. | | | |
| | 131:21 Q. If it's a registered trademark, will Vintage Brand not | | | |
| | 131:22    use it? | | | |
| | 131:23 A. Yes. | | | |
| 231:07 - 231:18 | **Hartvigson, Chad 2022-07-21** | | 00:00:27 | **CH-Vintage-FINAL.11** |
| | 231:07 Q. All right. So, I believe you testified earlier you | | | |
| | 231:08    don't have any knowledge of who Vintage Brand's | | | |
| | 231:09    customers are. Is that correct? | | | |
| | 231:10 A. That's correct. | | | |
| | 231:11 Q. So I take it you've never conducted any research | | | |
| | 231:12    into -- well, I won't -- | | | |
| | 231:13    Have you ever conducted any research into which | | | |
| | 231:14    customers to target? | | | |
| | 231:15 A. No. | | | |
| | 231:16 Q. And do you have any idea as to the demographics of your | | | |
| | 231:17    customers? | | | |
| | 231:18 A. No. | | | |

| | | |
|---|---|---|
| PL Designations | | 00:01:27 |
| DEF Counter | | 00:03:46 |
| **TOTAL RUN TIME** | | **00:05:13** |