# Maffey-FINAL

## Designation List Report

**Maffey, Meghan**                    **2022-12-16**

| | |
|---|---|
| PL Designations | 00:12:31 |
| DEF Counter | 00:35:51 |
| PL Counter-Counter | 00:00:09 |
| **TOTAL RUN TIME** | **00:48:30** |

Documents linked to video:
P-27
P-73



**ID: Maffey-FINAL**

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:13 - 7:16 | **Maffey, Meghan 2022-12-16** | 00:00:06 | **Maffey-FINAL.1** |

| 7:13 | | I know you've already done this, but I'm going to |
| 7:14 | | ask, can you state your full name for the record one |
| 7:15 | | more time, please. |
| 7:16 | A. | Meghan Maffey. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:24 - 9:07 | **Maffey, Meghan 2022-12-16** | 00:00:21 | **Maffey-FINAL.2** |

| 8:24 | | Are you aware that you've been listed |
| 8:25 | | as a potential witness for Penn State University in |
| 9:01 | | Meghan Maffey |
| 9:02 | | this lawsuit? |
| 9:03 | A. | Yes. |
| 9:04 | Q. | Have you ever had communications with the |
| 9:05 | | attorneys for Penn State, which would be Lucy |
| 9:06 | | Wheatley or Claire Eller or anyone from the McGuire |
| 9:07 | | Woods law firm? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:15 - 10:16 | **Maffey, Meghan 2022-12-16** | 00:01:21 | **Maffey-FINAL.3** |

| 9:15 | | THE WITNESS:  Yes. |
| 9:16 | | BY MR. FETTERS: |
| 9:17 | Q. | When was the first time that you had a |
| 9:18 | | communication with an attorney from McGuire Woods? |
| 9:19 | A. | I don't have an exact date. |
| 9:20 | Q. | What's your best approximation? |
| 9:21 | A. | Last month. |
| 9:22 | Q. | Did they reach out to you or did you reach |
| 9:23 | | out to them? |
| 9:24 | A. | They reached out to me. |
| 9:25 | Q. | Was that by phone or email? |
| 10:01 | | Meghan Maffey |
| 10:02 | A. | Phone. |
| 10:03 | Q. | Do you recall who it was specifically? |
| 10:04 | A. | Claire. |
| 10:05 | Q. | At the time that Claire reached out to |
| 10:06 | | you, was she acting as your attorney? |
| 10:07 | A. | No. |
| 10:08 | Q. | Had you ever spoken with Claire before |
| 10:09 | | that phone call? |
| 10:10 | A. | No. |
| 10:11 | Q. | Did you discuss Claire representing you in |
| 10:12 | | any capacity during that phone call? |
| 10:13 | A. | I don't remember. |

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 10:14  Q.  Was there anyone else on that phone call, | | |
| | 10:15       or was it just you and Claire? | | |
| | 10:16  A.  Just me and Claire. | | |
| 13:13 - 13:18 | **Maffey, Meghan 2022-12-16** | 00:00:20 | **Maffey-FINAL.4** |
| | 13:13  Q.  Well, let me just start foundationally | | |
| | 13:14       from what's your understanding of what "licensee" | | |
| | 13:15       means? | | |
| | 13:16  A.  Having permission from the University to | | |
| | 13:17       use University-branded logos for apparel and | | |
| | 13:18       anything else. | | |
| 15:08 - 15:12 | **Maffey, Meghan 2022-12-16** | 00:00:11 | **Maffey-FINAL.5** |
| | 15:08  Q.  Before this phone call, this conversation, | | |
| | 15:09       is that something that you even thought about in | | |
| | 15:10       terms of when you reached out to Vintage Brand, | | |
| | 15:11       whether they were a licensed vendor of Penn State or | | |
| | 15:12       not? | | |
| 15:13 - 15:14 | **Maffey, Meghan 2022-12-16** | 00:00:05 | **Maffey-FINAL.6** |
| | 15:13  A.  No.  I would say I was -- I did not think | | |
| | 15:14       about it. | | |
| 15:22 - 16:18 | **Maffey, Meghan 2022-12-16** | 00:01:05 | **Maffey-FINAL.7** |
| | 15:22  Q.  I understand you're represented here in | | |
| | 15:23       this deposition by Mr. Snyder; is that correct? | | |
| | 15:24  A.  Yes. | | |
| | 15:25  Q.  When did that -- what's your understanding | | |
| | 16:01       Meghan Maffey | | |
| | 16:02       of when Mr. Snyder was retained on your behalf; do | | |
| | 16:03       you recall the date? | | |
| | 16:04  A.  A few weeks ago. | | |
| | 16:05  Q.  Were there any communications related to | | |
| | 16:06       the Penn State case, any communications to you, with | | |
| | 16:07       you, before Mr. Snyder got involved? | | |
| | 16:08  A.  No. | | |
| | 16:09  Q.  Is it your understanding that Mr. Snyder | | |
| | 16:10       has been retained by the Penn State Alumni | | |
| | 16:11       Association? | | |
| | 16:12  A.  Yes. | | |
| | 16:13  Q.  Are you paying for Mr. Snyder to represent | | |
| | 16:14       you in this matter? | | |
| | 16:15  A.  No. | | |

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 16:16   Q.   Is that being handled by the Penn State | | |
| | 16:17       Alumni Association, to your knowledge? | | |
| | 16:18   A.   Yes. | | |
| 16:25 - 17:04 | **Maffey, Meghan 2022-12-16** | 00:00:04 | **Maffey-FINAL.8** |
| 🔗 P-27.1.1 | 16:25   Q.   This has been marked as Exhibit 30 at the | | |
| | 17:01       Meghan Maffey | | |
| | 17:02       top. | | |
| | 17:03       (Exhibit Maffey-30 was marked | | |
| | 17:04       for identification.) | | |
| 17:08 - 17:12 | **Maffey, Meghan 2022-12-16** | 00:00:14 | **Maffey-FINAL.9** |
| | 17:08       Does this look familiar at all? | | |
| | 17:09   A.   Yes. | | |
| | 17:10   Q.   Is this a copy of a subpoena that you | | |
| | 17:11       received? | | |
| | 17:12   A.   Yes, I believe so. | | |
| 17:24 - 18:02 | **Maffey, Meghan 2022-12-16** | 00:00:11 | **Maffey-FINAL.10** |
| 🔗 P-27.4.1 | 17:24   Q.   Did you search for any of the documents | | |
| | 17:25       requested here at 1, 2, and 3? | | |
| | 18:01       Meghan Maffey | | |
| | 18:02   A.   Apologies. I'm just re-reading. Yes, I | | |
| 18:03 - 18:03 | **Maffey, Meghan 2022-12-16** | 00:00:05 | **Maffey-FINAL.11** |
| | 18:03       have an email that I sent over. | | |
| 18:08 - 18:18 | **Maffey, Meghan 2022-12-16** | 00:00:25 | **Maffey-FINAL.12** |
| 🔗 P-73.1.1 | 18:08   Q.   I'm going to put up Exhibit 31 here. | | |
| | 18:09       (Exhibit Maffey-31 was marked | | |
| | 18:10       for identification.) | | |
| | 18:11       BY MR. FETTERS: | | |
| | 18:12   Q.   We have an initial email, August -- | | |
| | 18:13       actually, that may not be the initial one, but a | | |
| | 18:14       response to an email from you. We'll get into the | | |
| | 18:15       content of these a little bit later. | | |
| | 18:16       I'm going to scroll down and see if | | |
| | 18:17       these are the emails that you are referring to. | | |
| | 18:18   A.   Yes. | | |
| 18:19 - 18:22 | **Maffey, Meghan 2022-12-16** | 00:00:09 | **Maffey-FINAL.13** |
| | 18:19   Q.   Are you aware of any other emails besides | | |
| | 18:20       these ones in terms of your communications with | | |
| | 18:21       Vintage Brand? | | |
| ✖ Clear | 18:22   A.   No. | | |

