# Young-FINAL-ALT2

## Designation List Report

**Young, Michelle**                                    **2022-09-13**

| | |
|---|---|
| PL Designations | 00:10:10 |
| DEF Counter | 00:10:01 |
| PL Counter-Counter | 00:01:18 |
| **TOTAL RUN TIME** | **00:21:29** |

Documents linked to video:

P482_P470-46

P-247

P-470

P-482



**ID: Young-FINAL-ALT2**

**Young-FINAL-ALT2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:21 - 5:23 | **Young, Michelle 2022-09-13**<br><br>5:21    Can you start by stating your name for the<br>5:22    record?<br>5:23    A.  Sure.  Michelle Young. | 00:00:04 | **Young-FINAL-ALT 2.1** |
| 17:05 - 17:06 | **Young, Michelle 2022-09-13**<br><br>17:05    Q.  What is your position at Vintage Brand?<br>17:06    A.  At Vintage Brand, creative director. | 00:00:10 | **Young-FINAL-ALT 2.2** |
| 17:07 - 17:08 | **Young, Michelle 2022-09-13**<br><br>17:07    Q.  And you're an owner of Vintage Brand?<br>17:08    A.  I do have ownership in Vintage Brand. | 00:00:05 | **Young-FINAL-ALT 2.3** |
| 17:09 - 17:10 | **Young, Michelle 2022-09-13**<br><br>17:09    Q.  Do you get a paycheck from Vintage Brand?<br>17:10    A.  No. | 00:00:04 | **Young-FINAL-ALT 2.4** |
| 17:11 - 17:14 | **Young, Michelle 2022-09-13**<br><br>17:11    Q.  Do you receive dividends from Vintage Brand?<br>17:12    A.  Distribution.<br>17:13    Q.  About how often do you receive distribution?<br>17:14    A.  They're irregular. | 00:00:13 | **Young-FINAL-ALT 2.5** |
| 19:05 - 19:07 | **Young, Michelle 2022-09-13**<br><br>19:05    Q.  Is Chad the person who determines the amount<br>19:06    of each distribution?<br>19:07    A.  Correct. | 00:00:05 | **Young-FINAL-ALT 2.6** |
| 30:11 - 30:16 | **Young, Michelle 2022-09-13**<br><br>30:11    Q.  Does Vintage Brand have a phone line that<br>30:12    customers can call?<br>30:13    A.  I don't think so.<br>30:14    Q.  Do you know if Vintage Brand has ever had a<br>30:15    customer service phone line?<br>30:16    A.  Not to my knowledge. | 00:00:12 | **Young-FINAL-ALT 2.7** |
| 36:10 - 37:05 | **Young, Michelle 2022-09-13**<br><br>36:10    Q.  Okay.  Now, you mentioned one of your<br>36:11    responsibilities at Vintage Brand is brand management.<br>36:12    What do you mean -- or what do you include<br>36:13    with brand management?<br>36:14    A.  As I mentioned before, logo consistency,<br>36:15    making sure that we're keeping colors and fonts in place<br>36:16    to manage the brand so the customers know what page and<br>36:17    what website they're on, so that hopefully they return. | 00:00:57 | **Young-FINAL-ALT 2.8** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:18  Q.  So when you say "logo consistency," what logo | | |
| | 36:19      are you referring to? | | |
| | 36:20  A.  Vintage Brand logo. | | |
| | 36:21  Q.  And by "Vintage Brand logo," do you mean the | | |
| | 36:22      words "Vintage Brand"? | | |
| | 36:23  A.  We have a few different variations.  A "V" and | | |
| | 36:24      then the word.  Any variation should have consistency in | | |
| | 36:25      color and font. | | |
| | 37:01      MICHELLE YOUNG | | |
| | 37:02  Q.  So you include -- just so I'm clear. | | |
| | 37:03      So you include both the words "Vintage Brand," | | |
| | 37:04      but also the stylized logo that your company uses? | | |
| | 37:05  A.  We use both of those. | | |
| 37:06 - 37:11 | **Young, Michelle 2022-09-13** | 00:00:18 | **Young-FINAL-ALT 2.9** |
| | 37:06  Q.  Why do you keep the colors and fonts | | |
| | 37:07      consistent for your -- for your Vintage Brand logo? | | |
| | 37:08  A.  We keep them consistent because it's part of | | |
| | 37:09      our brand and our look and feel.  We do that so that if | | |
| | 37:10      someone lands on the website, they know it's | | |
| | 37:11      Vintage Brand.  They can recognize the logo and colors. | | |
| 37:12 - 37:18 | **Young, Michelle 2022-09-13** | 00:00:21 | **Young-FINAL-ALT 2.10** |
| | 37:12  Q.  Why do you want customers to recognize the | | |
| | 37:13      Vintage Brand logos? | | |
| | 37:14  A.  So we can have a successful company, be | | |
| | 37:15      recognized. | | |
| | 37:16  Q.  And building that customer recognition in your | | |
| | 37:17      logos is one way to do that? | | |
| | 37:18  A.  I believe so. | | |
| 37:19 - 38:05 | **Young, Michelle 2022-09-13** | 00:00:18 | **Young-FINAL-ALT 2.11** |
| | 37:19  Q.  Does Vintage Brand own any trademarks? | | |
| | 37:20  A.  It's not an area that I focus on.  I don't | | |
| | 37:21      know. | | |
| | 37:22  Q.  Do you know if they do own any trademarks? | | |
| | 37:23  A.  That's not an area that I focus on.  I don't | | |
| | 37:24      know. | | |
| | 37:25  Q.  You just don't know? | | |
| | 38:01      MICHELLE YOUNG | | |
| | 38:02  A.  I don't know. | | |
| | 38:03  Q.  Do you know if Vintage Brand owns any | | |
| | 38:04      copyrights? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 38:05  A.  I don't know. | | |
| 38:06 - 39:06 | **Young, Michelle 2022-09-13** | 00:01:12 | **Young-FINAL-ALT 2.12** |

