IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>  Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 19, 2024

In accordance with the Court's oral rulings during trial, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for judgment as a matter of law (Doc. 310) is **DENIED** as explained in the Court's oral ruling of November 14, 2024, and modified by the Memorandum Opinion and Order dated November 19, 2024;

2. Plaintiff's motion for judgment as a matter of law (Doc. 321) is **DENIED** for the reasons set forth in the Court's oral ruling on November 18, 2024; and

3. Defendant's second motion for judgment as a matter of law (Doc. 323) is **DENIED** on the grounds provided in this Court's oral ruling on November 18, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge