| Caption: | *The Pennsylvania State University v. Vintage Brand, LLC et al.* |
|---|---|
| Case No: | 4:21-cv-01091-MWB |
| Judge: | Chief Judge Matthew W. Brann |
| Date: | November 12, 2024 |

## DEFENDANTS' EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-1 | Vintage Brand Articles of Organization VINTAGE PENN ST 1 thru 5 | | | |
| D-2 | Vintage Brand Partnership Agreement VINTAGE PENN ST 17 thru 31 CONFIDENTIAL | | | |
| D-3 | Vintage Brand Licensing and Fulfillment Agmt VINTAGE PENN ST 34 to 50 and 1393 to 1409 CONFIDENTIAL | | | |
| D-4 | PHYSICAL ITEM Nittany Lion on Rock Design Pennant VB MEM PSU 2 | | | |
| D-5 | PHYSICAL ITEM Nittany Lion Memorabilia Decal VINTAGE PENN ST 57 CONFIDENTIAL | | | |
| D-6 | PHYSICAL ITEM PSU Cotton Bowl Memorabilia Pin VINTAGE PENN ST 59 CONFIDENTIAL | | | |
| D-7 | Nittany Lion on Rock Design Enhances Image VINTAGE PENN ST 1412 CONFIDENTIAL | | | |
| D-8 | Nittany Lion Enhanced Image VINTAGE PENN ST 1424 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-9 | Penn State Cotton Bowl Enhanced Image VINTAGE PENN ST 1428 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-10 | Vintage Brand Nittany Lion on Rock T-Shirt VINTAGE PENN ST 229-232 | | | |
| D-11 | Vintage Brand Nittany Lion Mug VINTAGE PENN ST 136 to 138 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-12 | Vintage Brand - Penn State Cotton Bowl TShirt VINTAGE PENN ST 237 to 240 | | | |
| D-13 | Vintage Brand Landing Page VINTAGE PENN ST 296 to 315 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-14 | Vintage Brand Aluminum Wall Art VINTAGE PENN ST 151 to 153 | | | |
| D-15 | Vintage Brand Cutting Boards VINTAGE PENN ST 357 to 359 | | | |
| D-16 | Vintage Brand Scrolling Disclaimer VINTAGE PENN ST 1357 to 1392 | | | |
| D-16 a | DEMONSTRATIVE Vintage Brand Team Store Terms and Conditions VINTAGE PENN ST 001357-1376.pdf | | | |
| D-16 b | DEMONSTRATIVE Vintage Brand Team Store Terms and Conditions VINTAGE PENN ST 001377 to 1392 | | | |
| D-17 | Vintage Brand 1929 Nittany Lions Mens TShirt VINTAGE PENN ST 671 to 673 | | | |
| D-18 | PHYSICAL ITEM Vintage Brand Packaging and Lions Head Socks VINTAGE PENN ST 1448 | 11/15/24 | 11/15/24 | C. Hartvigson |

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-19 | PHYSICAL ITEM Vintage Brand Mug VINTAGE PENN ST 1450 | | | |
| D-20 | PHYSICAL ITEM Vintage Brand Packaging VINTAGE PENN ST 1459 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-21 | PHYSCIAL ITEM Vintage Brand Penn State Gator Bowl Hat with Sticker PSU0008737 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-22 | PHYSICAL ITEM Vintage Brand TShirt Physical Item PSU0008746 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-23 | Vintage Brand Product Mockups (VINTAGE_PENN_ST_000092-94, 122-127, 136-138, 154-156, 166-168, 198-200, 229-232, 237-240, 272-275, 422-23; and PSU007325-7401) | | | |
| D-24 | Game Ticket Images VINTAGE PENN ST 1410 and 1413 to 1414 and 1416 to 1417 and 001605 CONFIDENTIAL | | | |
| D-25 | Enhanced Images from Scanned Memorabilia VINTAGE PENN ST 001418 and 1421 and 1427 CONFIDENTIAL | | | |
| D-26 | Documents re Pozniak Lion Design 30b6 Dep Ex 21 HIGHLY CONFIDENTIAL (PSU0006779; PSU0007950-53; PSU0008286-289, PSU0008298; PSU0008400-8429; PSU0008640-8642; PSU0008657-8664) | | | |
| D-27 | Penn State Brand Framework 2018 30b6 Dep Ex 3 PSU0004647 to 0004657 | | | |
| D-28 | Penn State Brand Book 30b6 Dep Ex 5 PSU0005718 to 0005833 | 11/12/24 | 11/13/24 | J. Esposito |
| D-29 | USPTO File Wrapper Reg No 1308610 PSU0010823 to 011168 | | | |
| D-30 | USPTO Certificate Reg No 1308610 PSU0010600 to 0010602 | | | |
| D-31 | USPTO File Wrapper Reg No 5766698 PSU0012059 to 0012205 | | | |
| D-32 | USPTO Certificate Reg No 5766698 PSU0010620 to 0010623 | | | |
| D-33 | Penn State Athletics Online Store Pullover PSU0000145 to 0000147 | | | |
| D-34 | Lions Pride TShirt PSU0000347 to 0000349 | | | |
| D-35 | Penn State Athletics Online Store Pullover PSU0000151 to 0000153 | | | |
| D-36 | Penn State Athletics Online Store Long Sleeve TShirt PSU0000178 to 180 | | | |
| D-37 | Penn State Athletics Online Store Long Sleeve TShirt PSU0001665 to 1667 | | | |
| D-38 | Penn State Admission Instagram PSU0004441 to 4445 | | | |
| D-39 | Penn State Alumni Association Instagram PSU0004446 to 4449 | | | |
| D-40 | Penn State Athletics Instagram PSU0004465 to 4467 | | | |
| D-41 | Penn State Football Instagram PSU0004485 to 4488 | | | |
| D-42 | Penn State University Instagram PSU0004553 to 4555 | | | |
| D-43 | Penn State University Facebook PSU0004468 to 4471 | | | |
| D-44 | Penn State Football Facebook PSU0004489 to 4491 | | | |
| D-45 | Penn State University Twitter PSU0004550 to 4552 | | | |