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:13 - 24:05 | **Maffey, Meghan 2022-12-16** | 00:04:03 | **Maffey-FINAL.14** |

| | | |
|---|---|---|
| 20:13 | | Fair to assume you went to Penn State |
| 20:14 | | University? |
| 20:15 | A. | Yes. |
| 20:16 | Q. | What years were you there? |
| 20:17 | A. | 2013 to 2017. |
| 20:18 | Q. | Did you earn a degree? |
| 20:19 | A. | Yes. |
| 20:20 | Q. | What was the degree? |
| 20:21 | A. | Journalism. |
| 20:22 | Q. | Any graduate work? |
| 20:23 | A. | No. |
| 20:24 | Q. | When you were at Penn State, did you |
| 20:25 | | participate in any athletics? |
| 21:01 | | Meghan Maffey |
| 21:02 | A. | I was a club sport supervisor.  So not the |
| 21:03 | | D1 athletics; the club teams. |
| 21:04 | Q. | And how about, does Penn State have a |
| 21:05 | | Greek system? |
| 21:06 | A. | They do. |
| 21:07 | Q. | Did you participate in the Greek system? |
| 21:08 | A. | I did. |
| 21:09 | Q. | Which sorority were new? |
| 21:10 | A. | Gamma Phi Beta. |
| 21:11 | Q. | Any other activities with Penn State, like |
| 21:12 | | participation on Panhellenic or participation in |
| 21:13 | | other organizations that weren't just strictly, you |
| 21:14 | | know, going to classes and things like that? |
| 21:15 | A. | Yes. |
| 21:16 | Q. | Can you tell me what those were? |
| 21:17 | A. | Her Campus at Penn State, The Daily |
| 21:18 | | Collegian, Penn State Homecoming, club sports, Gamma |
| 21:19 | | Phi Beat.  I believe that's it. |
| 21:20 | Q. | Daily Collegian, is that the newspaper at |
| 21:21 | | Penn State? |
| 21:22 | A. | Yes. |
| 21:23 | Q. | I take it you were a journalist for |
| 21:24 | | that -- |
| 21:25 | A. | No. |
| 22:01 | | Meghan Maffey |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

22:02    Q.   -- periodical?

22:03         What did you do for the Daily

22:04         Collegian?

22:05    A.   I photographed.  I was a photographer.

22:06    Q.   You mentioned Homecoming.  What's entailed

22:07         in Homecoming?  You were on a committee of some

22:08         sort, presumably?

22:09    A.   Yes.  All four years of college.

22:10    Q.   What would that committee do?

22:11    A.   Select the Homecoming -- or select

22:12         students at the University who had been nominated

22:13         for Homecoming court, as well as oversee the

22:14         organizations participating in Penn State

22:15         Homecoming.

22:16    Q.   I've heard reference to this really big

22:17         fundraising dance marathon at Penn State.

22:18    A.   Yes.

22:19    Q.   Is that part of Homecoming or something

22:20         else?

22:21    A.   No.  But I was also included -- I also was

22:22         involved in THON.  Apologies.

22:23    Q.   No problem.  Can you tell me, just give me

22:24         a summary -- if someone who's never heard of that,

22:25         what is that?

23:01         Meghan Maffey

23:02    A.   Penn State dance marathon is a 46-hour no

23:03         sitting, no sleeping dance marathon that raises

23:04         money for kids with cancer for pediatric research at

23:05         the Hershey Medical Center for the Four Diamonds

23:06         Fund.

23:07    Q.   And then you mentioned club sports.  I

23:08         think you've already talked about that; is that

23:09         right?

23:10    A.   Yes.

23:11    Q.   And then Gamma Phi Beta, you've mentioned

23:12         that as well.

23:13         Did you have any leadership roles

23:14         with Gamma Phi Beta?

23:15    A.   Yes.  I was philanthropy chair.

23:16    Q.   Sounds like you were pretty involved in

23:17         college; is that a fair statement?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

23:18  A.  Yes.
23:19  Q.  A lot of people -- and I say this is true
23:20    of myself -- college is a special time because it
23:21    occurs, you know, in a formative time in people's
23:22    lives.  It just really was a special experience for
23:23    many people, not all.
23:24    Would that be true of you, that it
23:25    was a pretty special, formative experience for you?
24:01    Meghan Maffey
24:02  A.  Yes.
24:03  Q.  Penn State hold a pretty special place in
24:04    your heart?
24:05  A.  Of course.

| 24:06 - 24:13 | **Maffey, Meghan 2022-12-16** | 00:00:21 | **Maffey-FINAL.15** |

24:06  Q.  We'll talk a little bit about your
24:07    involvement in the Alumni Association in a minute,
24:08    but I wanted to follow up with you first about your
24:09    employment background.  It sounds like you currently
24:10    work with National Geographic; is that right?
24:11  A.  Yes.
24:12  Q.  What do you do for National Geographic?
24:13  A.  I do digital marketing.

| 24:14 - 24:19 | **Maffey, Meghan 2022-12-16** | 00:00:16 | **Maffey-FINAL.16** |

24:14  Q.  If someone's really not familiar with
24:15    digital marketing, could you give just an example of
24:16    what that might entail?
24:17  A.  On-air promotions for National Geographic
24:18    channel and National Geographic Wild shows and
24:19    documentaries.

| 24:24 - 25:11 | **Maffey, Meghan 2022-12-16** | 00:01:07 | **Maffey-FINAL.17** |