38:06   Q.   Do you know whether Vintage Brand uses symbols
38:07        related to trademarks or copyrights?
38:08   A.   I don't know.
38:09   Q.   And by that, I should clarify, I mean like a
38:10        TM symbol or an R with a circle or a C with a circle.
38:11        Do you know if Vintage Brand uses any of
38:12        those?
38:13   A.   Can you give me an example?
38:14        I guess I can rephrase my question, too.
38:15        Are you referring to those marks on our logos
38:16        or on the website?  Can you --
38:17   Q.   I'm just -- do those marks appear on your
38:18        website?
38:19   A.   We have those on our logo.  That, I know
38:20        because I oversee the logos.
38:21   Q.   Is that part of the consistency you try to
38:22        maintain in the logo consistency for the Vintage Brand?
38:23   A.   Yes.
38:24   Q.   So you always use maybe the TM or the -- is
38:25        that -- I should rephrase.
39:01        MICHELLE YOUNG
39:02        Do you always use the TM?
39:03   A.   We don't always use the TM.  Chad is owning
39:04        all the trademarks and registration, so he will let me
39:05        know which one to update.  I believe right now we have a
39:06        registration mark on the Vintage logo.

| 39:07 - 39:16 | **Young, Michelle 2022-09-13** | 00:00:34 | **Young-FINAL-ALT 2.48** |

39:07   Q.   You said Chad owns all the trademarks?
39:08   A.   Well, he owns the process in terms of telling
39:09        me when to use them, and I can make sure that those are
39:10        shown properly on the site.
39:11   Q.   So are there trademarks where he's told you to
39:12        use the symbol?
39:13   A.   I'm not sure I understand.
39:14   Q.   So you said that he tells you when you can use
39:15        the trademarks, or when you can use the TM symbol on the
39:16        Vintage logo.

| 39:17 - 39:23 | **Young, Michelle 2022-09-13** | 00:00:17 | **Young-FINAL-ALT** |