| | **Completed by Counsel** | **Completed by Courtroom Deputy** | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-46 | Penn State University YouTube PSU0004566 to 4568 | | | |
| D-47 | USPTO File Wrapper Reg No 1315693 PSU0011169 to 11529 | | | |
| D-48 | USPTO Certificate Reg No 1315693 PSU0010603 to 10604 | | | |
| D-49 | USPTO File Wrapper Reg No 5399989 PSU0011994 to 12010 | | | |
| D-50 | USPTO Certificate Reg No 5399989 PSU0010614 to 10616 | | | |
| D-51 | USPTO File Wrapper Reg No 5742516 PSU0012011 to 12058 | | | |
| D-52 | USPTO Certificate Reg No 5742516 PSU0010617 to 10619 | | | |
| D-53 | USPTO File Wrapper Reg No 1350286 to PSU0011530 to 11792 | | | |
| D-54 | USPTO Certificate Reg No 1350286 PSU0010605 to 10608 | | | |
| D-55 | Penn State Bookstore Online Store Sweatshirt Blanket PSU0001540 to 1541 | | | |
| D-56 | Lions Pride Lightweight Penn State Lion Shrine Hoodie PSU0000069 to 71 | | | |
| D-57 | Photo of various Penn State banners and pennants PSU0010524 | | | |
| D-58 | Email with list of trademarks 2011 PSU0008387 to 8390 CONFIDENTIAL | | | |
| D-59 | TSDR Printout Reg No 1397810 PSU0002757 to 2874 | | | |
| D-60 | USPTO Certificate Reg No 1397810 PSU0010609 to 10610 | | | |
| D-61 | USPTO File Wrapper Reg No 5305910 PSU0011962 to 11993 | | | |
| D-62 | USPTO Certificate Reg No 5305910 PSU0010611 to 10613 | | | |
| D-63 | Webpage Capture A Snapshot of Lion Ambassadors www lionambassadors com snapshot (VINTAGE_PENN_ST_001631-1634) | | | |
| D-64 | WITHDRAWN | | | |
| D-65 | WITHDRAWN | | | |
| D-66 | WITHDRAWN | | | |
| D-67 | WITHDRAWN | | | |
| D-68 | International Collegiate Licensing Association E-mail PSU0008904 to 8905 | | | |
| D-69 | USPTO File Wrapper Reg No 1276712 PSU0010628 to 10822 | | | |
| D-70 | USPTO Certificate Reg No 1276712 PSU0010597 to 10599 | | | |
| D-71 | Licensing Art Sheets 30b6 Dep Ex 7 (PSU0007941; PSU0008656; PSU0007969; PSU0008382; PSU0007591; PSU0007589; PSU0007592) | | | |
| D-72 | USPTO File Wrapper Reg No 5877080 PSU0012206 to 12353 | | | |
| D-73 | USPTO certificate Reg No 5877080 PSU0010624 to 10627 | | | |
| D-74 | Lions Pride Tankard PSU0001376 to 1378 | | | |

| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| | **Completed by Counsel** | **Completed by Courtroom Deputy** | | |
| D-75 | Lions Pride Sticker Sheet PSU0001537 to 1539 | | | |
| D-76 | Lions Pride Lapel Pin PSU0000029 to 30 | | | |
| D-77 | Penn State Athletics Online Store TShirt PSU0000199 to 201 | | | |
| D-78 | Penn State Athletics Online Store Sweatshirt PSU0000096 to 98 | | | |
| D-79 | 1981 Daily Collegian Article Logos Money for others but not for Penn State PSU0006963 | | | |
| D-80 | WITHDRAWN | | | |
| D-81 | 1994 CLC Memorandum to PSU PSU0010070 to 10077 | | | |
| D-82 | WITHDRAWN | | | |
| D-83 | WITHDRAWN | | | |
| D-84 | 1988 Daily Collegian Article PSU logos require license PSU0007224 to 7225 | | | |
| D-85 | Penn State List of Licensees 30b6 Dep Ex 22 PSU0006647 to 6675 | | | |
| D-86 | PMC Program Manual 2011 PSU0008436 to 8449 HIGHLY CONFIDENTIAL | | | |
| D-87 | E-mail to University Licensing Department PSU0008064 to 8075 CONFIDENTIAL | | | |
| D-88 | College Vault Presentation 2016 PSU0008883 to 8898 HIGHLY CONFIDENTIAL | | | |
| D-89 | WITHDRAWN | | | |
| D-90 | WITHDRAWN | | | |
| D-91 | WITHDRAWN | | | |
| D-92 | WITHDRAWN | | | |
| D-93 | WITHDRAWN | | | |
| D-94 | WITHDRAWN | | | |
| D-95 | The Family Clothesline Pennstateclothes PSU0000342 to 346 | | | |
| D-96 | Penn State Athletics Online Store Why Shop With Us PSU0000003 to 4 | | | |
| D-97 | Lions Pride To Our Penn State Community PSU0000250 to 254 | | | |
| D-98 | The Family Clothesline Magnet PSU0000255 to 257 | | | |
| D-99 | Penn State Athletics Online Store Jerseys PSU0000362 to 365 | | | |
| D-100 | Penn State Athletics Online Store TShirts PSU0000731 to 745 | | | |
| D-101 | Penn State Book Store Website 30b6 Dep Ex 17 PSU0006726 to 6734 | | | |
| D-102 | The Family Clothesline Puzzle PSU0000264 to 266 | | | |
| D-103 | CLC Standard Retail Product License Agreement PSU0007477 to 7511 HIGHLY CONFIDENTIAL | 11/13/24 | 11/13/24 | S. Howell |
| D-104 | College Vault License Agreement PSU0007553 to 7587 HIGHLY CONFIDENTIAL | | | |
| D-105 | Correspondence from CLC re Official Label 1991 PSU0010134 to 10140 | 11/12/24 | | J. Esposito |
| D-106 | Correspondence from the University re Official Label 1998 PSU0010078 to 10079 | | | |
| D-107 | Collegiate Licensing Overview 2011 to 2012 PSU0007903 to 7915 HIGHLY CONFIDENTIAL | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-108 | Photo of College Vault T-Shirt with Official Label PSU0009528 | | | |
| D-109 | Walmart Penn State Nittany Lions Webpage PSU0001542 to 1550 | | | |
| D-110 | Lions Pride Penn State Mens Clothing and Apparel PSU0000658 to 672 | | | |
| D-111 | Email to University Licensing Department PSU0008168 to 8175 CONFIDENTIAL | | | |
| D-112 | Email to University Licensing Department PSU0008185 8192 CONFIDENTIAL | | | |
| D-113 | Email to University Licensing Department PSU0008160 to 8167 CONFIDENTIAL | | | |
| D-114 | Email to University Licensing Department PSU0008151 to 8159 CONFIDENTIAL | | | |
| D-115 | Email to University Licensing Department PSU0008076 to 8083 CONFIDENTIAL | | | |
| D-116 | Email to University Licensing Department PSU0007985 to 7992 CONFIDENTIAL | | | |
| D-117 | Email to University Licensing Department PSU0007970 to 7972 CONFIDENTIAL | | | |
| D-118 | Email to University Licensing Department PSU0007954 to 7961 CONFIDENTIAL | | | |
| D-119 | Email to University Licensing Department PSU0007927 to 7933 CONFIDENTIAL | | | |
| D-120 | Email to University Licensing Department PSU0008046 to 8054 CONFIDENTIAL | | | |
| D-121 | Email from Ms Maffey to Vintage Brand Maffey Dep Ex 31 CONFIDENTIAL (Sportswear_PSU_000157; VINTAGE_PENN_STATE_001594-1597 CONFIDENTIAL) | | | |
| D-122 | Penn State University Amended Responses to First Interrogatories | | | |
| D-123 | Penn State University Objections and Responses to First Set of Requests for Admission | | | |
| D-124 | TSDR Printout Reg No 3221094 VINTAGE PENN ST 1635-2350 | | | |
| D-125 | Penn State University and Collegiate Licensing Co Agency Agreement PSU0007412 to 7423 HIGHLY CONFIDENTIAL | | | |
| D-126 | Ticket Image VINTAGE PENN ST 001603 CONFIDENTIAL | | 11/12/24 | |
| D-127 | CAPS Website Page Hologram Labeling Policy VINTAGE PENN ST 002351-002354 (www.capsinfo.com) | | | |
| D-128 | CAPS Website Page Quick Tips for Identifying Counterfeit Product VINTAGE PENN ST 002355 to 2356 (CAPS Website Page) | | | |
| D-129 | Vintage Brand Website Page Vintage College Designs VINTAGE PENN ST 002357 to 2360 (https://vintagebrand.com/l/college/t) | | | |
| D-130 | Vintage Brand Website Penn State Landing Page VB PENN ST 000063 to 67 | | | |
| D-131 | The Family Clothesline Penn State Clothes Website Page VINTAGE PENN ST 002361 to 2363 (https://www.pennstateclothes.com) | 11/13/24 | 11/13/24 | S. Petulla |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-132 | PHOTO Dunkin Donuts 141 S Garner Street VINTAGE PENN ST 002364 to 2365 | | | |
| D-133 | PHOTO Lion and Cub 206 E College Avenue VINTAGE PENN ST 002366 to 2371 | | | |
| D-134 | PHOTO Lion Country Kia 1334 Dreibelbis Street VINTAGE PENN ST 002372 to 2373 | | | |
| D-135 | PHOTO LionHeart Fitness and Tanning 127 Sowers Street VINTAGE PENN ST 002374 to 2375 | | | |
| D-136 | PHOTO Lions Den 118 S Garner Street VINTAGE PENN ST 002376 to 2377 | | | |
| D-137 | PHOTO Lions Pride 112 E College Avenue VINTAGE PENN ST 002378 to 2380 | | 11/12/24 | |
| D-138 | PHOTO LionsDeliver Smoke Shop 512 E College Avenue VINTAGE PENN ST 002381 to 2382 | | | |
| D-139 | PHOTO Rapid Transit Sports 115 S Allen Street VINTAGE PENN ST 002383 to 2384 | | 11/12/24 | |
| D-140 | PHOTO Student Bookstore 330 E College Avenue VINTAGE PENN ST 002385 to 2391 | | | |
| D-141 | PHOTO The Family Clothesline 352 E College Avenue VINTAGE PENN ST 002392 to 2398 | | 11/12/24 | |
| D-142 | PHYSICAL ITEM Vintage Brand Memorabilia Button VINTAGE PENN ST 000058 CONFIDENTIAL | | | |
| D-143 | PHYSICAL ITEM Vintage Brand Memorabilia Button VINTAGE PENN ST 000059 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-144 | PHYSICAL ITEM Vintage Brand Memorabilia Button VINTAGE PENN ST 000060 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-145 | PHYSICAL ITEM Vintage Brand Memorabilia Button VINTAGE PENN ST000061 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-146 | PHYSICAL ITEM Vintage Brand Memorabilia Button VINTAGE PENN ST 000062 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-147 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 003 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-148 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 004 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-149 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 005 | | | |
| D-150 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 006 | | | |
| D-151 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 007 | | | |
| D-152 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 008 | | | |
| D-153 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 009 | | | |
| D-154 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 010 | | | |
| D-155 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 011 | | | |
| D-156 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 012 | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-157 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 013 | | | |
| D-158 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 014 | | | |
| D-159 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 015 | | | |
| D-160 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 016 | | | |
| D-161 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 017 | | | |
| D-162 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 018 | | | |
| D-163 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 019 | | | |
| D-164 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 020 | | | |
| D-165 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 021 | | | |
| D-166 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 027 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-167 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 028 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-168 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 029 | | | |
| D-169 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 030 | | | |
| D-170 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 031 | | | |
| D-171 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 032 | | | |
| D-172 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 033 | | | |
| D-173 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 034 | | | |
| D-174 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 035 | | | |
| D-175 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 036 | | | |
| D-176 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 037 | | | |
| D-177 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 038 | | | |
| D-178 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 039 | | | |
| D-179 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 040 | | | |
| D-180 | PHYSICAL ITEM Vintage Brand Memorabilia Game Program VB MEM PSU 041 | | | |
| D-181 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 044 | | | |
| D-182 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 045 | | | |
| D-183 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 046 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-184 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 047 | | | |