24:24  Q.  Yeah.  I think earlier you touched on your
24:25    job role at National Geographic has some connection
25:01    Meghan Maffey
25:02    to trademark.  I was just curious, like, if you
25:03    could explain that a little bit more.  How?
25:04  A.  Sure.  My previous role at National
25:05    Geographic was technical operations where I oversaw
25:06    film distribution for international and domestic
25:07    film festivals and award shows, ensuring that our
25:08    distributors used the yellow border appropriately,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 25:09    making sure that it's National Geographic channel; | | |
| | 25:10    just ensuring that all of the branding and the | | |
| | 25:11    credits was correct, things like that. | | |
| 25:19 - 25:24 | **Maffey, Meghan 2022-12-16** | 00:00:16 | **Maffey-FINAL.18** |
| | 25:19  Q.  Did you receive any training on, you know, | | |
| | 25:20    trademark laws that, you know, this is what | | |
| | 25:21    constitutes a trademark under the law, that type of | | |
| | 25:22    specific legal information? | | |
| | 25:23  A.  No.  We have a department that does that | | |
| | 25:24    for us. | | |
| 25:25 - 26:03 | **Maffey, Meghan 2022-12-16** | 00:00:06 | **Maffey-FINAL.19** |
| | 25:25  Q.  What is your current title with National | | |
| | 26:01    Meghan Maffey | | |
| | 26:02    Geographic? | | |
| | 26:03  A.  Associate project manager of marketing. | | |
| 26:13 - 26:15 | **Maffey, Meghan 2022-12-16** | 00:00:04 | **Maffey-FINAL.20** |
| | 26:13  Q.  Have you ever been employed by | | |
| | 26:14    Pennsylvania State University? | | |
| | 26:15  A.  No. | | |
| 26:22 - 27:06 | **Maffey, Meghan 2022-12-16** | 00:00:24 | **Maffey-FINAL.21** |
| | 26:22  Q.  Let's talk a little bit about the DC Penn | | |
| | 26:23    State Alumni Association.  I understand you're | | |
| | 26:24    affiliated with that organization; is that correct? | | |
| | 26:25  A.  Yes. | | |
| | 27:01    Meghan Maffey | | |
| | 27:02  Q.  How so? | | |
| | 27:03  A.  I am the president of the DC Metro -- the | | |
| | 27:04    Metro Wash -- I'm the president of Metro Washington, | | |
| | 27:05    DC chapter of the Penn State Alumni Association. | | |
| | 27:06    Apologies.  It's long. | | |
| 27:07 - 27:12 | **Maffey, Meghan 2022-12-16** | 00:00:14 | **Maffey-FINAL.22** |
| | 27:07  Q.  No worries.  If we just call it "the DC | | |
| | 27:08    Chapter," will that smooth things out? | | |
| | 27:09  A.  Yes. | | |
| | 27:10  Q.  How long have you been president of the DC | | |
| | 27:11    Chapter? | | |
| | 27:12  A.  A year and a half. | | |
| 27:13 - 27:19 | **Maffey, Meghan 2022-12-16** | 00:00:34 | **Maffey-FINAL.23** |
| | 27:13  Q.  As president of the DC Chapter, what's | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 27:14 | involved in that; what are some of the things that | | |
| | 27:15 | you do in that role? | | |
| | 27:16 | A. I oversee my Board of Directors and we | | |
| | 27:17 | fundraise on behalf of or for our scholarship and | | |
| | 27:18 | Penn State THON, as well as I am -- I oversee the | | |
| | 27:19 | active alumni in the area. | | |

| 27:20 - 30:21 | **Maffey, Meghan 2022-12-16** | 00:04:23 | **Maffey-FINAL.24** |

| | 27:20 | Q. The DC Chapter of the Penn State Alumni |
| | 27:21 | Association, about how many members are in that? |
| | 27:22 | A. Three to 5000. |
| | 27:23 | Q. Do you have a sense of how that compares |
| | 27:24 | to other chapters? Is DC a big group, a medium |
| | 27:25 | group, small group; are you able to quantify in any |
| | 28:01 | Meghan Maffey |
| | 28:02 | way like that? |
| | 28:03 | A. We are one of the largest chapters, I |
| | 28:04 | believe. |
| | 28:05 | Q. You've been president for one-and-a-half |
| | 28:06 | years. Did you have a leadership role before |
| | 28:07 | becoming president? |
| | 28:08 | A. Yes. |
| | 28:09 | Q. What was that? |
| | 28:10 | A. Communications. |
| | 28:11 | Q. When did you become the communications |
| | 28:12 | person for the DC Chapter? |
| | 28:13 | A. 2020. |
| | 28:14 | Q. And can you give me a summary of what |
| | 28:15 | would be involved in serving as the communications |
| | 28:16 | person? |
| | 28:17 | A. All communications, all communications |
| | 28:18 | that are -- or all communication that is sent to the |
| | 28:19 | alumni in the area, as well as social media; and |
| | 28:20 | positively, you know, communicating with the alumni |
| | 28:21 | in the area. |
| | 28:22 | Q. Before communications, did you have any |
| | 28:23 | other leadership roles with the DC Chapter? |
| | 28:24 | A. Yes. |
| | 28:25 | Q. What were those? |
| | 29:01 | Meghan Maffey |
| | 29:02 | A. I was a fundraising lead for DC Diamonds, |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

29:03     which is our THON committee for the Alumni

29:04     Association.

29:05   Q.  Do alumni participate in THON also or --

29:06   A.  Yes.

29:07   Q.  Is that something that you continue to do

29:08     as well?

29:09   A.  Yes.

29:10   Q.  Would that be every year?

29:11   A.  Yes.

29:12   Q.  Can you explain to me -- I know just a

29:13     little bit about it.  Does it -- for you to

29:14     participate, are you actually going back to Happy

29:15     Valley and participating in person there, or are

29:16     people able to participate remotely?

29:17   A.  You can participate both ways.

29:18   Q.  For you, do you go back to campus to

29:19     participate?

29:20   A.  I do not.

29:21   Q.  How do you -- how is it done participating

29:22     remotely?  Do people then, for example, in the DC

29:23     area get together, or are they doing it via Zoom,

29:24     maybe, with the pandemic?

29:25   A.  Both.  We have done both.

30:01     Meghan Maffey

30:02   Q.  This is actually a dancing marathon where

30:03     you have to dance continuously for a long period of

30:04     time to raise money; is that how it works?

30:05   A.  You don't have to dance all 46 hours.  You

30:06     can -- you are awake for the 46 hours.  There's a

30:07     lot that goes on during THON.

30:08   Q.  What's your record for the longest

30:09     duration that you danced for THON?

30:10   A.  I danced my senior year, so I was awake

30:11     for 52 hours the year that I danced.

30:12   Q.  Wow.  Impressive.

30:13     So you talked about you're a

30:14     fundraising lead.  You've talked about

30:15     communications and presidency.  Any other leadership

30:16     roles with the DC Chapter?

30:17   A.  Yes.  I was sports chair.