**Young-FINAL-ALT2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:17    Has he told you to use the TM symbol on the -- | | **2.13** |
| | 39:18    on any of your logos? | | |
| | 39:19  A.  We started with the TM, and then we use the | | |
| | 39:20    registration mark now. | | |
| | 39:21  Q.  And by "registration mark," do you mean the R | | |
| | 39:22    with a circle? | | |
| | 39:23  A.  Correct. | | |
| 39:25 - 40:04 | **Young, Michelle 2022-09-13** | 00:00:06 | **Young-FINAL-ALT** |
| | 39:25    Why do you include those symbols? | | **2.14** |
| | 40:01    MICHELLE YOUNG | | |
| | 40:02  A.  He told me to. | | |
| | 40:03  Q.  Any other reason? | | |
| | 40:04  A.  No. | | |
| 40:05 - 40:07 | **Young, Michelle 2022-09-13** | 00:00:08 | **Young-FINAL-ALT** |
| | 40:05  Q.  Do you understand what it means for | | **2.15** |
| | 40:06    Vintage Brand to own a trademark in your logo? | | |
| | 40:07  A.  It's not my focus.  I don't know. | | |
| 41:14 - 41:22 | **Young, Michelle 2022-09-13** | 00:00:29 | **Young-FINAL-ALT** |
| | 41:14  Q.  Why did you decide to create a special | | **2.16** |
| | 41:15    Vintage Brand logo? | | |
| | 41:16  A.  To use on the website. | | |
| | 41:17  Q.  But why create a logo? | | |
| | 41:18  A.  I think most companies use logos to help | | |
| | 41:19    recognize their entity. | | |
| | 41:20  Q.  So from the beginning, you wanted customers to | | |
| | 41:21    build some recognition that this is Vintage Brand? | | |
| | 41:22  A.  Correct. | | |
| 42:08 - 42:12 | **Young, Michelle 2022-09-13** | 00:00:16 | **Young-FINAL-ALT** |
| | 42:08  Q.  So can you tell me about what work you do at | | **2.17** |
| | 42:09    Vintage Brand related to product? | | |
| | 42:10  A.  For Vintage Brand, it's photography of the | | |
| | 42:11    product itself, all the colorways, get them edited and | | |
| | 42:12    looking good so we can put them on the website. | | |
| 42:17 - 42:19 | **Young, Michelle 2022-09-13** | 00:00:07 | **Young-FINAL-ALT** |
| | 42:17    When you said you take photography of the | | **2.18** |
| | 42:18    product itself, what did you mean by "the product"? | | |
| | 42:19  A.  T-shirts and sweatshirts. | | |
| 42:20 - 42:24 | **Young, Michelle 2022-09-13** | 00:00:16 | **Young-FINAL-ALT** |
| | 42:20  Q.  Do you know where the images that appear on | | **2.19** |

Young-FINAL-ALT2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 42:21    Vintage Brand products -- where those images come from? | | |
| | 42:22  A.  The graphics on the shirts? | | |
| | 42:23  Q.  Yes. | | |
| | 42:24  A.  Chad sources the graphics from the shirts. | | |
| 43:04 - 44:17 | **Young, Michelle 2022-09-13** | 00:01:53 | **Young-FINAL-ALT 2.20** |
| | 43:04  Q.  Does Chad purchase or create graphic images | | |
| | 43:05       that he gives the company? | | |
| | 43:06  A.  We have -- he finds physical assets that he | | |
| | 43:07       scans that then become digital files. | | |
| | 43:08  Q.  So does Chad take the images of the physical | | |
| | 43:09       items? | | |
| | 43:10  A.  Does he take the images?  He provides us with | | |
| | 43:11       the actual images, and then we scan them and then turn | | |
| | 43:12       them into the digital files. | | |
| | 43:13  Q.  So just so I'm clear, Chad has a physical | | |
| | 43:14       item, let's say, a magnet.  That's just totally | | |
| | 43:15       hypothetical. | | |
| | 43:16       What would he provide to you? | | |
| | 43:17  A.  The -- he would give us the magnet. | | |
| | 43:18  Q.  What would you do with the magnet? | | |
| | 43:19  A.  Scan it. | | |
| | 43:20  Q.  What would you use to scan it? | | |
| | 43:21  A.  A scanner. | | |
| | 43:22  Q.  Like a scanner that you, like -- that you | | |
| | 43:23       would scan a piece of paper in or something? | | |
| | 43:24  A.  Correct. | | |
| | 43:25  Q.  Not a camera? | | |
| | 44:01       MICHELLE YOUNG | | |
| | 44:02  A.  Correct. | | |
| | 44:03  Q.  Where do you put the file of the scanned | | |
| | 44:04       image? | | |
| | 44:05  A.  Onto our file server. | | |
| | 44:06  Q.  What do you then do with that image? | | |
| | 44:07  A.  We get it ready to print and show on the | | |
| | 44:08       website.  So clean it up. | | |
| | 44:09  Q.  So when you say "get it ready and clean it | | |
| | 44:10       up," what does that mean? | | |
| | 44:11  A.  Sometimes these are old products or assets. | | |
| | 44:12       Or your magnet example, they might have ketchup on them | | |
| | 44:13       or something, so we remove that. | | |