| | **Completed by Counsel** | **Completed by Courtroom Deputy** | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-185 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 048 | | 11/12/24 | |
| D-186 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 049 | | | |
| D-187 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 050 | | | |
| D-188 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 051 | | | |
| D-189 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 052 | | | |
| D-190 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 053 | | | |
| D-191 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 054 | | | |
| D-192 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 055 | | | |
| D-193 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 056 | | | |
| D-194 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 057 | | | |
| D-195 | PHYSICAL ITEM Vintage Brand Memorabilia Game Ticket VB MEM PSU 058 | | | |
| D-196 | PHYSICAL ITEM Vintage Brand Memorabilia Mug VB MEM PSU 075 | | | |
| D-197 | PHYSICAL ITEM Vintage Brand Memorabilia Patch VB MEM PSU 042 | | | |
| D-198 | PHYSICAL ITEM Vintage Brand Memorabilia Patch VB MEM PSU 043 | | | |
| D-199 | PHYSICAL ITEM Vintage Brand Memorabilia Pennant VINTAGE PENN ST 000055 CONFIDENTIAL | | | |
| D-200 | PHYSICAL ITEM Vintage Brand Memorabilia Pennant VB MEM PSU 001 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-201 | PHYSICAL ITEM Vintage Brand Memorabilia Pennant VB MEM PSU 002 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-202 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 059 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-203 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 060 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-204 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 061 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-205 | PHYSICAL ITEM Vintage Brand Memorabilia Pin V MEM PSU 062 | | | |
| D-206 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 063 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-207 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 064 | | | |
| D-208 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 065 | | | |
| D-209 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 066 | | | |
| D-210 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 067 | | | |
| D-211 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 068 | | | |
| D-212 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 069 | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-213 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 070 | | | |
| D-214 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 071 | | | |
| D-215 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 072 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-216 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 073 | | | |
| D-217 | PHYSICAL ITEM Vintage Brand Memorabilia Pin VB MEM PSU 074 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-218 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VINTAGE PENN ST 000056 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-219 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VINTAGE PENN ST 000057 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-220 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VB MEM PSU 023 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-221 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VB MEM PSU 024 | | | |
| D-222 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VB MEM PSU 025 | | | |
| D-223 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VB MEM PSU 026 | | | |
| D-224 | PHYSICAL ITEM Vintage Brand Memorabilia Sticker VB MEM PSU 022 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-225 | Campbells Soup Cans VINTAGE PENN ST 002399 | | | |
| D-226 | VIDEO Google Search 1 Penn State Shirt VINTAGE PENN ST 002400 (Native File: Google Search 1_Penn_State_Shirt.MP4) | | | |
| D-227 | VIDEO Google Search 2 Penn State Vintage Shirt VINTAGE PENN ST 002401 (Native File: Google Search 2_Penn_State_Vintage_Shirt.MP4) | | | |
| D-228 | VIDEO Google Search 3 Vintage Brand VINTAGE PENN ST 002402 (Native File: Google Search 3_Vintage_Brand.MP4) | | | |
| D-229 | VIDEO Google Search 4 Vintage Brand VINTAGE PENN ST 002403 (Native File: Google Search 4_Vintage_Brand.MP4) | | | |
| D-230 | VIDEO Google Search 5 Vintage Brand VINTAGE PENN ST 002404 (Native File: Google Search 5_Vintage_Brand_Penn_State.MP4) | | | |
| D-231 | VIDEO Google Search 6 Vintage Brand Penn State Shirt VINTAGE PENN ST 002405 (Native File: Google Search 6_Vintage_Brand_Penn_State_Shirt_directhit.MP4) | | | |
| D-232 | Vintage Brand Asset ID 1115 Digital Image VINTAGE PENN ST 001599 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-233 | Vintage Brand Asset ID 116 Digital Image VINTAGE PENN ST 001600 CONFIDENTIAL | | | |
| D-234 | Vintage Brand Asset ID 1851 Digital Image VINTAGE PENN ST 001601 CONFIDENTIAL | | | |
| D-235 | Vintage Brand Asset ID 1865 Digital Image VINTAGE PENN ST 001602 CONFIDENTIAL | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-236 | Vintage Brand Asset ID 1923 Digital Image VINTAGE PENN ST 001603 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-237 | Vintage Brand Asset ID 2112 Digital Image VINTAGE PENN ST 001604 CONFIDENTIAL | | | |
| D-238 | Vintage Brand Asset ID 37 Digital Image VINTAGE PENN ST 001605 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-239 | Vintage Brand Asset ID 4206 Digital Image VINTAGE PENN ST 001606 CONFIDENTIAL | | | |
| D-240 | Vintage Brand Asset ID 4738 Digital Image VINTAGE PENN ST 001607 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-241 | Vintage Brand Asset ID 5819 Digital Image VINTAGE PENN ST 001608 CONFIDENTIAL | | | |
| D-242 | Vintage Brand Asset ID 89 Digital Image VINTAGE PENN ST 001609 CONFIDENTIAL | | | |
| D-243 | Vintage Brand Enhanced Digital Image 1001 VINTAGE PENN ST 001410 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-244 | Vintage Brand Enhanced Digital Image 10613 VINTAGE PENN ST 001411 CONFIDENTIAL | | | |
| D-245 | Vintage Brand Enhanced Digital Image 10772 VINTAGE PENN ST 001412 CONFIDENTIAL | | | |
| D-246 | Vintage Brand Enhanced Digital Image 1354 VINTAGE PENN ST 001413 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-247 | Vintage Brand Enhanced Digital Image 1401 VINTAGE PENN ST 001414 CONFIDENTIAL | | | |
| D-248 | Vintage Brand Enhanced Digital Image 1466 VINTAGE PENN ST 001415 CONFIDENTIAL | | | |
| D-249 | Vintage Brand Enhanced Digital Image 3253 VINTAGE PENN ST 001416 CONFIDENTIAL | | | |
| D-250 | Vintage Brand Enhanced Digital Image 4282 VINTAGE PENN ST 001417 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-251 | Vintage Brand Enhanced Digital Image 501 VINTAGE PENN ST 001418 CONFIDENTIAL | | | |
| D-252 | Vintage Brand Enhanced Digital Image 7544 VINTAGE PENN ST 001419 CONFIDENTIAL | | | |
| D-253 | Vintage Brand Enhanced Digital Image 7602 VINTAGE PENN ST 001420 CONFIDENTIAL | | | |
| D-254 | Vintage Brand Enhanced Digital Image 7808 VINTAGE_PENN_ST_001421 CONFIDENTIAL | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-255 | Vintage Brand Enhanced Digital Image 7884 VINTAGE PENN ST 001422 CONFIDENTIAL | | | |
| D-256 | Vintage Brand Enhanced Digital Image 7961 VINTAGE PENN ST 001423 CONFIDENTIAL | | | |
| D-257 | Vintage Brand Enhanced Digital Image 8010 VINTAGE PENN ST 001424 CONFIDENTIAL | | | |
| D-258 | Vintage Brand Enhanced Digital Image 8602 VINTAGE PENN ST 001425 CONFIDENTIAL | | | |
| D-259 | Vintage Brand Enhanced Digital Image 8875 VINTAGE PENN ST 001426 CONFIDENTIAL | | | |
| D-260 | Vintage Brand Enhanced Digital Image 9000 VINTAGE PENN ST 001427 CONFIDENTIAL | | | |
| D-261 | Vintage Brand Enhanced Digital Image 9040 VINTAGE PENN ST 001428 CONFIDENTIAL | | | |
| D-262 | Vintage Brand Enhanced Digital Image 9103 VINTAGE PENN ST 001429 CONFIDENTIAL | | | |
| D-263 | Vintage Brand Enhanced Digital Image 9149 VINTAGE PENN ST 001430 CONFIDENTIAL | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-264 | Vintage Brand Enhanced Digital Image 9154 VINTAGE PENN ST 001431 CONFIDENTIAL | | | |
| D-265 | Vintage Brand Enhanced Digital Image 9167 VINTAGE PENN ST 001432 CONFIDENTIAL | | | |
| D-266 | Vintage Brand Enhanced Digital Image 999 VINTAGE PENN ST 001433 CONFIDENTIAL | | | |
| D-267 | Fanatics Order Receipt VINTAGE PENN ST 002406 to 2413 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-268 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Nike Blitz Evergreen Heather Navy TShirt | | | |
| D-269 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Nike Primetime Velocity Navy TShirt | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-270 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Nike Primetime Legend Wordmark Navy TShirt | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-271 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Nike Legacy Football Icon Navy TShirt | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-272 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Champion Youth Team Arch Navy TShirt | | | |
| D-273 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Champion Football Stack White TShirt | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-274 | PHYSICAL ITEM Fanatics Order PS Nittany Lions New Era Throwback Circle Patch Trucker Snapback Navy Hat | | | |
| D-275 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Original Retro Brand Vintage Heathered Navy TShirt | | | |
| D-276 | PHYSICAL ITEM Fanatics Order PS Nittany Lions Nike Legacy Logo Club Fleece Pullover Navy Hoodie | | | |
| D-277 | Nittany Outlet Order Receipt VINTAGE PENN ST 002414 to 2416 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-278 | PHYSICAL ITEM Nittany Outlet PS TShirt Official Navy Seal | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-279 | PHYSICAL ITEM Nittany Outlet TShirt Arching Over Lion Head White | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-280 | PHYSICAL ITEM Nittany Outlet PS Hooded Sweatshirt Arching Over Lion Head | | | |
| D-281 | Family Clothesline Order Receipt VINTAGE PENN ST 002417 to 2418 | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-282 | PHYSICAL ITEM Family Clothesline PS Nike Youth Club Hat Navy | | | |
| D-283 | PHYSICAL ITEM Family Clothesline PS Nike Logo Cotton TShirt Navy | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-284 | PHYSICAL ITEM Family Clothesline PS Under Armour Mens Arc TShirt White | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-285 | Lions Pride Order Receipt VINTAGE PENN ST 002419 to 2420 | | | |
| D-286 | PHYSICAL ITEM Lions Pride Toddler Penn State Paw Back Hoodie | | | |
| D-287 | PHYSICAL ITEM goPSU Fanatics Purchase Hat | | | |
| D-288 | PHYSICAL ITEM goPSU Fanatics Purchase Hoodie | | | |
| D-289 | PHYSICAL ITEM goPSU Fanatics Purchase Mens Tshirt | | | |
| D-290 | PHYSICAL ITEM goPSU Fanatics Purchase Water Bottle | | | |
| D-291 | PHYSICAL ITEM goPSU Fanatics Purchase Welcome Sign | 11/13/24 | 11/13/24 | S. Howell |