30:18   Q.  What's involved as a sports chair?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:19   A.   I work with, I worked with other chapters | | |
| | 30:20       of schools down here to set up rec leagues for | | |
| | 30:21       different sports for our alumni to participate in. | | |
| 31:04 - 32:05 | **Maffey, Meghan 2022-12-16** | 00:01:24 | **Maffey-FINAL.25** |
| | 31:04   Q.   So we've got sports chair, fundraising | | |
| | 31:05       lead, communications, president.  Any other | | |
| | 31:06       leadership roles? | | |
| | 31:07   A.   No. | | |
| | 31:08   Q.   When did you first join the DC Chapter? | | |
| | 31:09   A.   2018. | | |
| | 31:10   Q.   When you joined, did you immediately take | | |
| | 31:11       a leadership role or did you join as just a member | | |
| | 31:12       at first? | | |
| | 31:13   A.   Just a member at first. | | |
| | 31:14   Q.   And then when did you start -- I guess, | | |
| | 31:15       would the first leadership role have been sports | | |
| | 31:16       chair? | | |
| | 31:17   A.   Mm-hmm. | | |
| | 31:18   Q.   When did you start as sports chair? | | |
| | 31:19   A.   2019. | | |
| | 31:20   Q.   And the DC alumni chapter, can you give me | | |
| | 31:21       a sense of some of the activities that are put on? | | |
| | 31:22       I understand the pandemic has maybe changed things a | | |
| | 31:23       little bit.  But, you know, are there watch parties, | | |
| | 31:24       social, happy hours, things -- can you give me a | | |
| | 31:25       sense of, like, what's involved with the chapter? | | |
| | 32:01       Meghan Maffey | | |
| | 32:02   A.   Sports, community service projects, Penn | | |
| | 32:03       State dance marathon fundraisers, watch parties for | | |
| | 32:04       football, happy hours, and professional development | | |
| | 32:05       opportunities. | | |
| 32:06 - 32:08 | **Maffey, Meghan 2022-12-16** | 00:00:06 | **Maffey-FINAL.26** |
| | 32:06   Q.   Do you get compensated, paid in any way, | | |
| | 32:07       for your work with the DC Chapter? | | |
| | 32:08   A.   No. | | |
| 32:09 - 32:21 | **Maffey, Meghan 2022-12-16** | 00:00:51 | **Maffey-FINAL.27** |
| | 32:09   Q.   So it sounds like you're very involved | | |
| | 32:10       holding multiple leadership positions.  I would | | |
| | 32:11       imagine you've donated a lot of your time to this | | |
| | 32:12       organization; is that accurate? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

32:13  A.  Yes.
32:14  Q.  So, I guess, my question is why donate all
32:15      your time in this way?
32:16  A.  To refer back to what you had mentioned
32:17      previously, I spent -- I was very involved at Penn
32:18      State while I was at the University.  You asked me
32:19      if Penn State held a special place in my heart, and
32:20      it does.  And I continue to -- I want to give back
32:21      to the University that has given so much to me.

| 35:09 - 35:22 | **Maffey, Meghan 2022-12-16** | 00:00:39 | **Maffey-FINAL.28** |

35:09      So if I wear a shirt that has the
35:10      logo of the university I went to, part of the reason
35:11      I do it is because I want people to know I like that
35:12      school, I want people to know I went to that school.
35:13      When you wear Penn State apparel with Penn State
35:14      logos on it, do you do it for that same reason?
35:15  A.  No.
35:16  Q.  Why do you do it?
35:17  A.  As I previously mentioned, I have a lot of
35:18      school spirit.
35:19  Q.  Is it fair to say then that when you wear
35:20      apparel decorated with Penn State logos, it's to
35:21      express your school spirit?
35:22  A.  Yes.

| 35:24 - 37:07 | **Maffey, Meghan 2022-12-16** | 00:01:58 | **Maffey-FINAL.29** |

35:24      Let's talk a little bit about Vintage
35:25      Brand.  You touched on this a little bit earlier,
36:01      Meghan Maffey
36:02      but I want to go back and flesh out some of those
36:03      details.  If I recall correctly, I think you said
36:04      that you first heard about Vintage Brand because
36:05      another Alumni Association for another Big Ten
36:06      school was aware of Vintage Brand; is that right?
36:07  A.  Yes.  Yes.
36:08  Q.  Can you tell me a little bit more about
36:09      that?  Was there some email exchange between you and
36:10      that other person or a phone call?  Can you tell me
36:11      a little bit more about how you became aware of
36:12      Vintage Brand?
36:13  A.  We put on a Big Ten DC event and they had

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

36:14   reached out to their contact at Vintage Brand and
36:15   that -- and that's how I learned.
36:16   Q.  Then after you learned of that, what did
36:17   you do; did you go to Vintage Brand's website
36:18   yourself?
36:19   A.  I did.
36:20   Q.  Do you recall roughly when this might have
36:21   been?  I think your emails were in the summer of
36:22   2022.  We can take a look at those.  Would that have
36:23   been around the time you went to Vintage Brand's
36:24   website?
36:25   A.  Yes.
37:01   Meghan Maffey
37:02   Q.  At that time did you observe any product
37:03   offerings that were related to Penn State?
37:04   A.  Yes.
37:05   Q.  So in the summer of 2022 -- I'm going to
37:06   put up this exhibit again just to get a better sense
37:07   of the dates.  If I scroll down -- this is

| 37:08 - 37:17 | **Maffey, Meghan 2022-12-16** | 00:00:28 | **Maffey-FINAL.30** |

🔗 P-73.1.2

37:08   Exhibit 31.  We have -- sort of at the bottom of
37:09   this page there's an email.  It looks like your
37:10   name, Meg Maffey, at the bottom under "All the
37:11   best."
37:12   Do you see that?
37:13   A.  Yes.
37:14   Q.  Is this the initial communication that you
37:15   had with Vintage Brand, or was there anything that
37:16   preceded this?
37:17   A.  That's it.

| 37:18 - 38:02 | **Maffey, Meghan 2022-12-16** | 00:00:25 | **Maffey-FINAL.31** |

🔗 P-73.1.3

37:18   Q.  There's a response from someone named Jay
37:19   L. above that.  Do you see that?
37:20   A.  Yes.
37:21   Q.  The date there is August 1, 2022.  That's
37:22   at the top right; is that right?
37:23   A.  Yes.
37:24   Q.  Do you know if he responded that same day
37:25   that you sent that message?
38:01   Meghan Maffey