Young-FINAL-ALT2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 44:14    Q.  What other changes do you make to the image? | | |
| | 44:15    A.  If it looks a little blurry, we'll clean it up | | |
| | 44:16         so that it looks clean and we know it will transfer and | | |
| | 44:17         print onto the shirt properly. | | |
| 44:18 - 45:16 | **Young, Michelle 2022-09-13** | 00:01:16 | **Young-FINAL-ALT 2.21** |
| | 44:18    Q.  Has that happened where you've had an image | | |
| | 44:19         that was blurry and needed to clean the image up? | | |
| | 44:20    A.  Yes. | | |
| | 44:21    Q.  Do you know, was the image blurry on the | | |
| | 44:22         physical item or was it blurry from the scan? | | |
| | 44:23    A.  I don't know. | | |
| | 44:24    Q.  Have you ever -- you see the physical items? | | |
| | 44:25    A.  I have seen some of them, yes. | | |
| | 45:01         MICHELLE YOUNG | | |
| | 45:02    Q.  Have you seen anywhere the image on the item | | |
| | 45:03         was blurry? | | |
| | 45:04    A.  Yes. | | |
| | 45:05    Q.  What was -- can you describe that? | | |
| | 45:06    A.  It wasn't clear. | | |
| | 45:07    Q.  Like the printing had become distorted?  Or | | |
| | 45:08         how would the image on the item be blurry? | | |
| | 45:09    A.  I'm guessing it was due to age of the image. | | |
| | 45:10         It was old. | | |
| | 45:11    Q.  What kind of item was this? | | |
| | 45:12    A.  I've seen a button, an old button that was | | |
| | 45:13         blurry, I'm guessing, due to age. | | |
| | 45:14    Q.  And so when you had the image of it, you're | | |
| | 45:15         able to edit the image to clean up the lines? | | |
| | 45:16    A.  Uh-huh. | | |
| 45:17 - 45:25 | **Young, Michelle 2022-09-13** | 00:00:20 | **Young-FINAL-ALT 2.22** |
| | 45:17    Q.  What software do you use to edit the image? | | |
| | 45:18    A.  Adobe. | | |
| | 45:19    Q.  Do you use any other software? | | |
| | 45:20    A.  No. | | |
| | 45:21    Q.  Have you used any other software in the past? | | |
| | 45:22    A.  No. | | |
| | 45:23    Q.  Who else has done this process of cleaning | | |
| | 45:24         images up? | | |
| | 45:25    A.  No one. | | |
| 46:02 - 46:09 | **Young, Michelle 2022-09-13** | 00:00:18 | **Young-FINAL-ALT** |