|  | **Completed by Counsel** | **Completed by Courtroom Deputy** | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-292 | goPSU Fanatics Purchase Process VINTAGE PENN ST 002421 to 2457 | | | |
| D-293 | PHYSICAL ITEM Sports Illustrative Collectors Ed The Perfect Season | | | |
| D-294 | PHYSICAL ITEM Sports Illustrative Spec Commemorative Ed 25 Yrs in the Big | | | |
| D-295 | PHYSICAL ITEM Vintage Brand 1926 Vintage Syracuse vs Penn State Canvas Image | | | |
| D-296 | PHYSICAL ITEM Vintage Brand 1926 Vintage Syracuse vs Penn State Coasters Image | | | |
| D-297 | PHYSICAL ITEM Vintage Brand 1947 Vintage Penn State Nittany Lion Coasters Image | | | |
| D-298 | PHYSICAL ITEM Vintage Brand 1947 Vintage Penn State Nittany Lions Canvas Image | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-299 | PHYSICAL ITEM Vintage Brand 1947 Vintage Penn State Nittany Lions Cutting Board Image | | | |
| D-300 | PHYSICAL ITEM Vintage Brand 1950 Vintage Penn State Nittany Lions Canvas Image | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-301 | PHYSICAL ITEM Vintage Brand 1950 Vintage Penn State Nittany Lions Mug Image | | | |
| D-302 | PHYSICAL ITEM Vintage Brand 1953 Vintage Penn State Nittany Lions TShirt Image | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-303 | PHYSICAL ITEM Vintage Brand 1954 Vintage Penn State vs Pennsylvania Canvas Image | | | |
| D-304 | PHYSICAL ITEM Vintage Brand 1954 Vintage Penn State vs Pennsylvania Cutting Board Image | | | |
| D-305 | PHYSICAL ITEM Vintage Brand 1968 Vintage Kansas vs Penn State Cutting Board Image | | | |
| D-306 | PHYSICAL ITEM Vintage Brand 1968 Vintage Kansas vs Penn State Mug Image | | | |
| D-307 | PHYSICAL ITEM Vintage Brand 1975 Vintage Penn State Nittany Lions Womens TShirt Image | | | |
| D-308 | PHYSICAL ITEM Vintage Brand 1979 Vintage Penn State vs Army Canvas Image | | | |
| D-309 | PHYSICAL ITEM Vintage Brand 1982 Vintage Penn State Nittany Lions Canvas Image | | | |
| D-310 | PHYSICAL ITEM Vintage Brand 1982 Vintage Penn State Nittany Lions Coasters Image | | | |
| D-311 | PHYSICAL ITEM Vintage Brand 1983 Vintage Penn State Nittany Lions Long Sleeve TShirt Image | 11/13/24 | 11/13/24 | S. Petulla |
| D-312 | PHYSICAL ITEM Vintage Brand Vintage Penn State Nittany Lion Coasters Image | | | |
| D-313 | PHYSICAL ITEM Vintage Brand Vintage Penn State Nittany Lions TShirt Image | | | |
| D-314 | Vintage Brand Team Store Category Landing Pages VINTAGE PENN ST 000201 to 295 | | | |
| D-315 | Vintage Brand Team Store Category Landing Page VINTAGE PENN ST 000296 to 361 | | | |
| D-316 | Vintage Brand Team Store Category Landing Page and Individual Products VINTAGE PENN ST 000063 to 200 | | | |
| D-317 | Vintage Brand Team Store Individual Products VINTAGE PENN ST 000362 to 577 | | | |
| D-318 | Vintage Brand Team Store Individual Products VINTAGE PENN ST 000578 to 833 | | | |
| D-319 | Vintage Brand Team Store Individual Products VINTAGE PENN ST 000834 to 1088 | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-320 | Vintage Brand Team Store Individual Products VINTAGE PENN ST 001089 to 1356 | | | |
| D-321-a | Vintage Brand Team Store Terms and Conditions – VINTAGE PENN ST 001357 to 1376 | | | |
| D-321-b | DEMONSTRATIVE Vintage Brand Team Store Terms and Conditions VINTAGE PEN ST 001357-1376 | 11/15/24 | | C. Hartvigson |
| D-322-a | Vintage Brand Team Store Terms and Conditions VINTAGE PENN ST 001377 to 1392 | | | |
| D-322-b | DEMONSTRATIVE Vintage Brand Team Store Terms and Conditions VINTAGE PENN ST 001377 to 1392 | | | |
| D-323 | PHYSICAL ITEM Vintage Brand Product Canvas Print VINTAGE PENN S 001460 to 1462 | | | |
| D-324 | PHYSICAL ITEM Vintage Brand Cutting Board VINTAGE PENN ST 001434 to 1436 | | | |
| D-325 | PHYSICAL ITEM Vintage Brand Hat VINTAGE PENN ST 001437 | | | |
| D-326 | PHYSICAL ITEM Vintage Brand Koozie VINTAGE PENN ST 001438 | | | |
| D-327 | PHYSICAL ITEM Vintage Brand Mug VINTAGE PENN ST 001439 to1442 | | | |
| D-328 | PHYSICAL ITEM Vintage Brand Pennant VB PENN ST 001443 to1445 | | | |
| D-329 | PHYSICAL ITEM Vintage Brand Penn State 1947 card VINTAGE PENN ST 001446 | | | |
| D-330 | PHYSICAL ITEM Vintage Brand Puzzle VINTAGE PENN ST 001447 | | | |
| D-331 | PHYSICAL ITEM Vintage Brand Socks and Packaging VINTAGE PENN ST 001448 | | | |
| D-332 | PHYSICAL ITEM Vintage Brand Steel Tumbler Short VINTAGE PENN ST 001449 to 1450 | | | |
| D-333 | PHYSICAL ITEM Vintage Brand Steel Tumbler Tall VINTAGE PENN ST 001451 to 1452 | | | |
| D-334 | PHYSICAL ITEM Vintage Brand Sweatshirt VINTAGE PENN 001453 to 1454 | | | |
| D-335 | PHYSICAL ITEM Vintage Brand sweatshirt hoodie with care sticker VINTAGE PENN ST 001455 | | | |
| D-336 | PHYSICAL ITEM Vintage Brand Tshirt front VINTAGE PENN ST 001456 | | | |
| D-337 | PHYSICAL ITEM Vintage Brand Product Packaging VINTAGE PENN ST 001457 | | | |
| D-338 | PHYSICAL ITEM Vintage Brand Product Packaging Tall Box VINTAGE PENN ST 001458 to 1459 | | | |
| D-339 | PHYSICAL ITEM Vintage Brand Canvas Print VINTAGE PENN ST 001460 to1462 | | | |
| D-340 | PHYSICAL ITEM Vintage Brand TShirt with Care Sticker VINTAGE PENN ST 001463 | | | |
| D-341 | Vintage Brand Vintage College Designs VINTAGE PENN ST 002458 to 2461 | | | |
| D-342 | Vintage Brand Operating Agreement VINTAGE PENN ST 000006 to 16 CONFIDENTIAL | | | |
| D-343 | Vintage Brand and Sportswear Renewed Fulfillment Agreement 2021 VINTAGE PENN ST 001393 to 1409 CONFIDENTIAL | | | |
| D-344-a | Expert David Franklyn Appendix A CV | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-344-b | Expert David Franklyn Appendix B Survey Questionnaire | | | |
| D-344-c | Expert David Franklyn Appendix C Survey 1 Screenshots | | | |
| D-344-d | Expert David Franklyn Appendix C Survey 2 Screenshots | | | |
| D-344-e | NATIVE ELECTRONIC FILE Expert David Franklyn Appendix D Final Data | | | |
| D-344-f | Expert David Franklyn Appendix E Materials Considered | | | |
| D-345-1 | Expert Tulien Erdem Report with Exhibits and Appendices | | | |
| D-345-2 | Final Images Desktop Condition A Control Group State of Penn Seal Logo A1 | | | |
| D-345-3 | Final Images Desktop Condition A Control Group State of Penn Seal Logo A2 State Seal | | | |
| D-345-4 | Final Images Desktop Condition A Control Group State of Penn Seal Logo A3 State Seal | | | |
| D-345-5 | Final Images Desktop Condition A Control Group State of Penn Seal Logo A State Seal LP | | | |
| D-345-6 | Final Images Desktop Condition A Test Group 1 1929 Penn State Nittany Lions Logo A1 | | | |
| D-345-7 | Final Images Desktop Condition A Test Group 1 1929 Penn State Nittany Lions Logo A2 1929 Penn | | | |
| D-345-8 | Final Images Desktop Condition A Test Group 1 1929 Penn State Nittany Lions Logo A3 1929 Penn | | | |
| D-345-9 | Final Images Desktop Condition A Test Group 1 1929 Penn State Nittany Lions Logo A 1929 Penn | | | |
| D-345-10 | Final Images Desktop Condition A Test Group 2 1950 Penn State Nittany Lions Logo A1 | | | |
| D-345-11 | Final Images Desktop Condition A Test Group 2 1950 Penn State Nittany Lions Logo A2 1950 Penn | | | |
| D-345-12 | Final Images Desktop Condition A Test Group 2 1950 Penn State Nittany Lions Logo A3 1950 Penn | | | |
| D-345-13 | Final Images Desktop Condition A Test Group 2 1950 Penn State Nittany Lions Logo A 1950 Penn | | | |
| D-345-14 | Final Images Desktop Condition B Control Group State of Penn Seal Logo B1 | | | |
| D-345-15 | Final Images Desktop Condition B Control Group State of Penn Seal Logo B2 State Seal | | | |
| D-345-16 | Final Images Desktop Condition B Control Group State of Penn Seal Logo B3 State Seal | | | |
| D-345-17 | Final Images Desktop Condition B Control Group State of Penn Seal Logo B State Seal LP | | | |
| D-345-18 | Final Images Desktop Condition B Test Group 1 1929 Penn State Nittany Lions Logo B1 | | | |