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 38:02  A.  I don't recall. | | |
| 38:03 - 38:24 | **Maffey, Meghan 2022-12-16** | 00:01:16 | **Maffey-FINAL.32** |
| 🔗 P-73.1.1 | 38:03  Q.  If this communication occurred August 1, | | |
| | 38:04      2022 or thereabouts, is it your sense, then, that | | |
| | 38:05      you would have visited and reviewed the Vintage | | |
| | 38:06      Brand website perhaps in late July 2022? | | |
| | 38:07  A.  Yes. | | |
| | 38:08  Q.  Or possibly August 1, 2022, the same day? | | |
| | 38:09  A.  Yes. | | |
| | 38:10  Q.  Would that have been your first time | | |
| | 38:11      reviewing the Vintage Brand website? | | |
| | 38:12  A.  Yes. | | |
| | 38:13  Q.  You specifically recall looking at product | | |
| | 38:14      offerings related to Penn State during this time? | | |
| | 38:15  A.  Yes. | | |
| | 38:16  Q.  Can you give me an example of some of the | | |
| | 38:17      artwork that you recall seeing on the Vintage Brand | | |
| | 38:18      website as it relates to Penn State? | | |
| | 38:19  A.  Yes.  There was branded T-shirts, | | |
| | 38:20      sweatshirts, and long sleeves is what I recall. | | |
| | 38:21  Q.  When you say "branded," do you mean like | | |
| | 38:22      the logos and things like that related to Penn | | |
| | 38:23      State? | | |
| | 38:24  A.  Yes. | | |
| 38:25 - 39:04 | **Maffey, Meghan 2022-12-16** | 00:00:15 | **Maffey-FINAL.33** |
| | 38:25  Q.  Which ones specifically do you recall | | |
| | 39:01      Meghan Maffey | | |
| | 39:02      seeing? | | |
| | 39:03  A.  God.  I can't recall which one. | | |
| | 39:04  Q.  None at all? | | |
| 39:05 - 39:10 | **Maffey, Meghan 2022-12-16** | 00:00:25 | **Maffey-FINAL.34** |
| | 39:05  A.  I can't recall -- I can't confirm which | | |
| | 39:06      one, but I don't want you to -- I don't -- it would | | |
| | 39:07      be... | | |
| | 39:08  Q.  It's okay if you can't recall.  "I don't | | |
| | 39:09      know" or "I can't recall" is a perfectly fine | | |
| | 39:10      answer, if that's true. | | |
| 39:11 - 43:07 | **Maffey, Meghan 2022-12-16** | 00:06:13 | **Maffey-FINAL.35** |
| | 39:11  A.  The paw print and the chipmunk logo. | | |

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

39:12 Q. If someone's not familiar what either of
39:13    those might refer to, can you describe what the paw
39:14    print logo looks like?
39:15 A. It is the Penn State paw print. It's navy
39:16    and white, as every Penn State logo is. It has a
39:17    slash or a white -- the line, rounded line in the
39:18    left, I believe the left side. But it is the Penn
39:19    State paw print.
39:20 Q. And the other one you mentioned was the
39:21    chipmunk logo, I think. What's that one look like?
39:22 A. It is the lion head, it is the Penn State
39:23    lion head.
39:24 Q. It's like a profile of the lion head; is
39:25    that right?
40:01    Meghan Maffey
40:02 A. Correct.
40:03 Q. When you visited Vintage Brand's website,
40:04    how did you actually arrive at the website; was it a
40:05    Google Search? Did you type in a specific URL to
40:06    arrive there? Do you recall how you arrived at the
40:07    website?
40:08 A. I don't recall.
40:09 Q. Do you recall looking at a home page first
40:10    or did you go immediately into web pages that were
40:11    related to Penn State?
40:12 A. Home page.
40:13 Q. Do you recall anything about how the home
40:14    page was organized, the look of it, the information
40:15    that was contained there?
40:16 A. It had colleges. It had a few titles that
40:17    you could click on at the top, football, baseball,
40:18    and colleges, as well as Vintage Brand's name across
40:19    the top of the screen.
40:20 Q. When you -- how did you then go about
40:21    navigating; once you landed at the home page, what
40:22    did you do next?
40:23 A. I clicked on colleges and found Penn State
40:24    University.
40:25 Q. Did you click on any of the tabs to just
41:01    Meghan Maffey
41:02    have a look around and see what else was on the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 41:03 | website? | | |
| | 41:04 | A. No. | | |
| | 41:05 | Q. So just went to the home page and then the | | |
| | 41:06 | Penn State tab; is that right? | | |
| | 41:07 | A. Home page, colleges, Penn State. | | |
| | 41:08 | Q. And then from there what did you do? | | |
| | 41:09 | A. Scrolled to see what was, what Vintage | | |
| | 41:10 | Brands had to offer with Penn State's logo on it, | | |
| | 41:11 | and then exited. | | |
| | 41:12 | Q. Did you use the website, Vintage Brand | | |
| | 41:13 | website to obtain contact information for the emails | | |
| | 41:14 | that you sent, or did you have that already? | | |
| | 41:15 | A. I don't recall. | | |
| 🔗 P-73.1.1 | 41:16 | Q. Going back to Exhibit 31, which I think is | | |
| | 41:17 | still on your screen there. It looks like the email | | |
| | 41:18 | address that you were using is pennstateedc@gmail, | | |
| | 41:19 | [sic]; is that right? | | |
| | 41:20 | A. It's pennstatedc@gmail.com. | | |
| | 41:21 | Q. Thank you. | | |
| | 41:22 | Then it looks like these were emails | | |
| | 41:23 | to customerservice@shopvintagebrand.com. Did you | | |
| | 41:24 | send an email or did you use -- I think Vintage | | |
| | 41:25 | Brand has, like, a chat, a live chat function as | | |
| | 42:01 | Meghan Maffey | | |
| | 42:02 | well. Do you recall how you communicated with | | |
| | 42:03 | Vintage Brand? | | |
| | 42:04 | A. Email. | | |
| | 42:05 | Q. Email. And I want to make sure I have a | | |
| | 42:06 | good understanding of this. You touched on it | | |
| | 42:07 | already. But you don't recall whether you got this | | |
| | 42:08 | email address customerservice@shopvintagebrand.com, | | |
| | 42:09 | whether you got that email address based on your | | |
| | 42:10 | review of the website versus something else? | | |
| | 42:11 | A. Correct. | | |
| | 42:12 | Q. Is it possible that your contact with the | | |
| | 42:13 | Washington DC alumni chapter for the other school | | |
| | 42:14 | gave you this email address? | | |
| | 42:15 | A. Yes. | | |
| | 42:16 | Q. Would you have that in -- if you were to | | |
| | 42:17 | search your email or this email address, would you | | |
| | 42:18 | be able to search that to find out if the person | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 42:19   from the other Big Ten school actually supplied you |  |  |
|  | 42:20   with this email address? |  |  |
|  | 42:21   A.   Probably. |  |  |
|  | 42:22   Q.   Did you reach out to any other online |  |  |
|  | 42:23   retailers or otherwise, any other companies in |  |  |
|  | 42:24   relation to this request in the summer of 2022 of |  |  |
|  | 42:25   trying to get some products for an event? |  |  |
|  | 43:01   Meghan Maffey |  |  |
|  | 43:02   A.   Yes. |  |  |
|  | 43:03   Q.   How many other companies did you reach out |  |  |
|  | 43:04   to? |  |  |
|  | 43:05   A.   Over a hundred. |  |  |
|  | 43:06   Q.   Can you give me some examples of which |  |  |
|  | 43:07   companies would be entailed in that over a hundred? |  |  |
| 43:08 - 43:16 | **Maffey, Meghan 2022-12-16** | 00:00:47 | **Maffey-FINAL.36** |
|  | 43:08   A.   The Student Bookstore, Lion's Pride, local |  |  |
|  | 43:09   restaurants and bars in DC, our Penn State watch |  |  |
|  | 43:10   party bars.  That's a few. |  |  |
|  | 43:11   Q.   How many can you recall that were |  |  |
|  | 43:12   companies that sold apparel? |  |  |
|  | 43:13   A.   A handful. |  |  |
|  | 43:14   Q.   Do you remember the names specifically? |  |  |
|  | 43:15   A.   Lion's Pride, Student Bookstore, |  |  |
|  | 43:16   McLanahan's. |  |  |
| 43:17 - 44:25 | **Maffey, Meghan 2022-12-16** | 00:01:46 | **Maffey-FINAL.37** |
|  | 43:17   Q.   Lion's Pride, what is that? |  |  |
|  | 43:18   A.   A local Penn State store downtown. |  |  |
|  | 43:19   Q.   Does Lion's Pride also have a website, or |  |  |
|  | 43:20   is it just brick and mortar only? |  |  |
|  | 43:21   A.   I believe they have a website. |  |  |
|  | 43:22   Q.   You said the Bookstore, Penn State |  |  |
|  | 43:23   Bookstore is, I assume, what you're referring to |  |  |
|  | 43:24   there; is that true? |  |  |
|  | 43:25   A.   Yes. |  |  |
|  | 44:01   Meghan Maffey |  |  |
|  | 44:02   Q.   And the Penn State Bookstore, they have a |  |  |
|  | 44:03   website as well where you can purchase apparel |  |  |
|  | 44:04   online? |  |  |
|  | 44:05   A.   Yes. |  |  |
|  | 44:06   Q.   Did you -- for these other apparel |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 44:07 | companies, did you also look at their websites and | | |
|  | 44:08 | their product offerings before reaching out to those | | |
|  | 44:09 | companies? | | |
|  | 44:10 | A. Yes. | | |
|  | 44:11 | Q. Is it possible that when -- you testified | | |
|  | 44:12 | earlier that you recall looking at Vintage Brand's | | |
|  | 44:13 | product offerings and you recalled seeing two of | | |
|  | 44:14 | those logos that we talked about. Is it possible | | |
|  | 44:15 | that you're thinking of one of those other | | |
|  | 44:16 | companies, or are you pretty firm that you recall | | |
|  | 44:17 | seeing those on Vintage Brand's website? | | |
|  | 44:18 | A. I am pretty confident that it is -- that | | |
|  | 44:19 | it was those on Vintage Brand's website. | | |
|  | 44:20 | Q. How many websites do you recall looking at | | |
|  | 44:21 | as you were sending out these emails to about a | | |
|  | 44:22 | hundred or so companies in the summer of 2022? | | |
|  | 44:23 | A. A hundred. | | |
|  | 44:24 | Q. So you looked at a hundred websites? | | |
|  | 44:25 | A. Yes. | | |