**Young-FINAL-ALT2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:02  Q.  You're the only one? | | **2.23** |
| | 46:03  A.  Yeah. | | |
| | 46:04  Q.  Okay.  And that's -- in the past, was there | | |
| | 46:05      anybody else that performed that for Vintage Brand? | | |
| | 46:06  A.  Yeah, we've had people in the past that have | | |
| | 46:07      done it. | | |
| | 46:08  Q.  Who else has done that work for Vintage Brand? | | |
| | 46:09  A.  We've had some contractors. | | |
| 51:22 - 52:06 | **Young, Michelle 2022-09-13** | 00:00:22 | **Young-FINAL-ALT 2.24** |
| | 51:22  Q.  Did you make any monetary investment in | | |
| | 51:23      Vintage Brand? | | |
| | 51:24  A.  No. | | |
| | 51:25  Q.  Why did you come -- or how did you come to own | | |
| | 52:01      MICHELLE YOUNG | | |
| | 52:02      10 percent of the company? | | |
| | 52:03  A.  For Vintage Brand? | | |
| | 52:04  Q.  Yes. | | |
| | 52:05  A.  Chad started the company, and he added me as a | | |
| | 52:06      cofounder. | | |
| 52:11 - 52:25 | **Young, Michelle 2022-09-13** | 00:00:42 | **Young-FINAL-ALT 2.25** |
| | 52:11  Q.  Were you surprised when he asked you to be a | | |
| | 52:12      cofounder? | | |
| | 52:13  A.  No. | | |
| | 52:14  Q.  Who came up with the idea for Vintage Brand? | | |
| | 52:15  A.  Chad. | | |
| | 52:16  Q.  Do you know how he came up with the idea? | | |
| | 52:17  A.  I don't know how he came up with it.  He came | | |
| | 52:18      to us with the idea. | | |
| | 52:19  Q.  And when you say "he came to us," who do you | | |
| | 52:20      mean? | | |
| | 52:21  A.  Eric is the other cofounder. | | |
| | 52:22  Q.  Did he consider having -- or do you know | | |
| | 52:23      whether there was anybody else who was considered to | | |
| | 52:24      be -- or to possibly be -- made a cofounder? | | |
| | 52:25  A.  I don't know. | | |
| 73:02 - 73:09 | **Young, Michelle 2022-09-13** | 00:00:24 | **Young-FINAL-ALT 2.26** |
| 🔗 P-470.34 | 73:02      So if you can turn -- you see on the bottom | | |
| | 73:03      right-hand corner, there's a series of numbers we call a | | |
| | 73:04      Bates stamp. | | |
| | 73:05      Can you turn to the page that -- actually, the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 73:06    first page of the document that has the Bates stamp -- | | |
| | 73:07    or no, I'm sorry.  Not the first page.  Strike that. | | |
| | 73:08    The page that has the Bates stamp ending with 234, | | |
| | 73:09    please. | | |
| 73:10 - 73:15 | **Young, Michelle 2022-09-13** | 00:00:23 | **Young-FINAL-ALT** |
| | 73:10    Do you recognize what's shown on this page? | | **2.27** |
| | 73:11    A.  Yes. | | |
| | 73:12    Q.  At the top left-hand, there's a V symbol with | | |
| | 73:13    the words "Vintage Brand."  Is that the Vintage Brand | | |
| | 73:14    logo you discussed earlier in the deposition? | | |
| | 73:15    A.  Yes. | | |
| 74:12 - 76:12 | **Young, Michelle 2022-09-13** | 00:03:07 | **Young-FINAL-ALT** |
| 🔗 P-470.34.2 | 74:12    Q.  So looking above that paragraph where it says | | **2.28** |
| | 74:13    "1929 Penn State Nittany Lions Men's Dri-Power T-Shirt," | | |
| | 74:14    who would have written the name of the product there? | | |
| | 74:15    A.  Our system generates it automatically. | | |
| | 74:16    Q.  How does the system generate it? | | |
| | 74:17    A.  It has a name of the shirt, the Dri-Power | | |