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-345-19 | Final Images Desktop Condition B Test Group 1 1929 Penn State Nittany Lions Logo B2 1929 Penn | | | |
| D-345-20 | Final Images Desktop Condition B Test Group 1 1929 Penn State Nittany Lions Logo B3 1929 Penn | | | |
| D-345-21 | Final Images Desktop Condition B Test Group 1 1929 Penn State Nittany Lions Logo B 1929 LP | | | |
| D-345-22 | Final Images Desktop Condition B Test Group 2 1950 Penn State Nittany Lions Logo B1 | | | |
| D-345-23 | Final Images Desktop Condition B Test Group 2 1950 Penn State Nittany Lions Logo B2 1950 Penn | | | |
| D-345-24 | Final Images Desktop Condition B Test Group 2 1950 Penn State Nittany Lions Logo B3 1950 Penn | | | |
| D-345-25 | Final Images Desktop Condition B Test Group 2 1950 Penn State Nittany Lions Logo B1 1950 LP | | | |
| D-345-26 | Final Images Desktop Condition C Control Group State of Penn Seal Logo C1 | | | |
| D-345-27 | Final Images Desktop Condition C Control Group State of Penn Seal Logo C2 State Seal | | | |
| D-345-28 | Final Images Desktop Condition C Control Group State of Penn Seal Logo C3 State Seal | | | |
| D-345-29 | Final Images Desktop Condition C Control Group State of Penn Seal Logo C State Seal LP | | | |
| D-345-30 | Final Images Desktop Condition C Test Group 1 1929 Penn State Nittany Lions Logo C1 | | | |
| D-345-31 | Final Images Desktop Condition C Test Group 1 1929 Penn State Nittany Lions Logo C2 1929 Penn | | | |
| D-345-32 | Final Images Desktop Condition C Test Group 1 1929 Penn State Nittany Lions Logo C3 1929 Penn | | | |
| D-345-33 | Final Images Desktop Condition C Test Group 1 1929 Penn State Nittany Lions Logo C 1929 LP | | | |
| D-345-34 | Final Images Desktop Condition C Test Group 2 1950 Penn State Nittany Lions Logo C1 | | | |
| D-345-35 | Final Images Desktop Condition C Test Group 2 1950 Penn State Nittany Lions Logo C2 1950 Penn | | | |
| D-345-36 | Final Images Desktop Condition C Test Group 2 1950 Penn State Nittany Lions Logo C3 1950 Penn | | | |
| D-345-37 | Final Images Desktop Condition C Test Group 2 1950 Penn State Nittany Lions Logo C 1950 LP | | | |
| D-345-38 | Final Images Desktop Condition D Control Group State of Penn Seal Logo D0 | | | |
| D-345-39 | Final Images Desktop Condition D Control Group State of Penn Seal Logo D1 | | | |

| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| | **Completed by Counsel** | **Completed by Courtroom Deputy** | | |
| D-345-40 | Final Images Desktop Condition D Control Group State of Penn Seal Logo D2 State Seal | | | |
| D-345-41 | Final Images Desktop Condition D Control Group State of Penn Seal Logo D3 State Seal | | | |
| D-345-42 | Final Images Desktop Condition D Control Group State of Penn Seal Logo D State Seal LP | | | |
| D-345-43 | Final Images Desktop Condition D Test Group 1 1929 Penn State Nittany Lions Logo D0 | | | |
| D-345-44 | Final Images Desktop Condition D Test Group 1 1929 Penn State Nittany Lions Logo D1 | | | |
| D-345-45 | Final Images Desktop Condition D Test Group 1 1929 Penn State Nittany Lions Logo D2 1929 Penn | | | |
| D-345-46 | Final Images Desktop Condition D Test Group 1 1929 Penn State Nittany Lions Logo D3 1929 Penn | | | |
| D-345-47 | Final Images Desktop Condition D Test Group 1 1929 Penn State Nittany Lions Logo D 1929 LP | | | |
| D-345-48 | Final Images Desktop Condition D Test Group 2 1950 Penn State Nittany Lions Logo D0 | | | |
| D-345-49 | Final Images Desktop Condition D Test Group 2 1950 Penn State Nittany Lions Logo D1 | | | |
| D-345-50 | Final Images Desktop Condition D Test Group 2 1950 Penn State Nittany Lions Logo D2 1950 Penn | | | |
| D-345-51 | Final Images Desktop Condition D Test Group 2 1950 Penn State Nittany Lions Logo D3 1950 Penn | | | |
| D-345-52 | Final Images Desktop Condition D Test Group 2 1950 Penn State Nittany Lions Logo D 1950 LP | | | |
| D-345-53 | Final Images Mobile Condition A Control Group State of Penn A1.jpg | | | |
| D-345-54 | Final Images Mobile Condition A Control Group State of Penn A2_State Seal.jpg | | | |
| D-345-55 | _Final Images Mobile Condition A Control Group State of Penn A3_State Seal.jpg | | | |
| D-345-56 | Final Images Mobile Condition A Control Group State of Penn A-State Seal LP.jpg | | | |
| D-345-57 | Final Images Mobile Condition A Test Group 1 1929 Penn State Nittany Lions Logo A1 | | | |
| D-345-58 | Final Images Mobile Condition A Test Group 1 1929 Penn State Nittany Lions Logo A2 1929 Penn | | | |
| D-345-59 | Final Images Mobile Condition A Test Group 1 1929 Penn State Nittany Lions Logo A3 1929 Penn | | | |
| D-345-60 | Final Images Mobile Condition A Test Group 1 1929 Penn State Nittany Lions Logo A 1929 LP | | | |
| D-345-61 | Final Images Mobile Condition A Test Group 2 1950 Penn State Nittany Lions Logo A1.jpg | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-345-62 | Final Images Mobile Condition A Test Group 2 1950 Penn State Nittany Lions Logo A2_1950 Penn.jpg | | | |
| D-345-63 | Final Images Mobile Condition A Test Group 2 1950 Penn State Nittany Lions Logo A3_1950 Penn.jpg | | | |
| D-345-64 | Final Images Mobile Condition A Test Group 2 1950 Penn State Nittany Lions Logo A-1950 LP.jpg | | | |
| D-345-65 | Final Images Mobile Condition B Control Group State of Penn B1.jpg | | | |
| D-345-66 | Final Images Mobile Condition B Control Group State of Penn B2 State Seal.jpg | | | |
| D-345-67 | Final Images Mobile Condition B Control Group State of Penn B3 State Seal.jpg | | | |
| D-345-68 | Final Images Mobile Condition B Control Group State of Penn B State Seal LP.jpg | | | |
| D-345-69 | Final Images Mobile Condition B Test Group 1 1929 Penn State Nittany Lions Logo B1 | | | |
| D-345-70 | Final Images Mobile Condition B Test Group 1 1929 Penn State Nittany Lions Logo B2_1929 Penn.jpg | | | |
| D-345-71 | Final Images Mobile Condition B Test Group 1 1929 Penn State Nittany Lions Logo B3_1929 Penn.jpg | | | |
| D-345-72 | Final Images Mobile Condition B Test Group 1 1929 Penn State Nittany Lions Logo B-1929 LP.jpg | | | |
| D-345-73 | Final Images Mobile Condition B Test Group 2 1950 Penn State Nittany Lions Logo B1.jpg | | | |
| D-345-74 | Final Images Mobile Condition B Test Group 2 1950 Penn State Nittany Lions Logo B2_1950 Penn | | | |
| D-345-75 | Final Images Mobile Condition B Test Group 2 1950 Penn State Nittany Lions Logo B3_1950 Penn | | | |
| D-345-76 | Final Images Mobile Condition B Test Group 2 1950 Penn State Nittany Lions Logo B-1950 LP | | | |
| D-345-77 | Final Images Mobile Condition C Control Group State of Penn C1 | | | |
| D-345-78 | Final Images Mobile Condition C Control Group State of Penn C2_State Seal | | | |
| D-345-79 | Final Images Mobile Condition C Control Group State of Penn C3_State Seal | | | |
| D-345-80 | Final Images Mobile Condition C Control Group State of Penn C-State Seal LP | | | |
| D-345-81 | Final Images Mobile Condition C Test Group 1 1929 Penn State Nittany Lions Logo C1 | | | |
| D-345-82 | Final Images Mobile Condition C Test Group 1 1929 Penn State Nittany Lions Logo C2 1929 Penn | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-345-83 | Final Images Mobile Condition C Test Group 1 1929 Penn State Nittany Lions Logo C3 1929 Penn | | | |
| D-345-84 | Final Images Mobile Condition C Test Group 1 1929 Penn State Nittany Lions Logo C 1929 LP | | | |
| D-345-85 | 345-w1_Final Images Mobile Condition C Test Group 2 1950 Penn State Nittany Lions Logo C1 | | | |
| D-345-86 | Final Images Mobile Condition C Test Group 2 1950 Penn State Nittany Lions Logo C2 1950 Penn | | | |
| D-345-87 | Final Images Mobile Condition C Test Group 2 1950 Penn State Nittany Lions Logo C3 1950 Penn | | | |
| D-345-88 | Final Images Mobile Condition C Test Group 2 1950 Penn State Nittany Lions Logo C 1950 LP | | | |
| D-345-89 | Final Images Mobile Condition D Control Group State of Penn Logo D0 | | | |
| D-345-90 | Final Images Mobile Condition D Control Group State of Penn Logo D1 | | | |
| D-345-91 | Final Images Mobile Condition D Control Group State of Penn Logo D2 State Seal | | | |
| D-345-92 | Final Images Mobile Condition D Control Group State of Penn Logo D3 State Seal | | | |
| D-345-93 | Final Images Mobile Condition D Control Group State of Penn Logo D State Seal LP | | | |
| D-345-94 | Final Images Mobile Condition D Test Group 1 1929 Penn State Nittany Lions Logo D0 | | | |
| D-345-95 | Final Images Mobile Condition D Test Group 1 1929 Penn State Nittany Lions Logo D1 | | | |
| D-345-96 | Final Images Mobile Condition D Test Group 1 1929 Penn State Nittany Lions Logo D2 1929 Penn | | | |
| D-345-97 | Final Images Mobile Condition D Test Group 1 1929 Penn State Nittany Lions Logo D3 1929 Penn | | | |
| D-345-98 | Final Images Mobile Condition D Test Group 1 1929 Penn State Nittany Lions Logo D 1929 LP | | | |
| D-345-99 | Final Images Mobile Condition D Test Group 2 1950 Penn State Nittany Lions Logo D0 | | | |
| D-345-100 | Final Images Mobile Condition D Test Group 2 1950 Penn State Nittany Lions Logo D1 | | | |
| D-345-101 | Final Images Mobile Condition D Test Group 2 1950 Penn State Nittany Lions Logo D2 1950 Penn | | | |
| D-345-102 | Final Images Mobile Condition D Test Group 2 1950 Penn State Nittany Lions Logo D3 1950 Penn | | | |
| D-345-103 | Final Images Mobile Condition D Test Group 2 1950 Penn State Nittany Lions Logo D 1950 LP | | | |
| D-345-104 | NATIVE ELECTRONIC FILE Survey Data Blind Coding Sheet Final | | | |