**45:15 - 46:04** — **Maffey, Meghan 2022-12-16** — 00:00:47 — **Maffey-FINAL.38**

|  | 45:15 | Q. Ms. Maffey, we're, I think, getting close | | |
|  | 45:16 | here. I just have a few additional questions. I'm | | |
|  | 45:17 | going to put Exhibit 31 back up. Bear with me one | | |
|  | 45:18 | second. Do you see this on your screen? | | |
|  | 45:19 | A. Yes. | | |
|  | 45:20 | Q. So Exhibit 31, these are the email | | |
|  | 45:21 | communications with Vintage Brand in summer of 2022. | | |
|  | 45:22 | And go ahead and take a moment and read this to | | |
|  | 45:23 | yourself just so you're familiar with the content | | |
|  | 45:24 | and I'll ask you a follow-up question once you're | | |
|  | 45:25 | done. | | |
|  | 46:01 | Meghan Maffey | | |
|  | 46:02 | A. I'm good. I've re-read it. | | |
|  | 46:03 | Q. I apologize. I probably already asked you | | |
|  | 46:04 | this, but I was wracking my brain whether I did: | | |

**46:05 - 46:16** — **Maffey, Meghan 2022-12-16** — 00:00:48 — **Maffey-FINAL.39**

|  | 46:05 | Can you just summarize, basically, what it is that | | |
|  | 46:06 | you were asking for from Vintage Brand? | | |
|  | 46:07 | A. Yes. A donation from Vintage Brand to be | | |
|  | 46:08 | raffled off at one of our four watch parties that we | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 46:09 | hosted this football season for the -- and the funds | | |
| | 46:10 | that are raised through these raffles from these | | |
| | 46:11 | donations is donated directly back to Penn State, | | |
| | 46:12 | first-year Penn State students who need financial | | |
| | 46:13 | aid. | | |
| | 46:14 | So our chapter raises funds to donate | | |
| | 46:15 | money towards Washington, DC, the DMV area students | | |
| | 46:16 | who apply through our scholarship award program. | | |

**46:17 - 48:03**     **Maffey, Meghan 2022-12-16**     00:01:51     **Maffey-FINAL.40**

🔗 P-73.1.3

| | 46:17 | Q. And after your communication, the message |
| | 46:18 | from Jay L. was: Thank you for your interest in |
| | 46:19 | Vintage Brand. We have forwarded your information |
| | 46:20 | to the appropriate internal department. If they are |
| | 46:21 | interested, they will be in contact. |
| | 46:22 | Did I read that correctly? |
| | 46:23 | A. Yes. |
| | 46:24 | Q. As we already discussed at the top of |
| | 46:25 | that, there's a date line of August 1, 2022. If we |
| | 47:01 | Meghan Maffey |

🔗 P-73.2.1

| | 47:02 | scroll down in Exhibit 31, there's a message from |
| | 47:03 | the pennstatedc@gmail.com address and that one's |
| | 47:04 | dated July 31, 2022. |
| | 47:05 | Do you see that? |
| | 47:06 | A. Yes. |
| | 47:07 | Q. And then there's some content below as |
| | 47:08 | well. This one is to partners@vintagebrand.com. Do |
| | 47:09 | you know how you got that email address, |
| | 47:10 | partners@vintagebrand.com? |
| | 47:11 | A. I don't recall. |