| | 74:18    T-shirt, and the store, and this one is Penn State. | | |
| | 74:19    Q.  So -- and if we look above that, there's a | | |
| | 74:20    pathway:  "Leagues/College/Teams/Penn State Nittany | | |
| | 74:21    Lions." | | |
| | 74:22    Do you see that? | | |
| | 74:23    A.  I do. | | |
| | 74:24    Q.  So from -- am I understanding you correctly, | | |
| | 74:25    that it's the Penn State Nittany Lions store name gets | | |
| | 75:01    MICHELLE YOUNG | | |
| | 75:02    populated into the name of the T-shirt, or before the | | |
| | 75:03    name of the T-shirt? | | |
| | 75:04    A.  Yes. | | |
| | 75:05    Q.  Okay.  How would the "1929" have been | | |
| | 75:06    populated into this title? | | |
| | 75:07    A.  Eric adds the year. | | |
| 🔗 P-470.34.5 | 75:08    Q.  Now, looking at the very bottom of this page, | | |
| | 75:09    you see that there's information that was populated in | | |
| | 75:10    the process of getting screen captures. | | |
| | 75:11    Do you see the -- where there's the URL for | | |
| | 75:12    this webpage? | | |
| | 75:13    A.  Yes. | | |
| | 75:14    Q.  So looking at the URL, you see the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 75:15   "penn-state-nittany-lions/a/7808." | | |
| | 75:16   Do you know what the 7808 refers to? | | |
| | 75:17  A.  The design on the shirt. | | |
| | 75:18  Q.  So any product that is sold by Vintage Brand | | |
| | 75:19   that uses this same design on the shirt will have this | | |
| | 75:20   same number, 7808? | | |
| | 75:21  A.  I don't know. | | |
| | 75:22  Q.  But the 7808, you said, refers to the image on | | |
| | 75:23   the shirt; correct? | | |
| | 75:24  A.  Yes. | | |
| | 75:25  Q.  So each -- or am I correct that each image | | |
| | 76:01   MICHELLE YOUNG | | |
| | 76:02   that Vintage Brand has in its collection is assigned a | | |
| | 76:03   different identification number; is that correct? | | |
| | 76:04  A.  Yes. | | |
| | 76:05  Q.  Who assigns those numbers? | | |
| | 76:06  A.  They're auto-generated. | | |
| | 76:07  Q.  Is it just like a chronological list, that | | |
| | 76:08   this is the, maybe, 7,808th image to be added? | | |
| | 76:09  A.  Yes. | | |
| | 76:10  Q.  So it's a way to help keep track and keep | | |
| | 76:11   organized? | | |
| | 76:12  A.  Yes. | | |
| 76:13 - 76:20<br>🔗 P-470.34 | **Young, Michelle 2022-09-13**<br>76:13  Q.  Looking through this page, the -- ending with<br>76:14   0234, what on this page is content that you would have<br>76:15   created or added to the website?<br>76:16  A.  I would be responsible for the T-shirt itself,<br>76:17   photographing the blank T-shirt, and having it shown on<br>76:18   the site.  That would be me.  Also the swatch colors,<br>76:19   the gray and the white one, which would represent the<br>76:20   blank T-shirts, the options. | 00:00:41 | **Young-FINAL-ALT 2.29** |
| 76:21 - 76:21 | **Young, Michelle 2022-09-13**<br>76:21  Q.  What else would you be responsible for? | 00:00:03 | **Young-FINAL-ALT 2.30** |
| 76:22 - 76:23 | **Young, Michelle 2022-09-13**<br>76:22  A.  Making sure that the Vintage Brand logo is in<br>76:23   place and nothing is showing any kind of broken image. | 00:00:10 | **Young-FINAL-ALT 2.31** |
| 76:24 - 77:22 | **Young, Michelle 2022-09-13**<br>76:24  Q.  So we had talked about the title of the | 00:01:08 | **Young-FINAL-ALT 2.32** |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