| | Completed by Counsel | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| D-345-105 | NATIVE ELECTRONIC FILE Survey Data LOC Final Data Set | | | |
| D-346 | PHYSICAL ITEM Vintage Brand Lions Head Coffee Mug | | | |
| D-347 | PHYSICAL ITEM Vintage Brand Penn State Tall Steel Tumbler | | | |
| D-348 | PHYSICAL ITEM Vintage Brand Penn State Short Steel Tumbler | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-349 | PHYSICAL ITEM Vintage Brand I Like Penn State Short Steel Tumbler | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-350 | PHYSICAL ITEM Vintage Brand Penn State Temple Cutting Board | | | |
| D-351 | PHYSICAL ITEM Vintage Brand Penn State Coasters | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-352 | PHYSICAL ITEM Vintage Brand Large Canvas Print Kansas State v. PSU | | | |
| D-353 | PHYSICAL ITEM Vintage Brand Penn State Gator Bowl Hat | | | |
| D-354 | PHYSICAL ITEM Vintage Brand I Like Penn State Koozie | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-355 | PHYSICAL ITEM Vintage Brand Stadium Puzzle | | | |
| D-356 | PHYSICAL ITEM Vintage Brand Penn State Pennant Nittany | | | |
| D-357 | PHYSICAL ITEM Vintage Brand Penn State Sweatshirt | | | |
| D-358 | PHYSICAL ITEM Vintage Brand Penn State Hoodie | | | |
| D-359 | PHYSICAL ITEM Vintage Brand Penn State Socks | | | |
| D-360 | PHYSICAL ITEM Vintage Brand Penn State TShirt | | | |
| D-361 | PHYSICAL ITEM Vintage Brand Penn State Pennant Nittany Lions | | | |
| D-362 | PHYSCIAL ITEM Vintage Brand Penn State 1947 Card | | | |
| D-363 | PHYSICAL ITEM Vintage Brand Penn State Poster | | | |
| D-364 | Penn State Strategic Communications Plan 30b6 Dep Ex 4 | | | |
| D-365 | Email re Penn State College Vault License Armentrout Dep Ex 27 HIGHLY CONFIDENTIAL | | | |
| D-366 | Coat of Arms of Pennsylvania VINTAGE PENN ST 002462 | | | |
| D-367 | PHYSICAL EXHIBIT Nittany Lion T Shirt | 11/15/24 | 11/15/24 | C. Hartvigson |
| D-368 | Pennsylvania House of Representatives Historical Highlights State Symbols | | | |
| D-369 | City of Williamsport, City Government Website | | | |



**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

**U.S. Courthouse, Suite 218**
**240 West Third Street**
**Williamsport, PA 17701**
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
**Clerk of Court**

(570) 323-6380
(570) 323-0636 FAX

IN RE:        The Pennsylvania State University v. Vintage Brand, LLC, et al
              Case No. 4:21-CV-01091

TO COUNSEL:   David Finkelson, Esquire        Mark P. McKenna, Esquire
              Lucy J. Wheatley, Esquire       John T. Fetters, Esquire
              McGuireWoodes, LLC              Joshua D. Harms, Esquire
              Gateway Plaza                   Stokes Lawrence P.S.
              800 East Canal Street           1420 Fifth Avenue, Suite 3000
              Richmond, VA   23219            Seattle, WA   98101

Your original exhibits from the jury trial held November 12, 2024 - November 19, 2024 are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.  It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport, should that be necessary.

Kindly acknowledge receipt of said exhibits by signing the bottom portion of this letter and returning it to the undersigned at your earliest possible convenience.

Very truly yours,
Peter Welsh, Clerk of Court

*s/ Janel R. Rhinehart*
Janel R. Rhinehart
Deputy Clerk

**RECEIPT**

Receipt is hereby acknowledged for the exhibits introduced by the Plaintiff / Defendant in the above captioned matter.

11/19/2024
(Date)                                            (Signature)