🔗 P-73.1.3

| | 47:12 | Q. But if we go back up, at least the |
| | 47:13 | response earlier was coming from |
| | 47:14 | customerservice@shopvintagebrand.com. Do you see |
| | 47:15 | that? |
| | 47:16 | A. I do. |
| | 47:17 | Q. Do you know if your initial communication |
| | 47:18 | was to customerservice@shopvintagebrand.com versus |
| | 47:19 | partners@vintagebrand.com? |
| | 47:20 | A. I don't recall. |
| | 47:21 | Q. In this email -- this is written by you, |
| | 47:22 | yes? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🔗 P-73.1.1

| | 47:23 | A. | Yes. It's the same email as above. | | |
| | 47:24 | Q. | So is it -- I was going to ask, is this | | |
| | 47:25 | | basically a copy and paste of the earlier | | |
| | 48:01 | | Meghan Maffey | | |
| | 48:02 | | communication? | | |
| | 48:03 | A. | It's the exact same email. | | |

**48:04 - 48:18**    **Maffey, Meghan 2022-12-16**    00:00:33    **Maffey-FINAL.41**

🔗 P-73.4.1

| | 48:04 | Q. | There's another communication from |
| | 48:05 | | pennstatedc@gmail.com, again, to |
| | 48:06 | | partners@vintagebrand.com. This one, though, is |
| | 48:07 | | dated August 14, 2022. |
| | 48:08 | | Do you see that? |
| | 48:09 | A. | Yes. |
| | 48:10 | Q. | And the message is: I wanted to circle |
| | 48:11 | | back and see if you would be interested in |
| | 48:12 | | participating and donating for this upcoming |
| | 48:13 | | football season. |
| | 48:14 | | Did I read that correctly? |
| | 48:15 | A. | Yes. |
| | 48:16 | Q. | Did you ever hear back from Vintage Brand |
| | 48:17 | | other than this first response from Jay L.? |
| | 48:18 | A. | No. |

**48:19 - 51:10**    **Maffey, Meghan 2022-12-16**    00:04:29    **Maffey-FINAL.42**

| | 48:19 | Q. | This message here, I noticed that if you |
| | 48:20 | | see on your screen, Exhibit 31, it's the message |
| | 48:21 | | that Jay L. responded to, did you send a similar |
| | 48:22 | | message like this to those other companies you |
| | 48:23 | | mentioned reaching out to? |
| | 48:24 | A. | Yes. I sent the same email. |
| | 48:25 | Q. | Exact same email? |
| | 49:01 | | Meghan Maffey |

✖ Clear

| | 49:02 | A. | Exact same email. |
| | 49:03 | Q. | With a hundred companies you were reaching |
| | 49:04 | | out to, you talked about volunteering your time, I |
| | 49:05 | | would imagine you were trying to do this as |
| | 49:06 | | efficiently and quickly as possible; is that fair? |
| | 49:07 | A. | No. |
| | 49:08 | Q. | Why send the exact same email to all of |
| | 49:09 | | those companies then? |
| | 49:10 | A. | I had a lot of emails to send to different |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

49:11    companies; however, I took time and researched

49:12    companies that sold Penn State items.  But to say

49:13    that I was doing it as quickly as possible and

49:14    efficiently is incorrect.

49:15  Q.  Tell me a little bit about the research

49:16    that you did.  Can you explain that to me?  How

49:17    would you go about doing the research on the

49:18    companies that you reached out to?

49:19  A.  I researched companies that were owned by

49:20    Penn State different alumni; reached out to Penn

49:21    State businesses in State College; researched

49:22    companies that sold college apparel and college

49:23    items, as well as companies that were owned by Penn

49:24    State alumni.

49:25  Q.  What were you looking for specifically

50:01    Meghan Maffey

50:02    when you were doing this research?

50:03  A.  Any items to be donated, as mentioned

50:04    previously, to raffle off to our alumni and our --

50:05    and anyone who came to any of our events to raise

50:06    funds for students who need financial aid in the

50:07    Washington, DC, metro area as they enter their first

50:08    year of Penn State University.

50:09  Q.  I mean, when you were researching these

50:10    companies before reaching out to them, you talked

50:11    about, you know, looking for companies that were

50:12    owned by Penn State alumni, for example.  But other

50:13    than that, those things that you identified, were

50:14    you researching for anything else in particular?

50:15  A.  Are you asking if I was researching for a

50:16    specific item?

50:17  Q.  Could be a specific item, but anything

50:18    else that you considered when you were looking.  For

50:19    example, if you found one company online but then

50:20    decided no, I'm not going to ask them; you know,

50:21    what would have been the reason for that is kind of

50:22    what I'm getting at.

50:23  A.  If they were not, if they did not have

50:24    anything that had Penn State, Penn State's -- if the

50:25    company has Penn State items and apparel on their

51:01    Meghan Maffey

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 51:02 | website, that is what I was looking for; however, | | |
| | 51:03 | there was a company that was owned by a Penn-Stater | | |
| | 51:04 | and she donated something that was not related to | | |
| | 51:05 | Penn State. | | |
| | 51:06 Q. | I understand.  That makes sense now. | | |
| | 51:07 | Anything else like that that went | | |
| | 51:08 | into your evaluation, or is what you've described | | |
| | 51:09 | basically it? | | |
| | 51:10 A. | That's it. | | |

**52:03 - 52:09**     Maffey, Meghan 2022-12-16     00:00:26     **Maffey-FINAL.43**

52:03   Following up on what Mr. Fetters was
52:04   just asking you, when you were reviewing companies
52:05   to possibly ask for donations, did it matter to you
52:06   whether the company was authorized to use Penn
52:07   State's logos?  Or maybe the better question is,
52:08   would it matter -- have mattered to you if a company
52:09   was not authorized to use Penn State's logos?

**52:10 - 52:13**     Maffey, Meghan 2022-12-16     00:00:19     **Maffey-FINAL.44**

52:10   A.   I wouldn't -- I don't think that I would
52:11   be comfortable accepting a donation that has Penn
52:12   State branded -- like Penn State's logon on it if not
52:13   authorized by the University.