🔗 P-470.34.3

76:25    product, "1929 Penn State Nittany Lions Men's Dri-Power
77:01    MICHELLE YOUNG
77:02    T-Shirt."
77:03    Below that, do you see the line and a half of
77:04    text?
77:05  A.  Yes.
77:06  Q.  What does that say?
77:07  A.  "By Vintage Brand.  Not affiliated with or
77:08    sponsored by Penn State Nittany Lions."
77:09  Q.  Who would have written this text?
77:10  A.  Chad.
77:11  Q.  Do you know why this text appears on this
77:12    page?
77:13  A.  That's not my area of focus.
77:14  Q.  Do you know why it appears on the page?
77:15  A.  I don't know.
77:16  Q.  Who would have been -- or strike that.
77:17    The fonts used on the page for the -- for
77:18    instance, the title of the T-shirt, the text you just
77:19    read, and the paragraph of the text, who would have
77:20    selected the fonts that were used for each of those
77:21    items?
77:22  A.  Myself.

---

**77:23 - 78:02**    **Young, Michelle 2022-09-13**      00:00:12    **Young-FINAL-ALT 2.33**

🔗 P-470.34.3

77:23  Q.  The text you just read "By Vintage Brand.  Not
77:24    affiliated with or sponsored by Penn State Nittany
77:25    Lions," is that text smaller than the text of the next
78:01    MICHELLE YOUNG
78:02    paragraph?

---

**78:03 - 78:03**    **Young, Michelle 2022-09-13**      00:00:01    **Young-FINAL-ALT 2.34**

78:03  A.  Yes.

---

**78:16 - 78:17**    **Young, Michelle 2022-09-13**      00:00:10    **Young-FINAL-ALT 2.35**

🔗 P-470.34.4

78:16  Q.  Why is it smaller than the other text?
78:17  A.  I don't know.

---

**96:17 - 96:23**    **Young, Michelle 2022-09-13**      00:00:20    **Young-FINAL-ALT 2.36**

🔗 P-470.5.2

96:17    So looking at the -- moving to the bottom of
96:18    the page, you see the -- this area that's in black, and
96:19    at the bottom of that, there's additional text.
96:20    Who wrote this text?

Young-FINAL-ALT2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 96:21  A.  Chad. | | |
| | 96:22  Q.  Did you add this text to the website? | | |
| | 96:23  A.  Yes. | | |
| 96:24 - 97:13  🔗 P-470.5.2 | **Young, Michelle 2022-09-13** | 00:00:39 | **Young-FINAL-ALT 2.37** |
| | 96:24  Q.  Why is it at the very bottom of the page? | | |
| | 96:25  A.  I was directed to put it there. | | |
| | 97:01       MICHELLE YOUNG | | |
| | 97:02  Q.  Who directed you? | | |
| | 97:03  A.  Chad. | | |
| | 97:04  Q.  Why did he put you -- have you put it at the | | |
| | 97:05       very bottom of the page? | | |
| | 97:06  A.  I don't know. | | |
| | 97:07  Q.  Do you know whether customers tend to scroll | | |
| | 97:08       to the very bottom of the website? | | |
| | 97:09  A.  I don't know. | | |
| | 97:10  Q.  When there's information you want a customer | | |
| | 97:11       to see, do you tend to put it at the very bottom of the | | |
| | 97:12       website? | | |
| ✖ Clear | 97:13  A.  No. | | |
| 130:11 - 130:18 | **Young, Michelle 2022-09-13** | 00:00:17 | **Young-FINAL-ALT 2.38** |
| | 130:11  Q.  Have you ever considered whether Vintage Brand | | |
| | 130:12       is allowed to use schools' trademarks? | | |
| | 130:13  A.  I don't know. | | |
| | 130:14  Q.  You've never considered it? | | |
| | 130:15  A.  I don't know. | | |
| | 130:16  Q.  So the answer is no, you haven't considered | | |
| | 130:17       it? | | |
| | 130:18  A.  Not to my recollection. | | |
| 130:24 - 131:02 | **Young, Michelle 2022-09-13** | 00:00:06 | **Young-FINAL-ALT 2.39** |
| | 130:24  Q.  How do customers reach the Vintage Brand | | |
| | 130:25       website? | | |
| | 131:01       MICHELLE YOUNG | | |
| | 131:02  A.  Through Google. | | |
| 131:22 - 131:24 | **Young, Michelle 2022-09-13** | 00:00:07 | **Young-FINAL-ALT 2.40** |
| | 131:22  Q.  (BY MS. ELLER)  Who is responsible for | | |
| | 131:23       Vintage Brand's online marketing? | | |
| | 131:24  A.  Chad. | | |
| 131:25 - 132:02 | **Young, Michelle 2022-09-13** | 00:00:06 | **Young-FINAL-ALT 2.41** |
| | 131:25  Q.  Is it only Chad? | | |