**52:14 - 53:10**     Maffey, Meghan 2022-12-16     00:01:06     **Maffey-FINAL.45**

52:14   Q.   So we were talking about when you've
52:15   reviewed the Vintage Brand website.  Going back a
52:16   little bit, it sounds like prior to August of this
52:17   year you had heard about Vintage Brand before that,
52:18   based on your contact with the other Big Ten
52:19   Universities, correct?
52:20   A.   Yes.
52:21   Q.   Is it possible that you had looked at the
52:22   Vintage Brand website before August of this year
52:23   when you were, when you were having those dealings
52:24   with the other Big Ten school?
52:25   A.   No.  I had never heard of Vintage Brand
53:01   Meghan Maffey
53:02   before, before the event with the other Big Ten
53:03   leaders.
53:04   Q.   I'm sorry.  Was that event, was that the
53:05   event that occurred in August of 2022?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 53:06  A.  Yes. |  |  |
|  | 53:07  Q.  When you visited the Vintage Brand |  |  |
|  | 53:08      website, did you look at any other, any pages |  |  |
|  | 53:09      related to schools other than Penn State? |  |  |
|  | 53:10  A.  No. |  |  |
| 54:03 - 54:13 | Maffey, Meghan 2022-12-16 | 00:00:34 | Maffey-FINAL.46 |
|  | 54:03  Q.  When you visited it, there was -- you've |  |  |
|  | 54:04      testified -- I want to make clear.  When you visited |  |  |
|  | 54:05      it, there was a page for Penn State gear available? |  |  |
|  | 54:06  A.  Yes. |  |  |
|  | 54:07  Q.  Is that right? |  |  |
|  | 54:08  A.  Yes. |  |  |
|  | 54:09  Q.  Do you remember if any of the products you |  |  |
|  | 54:10      saw on that page had the words "Penn State" on it, |  |  |
|  | 54:11      on them? |  |  |
|  | 54:12  A.  I can't recall "Penn State," but -- I |  |  |
|  | 54:13      can't recall "Penn State." |  |  |
| 54:14 - 54:15 | Maffey, Meghan 2022-12-16 | 00:00:04 | Maffey-FINAL.47 |
|  | 54:14  Q.  Is it possible? |  |  |
|  | 54:15  A.  Yes.  Of course. |  |  |
| 54:16 - 54:22 | Maffey, Meghan 2022-12-16 | 00:00:26 | Maffey-FINAL.48 |
|  | 54:16  Q.  Do you remember if you saw any products |  |  |
|  | 54:17      for sale that had -- I'm going to call it the |  |  |
|  | 54:18      university seal, which you might know what I mean? |  |  |
|  | 54:19      It's the circle with, you know, the horses and |  |  |
|  | 54:20      stuff.  Did you see any products on the Vintage |  |  |
|  | 54:21      Brand site that had that Penn State seal on them? |  |  |
|  | 54:22  A.  I can't recall. |  |  |
| 54:23 - 54:24 | Maffey, Meghan 2022-12-16 | 00:00:05 | Maffey-FINAL.49 |
|  | 54:23  Q.  Is it possible? |  |  |
|  | 54:24  A.  Yes. |  |  |
| 54:25 - 55:13 | Maffey, Meghan 2022-12-16 | 00:00:47 | Maffey-FINAL.50 |
|  | 54:25  Q.  When you looked -- setting aside any |  |  |
|  | 55:01      Meghan Maffey |  |  |
|  | 55:02      recent review you've done going back to when you |  |  |
|  | 55:03      looked at the Vintage Brand website, did you see any |  |  |
|  | 55:04      language on the website speaking to whether Vintage |  |  |
|  | 55:05      Brand has any affiliation or relationship to Penn |  |  |
|  | 55:06      State? |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

55:07　A.　No.

55:08　Q.　Did you see any language that you might

55:09　　　consider legalese or a disclaimer on the website?

55:10　A.　No.

55:11　Q.　And was it your impression that Vintage

55:12　　　Brand was authorized to use Penn State's trademarks?

55:13　A.　Yes.

| 55:14 - 55:19 | Maffey, Meghan 2022-12-16 | 00:00:22 | Maffey-FINAL.51 |

55:14　Q.　You spoke a little bit about how you have

55:15　　　a lot of Penn State spirit and you devote a lot of

55:16　　　your time to the University and the Alumni Club.  I

55:17　　　just want to confirm with you, the testimony you've

55:18　　　given today, has it all been true and accurate?

55:19　A.　Yes.

| 55:20 - 55:24 | Maffey, Meghan 2022-12-16 | 00:00:17 | Maffey-FINAL.52 |

55:20　Q.　And Penn State has not -- correct me if

55:21　　　I'm wrong, Penn State or the Alumni Club have not

55:22　　　given you any incentive or persuaded you to testify

55:23　　　in one -- or give certain answers; is that correct?

55:24　A.　Yes.  They have not done any of that.

| 56:10 - 56:22 | Maffey, Meghan 2022-12-16 | 00:00:46 | Maffey-FINAL.53 |

56:10　Q.　Just briefly, Ms. Maffey, Ms. Eller just

56:11　　　asked you about other logos and designs.  But I want

56:12　　　to make sure we have a clear record.  The only logos

56:13　　　and designs that you actually recall seeing on the

56:14　　　Vintage Brand website were the paw print design and

56:15　　　the chipmunk design; is that what you testified to

56:16　　　earlier today?

56:17　A.　Yes.

56:18　Q.　We also talked about early in the

56:19　　　deposition, we talked about that initial phone call

56:20　　　you had with Ms. Eller.  Do you recall that

56:21　　　testimony earlier today?

56:22　A.　Yes.

| 57:04 - 57:09 | Maffey, Meghan 2022-12-16 | 00:00:20 | Maffey-FINAL.54 |

57:04　Q.　Yeah.  In the earlier testimony I asked --

57:05　　　we talked about how Ms. Eller mentioned on the phone

57:06　　　that Vintage Brand wasn't authorized to sell Penn

57:07　　　State products.  And I asked before she said that on

**Maffey-FINAL**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 57:08    the phone, was that something that you even thought | | |
| | 57:09    about, and I believe you said no. | | |
| 57:10 - 57:12 | **Maffey, Meghan 2022-12-16** | 00:00:32 | **Maffey-FINAL.55** |
| | 57:10    A.  I -- with my knowledge of Penn State and | | |
| | 57:11    Penn State athletics, and spending four years at | | |
| | 57:12    a -- at the University, apologies, I in good faith | | |
| 57:13 - 58:02 | **Maffey, Meghan 2022-12-16** | 00:01:01 | **Maffey-FINAL.56** |
| | 57:13    would -- and -- can I rephrase everything I just | | |
| | 57:14    said? | | |
| | 57:15    Q.  Sure. | | |
| | 57:16    A.  I, I did not -- you're correct, I did not | | |
| | 57:17    think about the licensing, as my experience with | | |
| | 57:18    Penn State licensing is that if it has the logo on | | |
| | 57:19    it, it's trademarked through the University. | | |
| | 57:20    Q.  So is it fair to say, and correct me if | | |
| | 57:21    it's not accurate, is it fair to say that you have | | |
| | 57:22    an assumption that if an item of apparel makes | | |
| | 57:23    reference to Penn State, that Penn State owns that | | |
| | 57:24    reference and it must be licensed; is that sort of | | |
| | 57:25    your operating assumption? | | |
| | 58:01    Meghan Maffey | | |
| | 58:02    A.  Yes. | | |

| | |
|---|---|
| PL Designations | 00:12:31 |
| DEF Counter | 00:35:51 |
| PL Counter-Counter | 00:00:09 |
| **TOTAL RUN TIME** | **00:48:30** |

Documents linked to video:
P-27
P-73