Young-FINAL-ALT2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 132:01    MICHELLE YOUNG | | |
| | 132:02 A.  That's not my area.  I don't know. | | |
| 134:16 - 134:18 | **Young, Michelle 2022-09-13** | 00:00:10 | **Young-FINAL-ALT 2.42** |
| | 134:16    Who is involved with marketing Vintage Brand | | |
| | 134:17    to bring customers to the website? | | |
| | 134:18 A.  Chad. | | |
| 134:19 - 134:25 | **Young, Michelle 2022-09-13** | 00:00:15 | **Young-FINAL-ALT 2.43** |
| | 134:19 Q.  Who else is involved with marketing? | | |
| | 134:20 A.  Eric. | | |
| | 134:21 Q.  Who else is involved with marketing? | | |
| | 134:22 A.  No one. | | |
| | 134:23 Q.  Does Dom DeLong have any responsibilities | | |
| | 134:24    there? | | |
| | 134:25 A.  No. | | |
| 137:17 - 137:20 🔗 P-247.1 | **Young, Michelle 2022-09-13** | 00:00:09 | **Young-FINAL-ALT 2.44** |
| | 137:17    Okay.  I'm going to mark -- this is going to | | |
| | 137:18    be a physical exhibit.  This will be Number 16, I | | |
| | 137:19    believe. | | |
| | 137:20    (Exhibit Number 16 marked for identification.) | | |
| 138:11 - 138:15 | **Young, Michelle 2022-09-13** | 00:00:09 | **Young-FINAL-ALT 2.45** |
| | 138:11 Q.  (BY MS. ELLER)  Ms. Young, have you seen this, | | |
| | 138:12    the item in your hands before? | | |
| | 138:13 A.  No. | | |
| | 138:14 Q.  Do you know what it is? | | |
| | 138:15 A.  Penn State pennant. | | |
| 147:15 - 148:02 🔗 P-482.1.1 | **Young, Michelle 2022-09-13** | 00:00:34 | **Young-FINAL-ALT 2.46** |
| | 147:15 Q.  (BY MS. ELLER)  Ms. Young, have you seen the | | |
| | 147:16    item in your hand that's marked as Exhibit 18 before? | | |
| | 147:17 A.  No. | | |
| | 147:18 Q.  Have you seen images of it? | | |
| | 147:19 A.  Yes. | | |
| | 147:20 Q.  What is it? | | |
| | 147:21 A.  It's a button. | | |
| | 147:22 Q.  What is on the button? | | |
| | 147:23 A.  It says "Penn State, Cotton Bowl, Dallas, | | |
| | 147:24    Texas." | | |
| 🔗 P482_P470-46 .1 | 147:25 Q.  Now, turning to -- back to Exhibit 6.  Can you | | |
| | 148:01    MICHELLE YOUNG | | |

**Young-FINAL-ALT2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 148:02      turn to the page ending with 246, please. | | |
| 148:03 - 148:23 | **Young, Michelle 2022-09-13** | 00:01:16 | **Young-FINAL-ALT 2.47** |

148:03    Do you see a hat?

148:04  A.  Yes.

148:05  Q.  What's on the hat in this -- on this page of

148:06      the exhibit?

148:07  A.  The image that I see on the button.

148:08  Q.  Do you recall if you made any edits or if you

148:09      were responsible for processing the scanned image of

148:10      this button?

148:11  A.  I don't recall.

148:12  Q.  Comparing the button and the image that's on

148:13      the hat on this page, what differences do you see?

148:14  A.  Well, this is a rounded button, so the

148:15      scanning would have given it an edge.  So that's been

148:16      removed from the outside, so it's cleaned up.  There's

148:17      some scuffs on here.  Those aren't showing.

148:18  Q.  Are those the only differences you see?

148:19  A.  That I can see.

148:20  Q.  So it's removing scuffs and removing the

148:21      shadowing effects that would have been caused by

148:22      scanning a rounded image?

148:23  A.  Correct.

| | |
|---|---|
| PL Designations | 00:10:10 |
| DEF Counter | 00:10:01 |
| PL Counter-Counter | 00:01:18 |
| **TOTAL RUN TIME** | **00:21:29** |

Documents linked to video:

P482_P470-46

P-247

P-470

P-482