# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>Defendants. | No. 4:21-CV-1091<br><br>(Chief Judge Brann) |

## VERDICT FORM

November 19, 2024

**Members of the Jury:**

Answer the questions on this form as instructed by the Court. When you have completed the verdict form, each juror must sign and date the last page of the form. The foreperson should then seal the verdict form in an envelope and indicate to the bailiff that you have reached a unanimous verdict.

**Question One**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged "PENN STATE" trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ____ NO |
| Sportswear, Inc. | ✓ YES | ____ NO |
| Chad Hartvigson | ✓ YES | ____ NO |

*Proceed to Question Two*

**Question Two**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged "THE PENNSYLVANIA STATE UNIVERSITY" trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ____ NO |
| Sportswear, Inc. | ____ YES | ✓ NO |
| Chad Hartvigson | ✓ YES | ____ NO |

*Proceed to Question Three*

**Question Three**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged Lion Shrine Logo One trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ____ NO |
| Sportswear, Inc. | ✓ YES | ____ NO |
| Chad Hartvigson | ✓ YES | ____ NO |

*Proceed to Question Four*

**Question Four**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged Lion Shrine Logo Two trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ____ NO |
| Sportswear, Inc. | ✓ YES | ____ NO |
| Chad Hartvigson | ✓ YES | ____ NO |

*Proceed to Question Five*

**Question Five**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged Pozniak Lion Logo trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ___ NO |
| Sportswear, Inc. | ✓ YES | ___ NO |
| Chad Hartvigson | ✓ YES | ___ NO |

*Proceed to Question Six*

**Question Six**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged Penn State Seal Logos trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ___ NO |
| Sportswear, Inc. | ✓ YES | ___ NO |
| Chad Hartvigson | ✓ YES | ___ NO |

*Proceed to Question Seven*

**Question Seven**

Did the Plaintiff prove by a preponderance of the evidence that any of the following Defendants infringed Plaintiff's alleged S-Lion Logo trademark?

| | | |
|---|---|---|
| Vintage Brand LLC | ✓ YES | ___ NO |
| Sportswear, Inc. | ✓ YES | ___ NO |

      Chad Hartvigson      __✓__ YES      _____ NO

*Proceed to Question Eight*

## Question Eight

Have Defendants proven by a preponderance of the evidence that the Penn State Seal Logos should be canceled?

     _____ YES      __✓__ NO

*If you answered no to Questions One through Seven, you are finished with this verdict form. Please proceed to page eight of this form to sign and complete the form. If you have answered yes to one or more of Questions One through Seven, please proceed to Question Nine.*

## Question Nine

If you answered yes to any of questions One through Seven, have Defendants proven by a preponderance of the evidence that Vintage Brand's use of any of the trademarks on its website constitutes nominative fair use?

     _____ YES      __✓__ NO

*Proceed to Question Ten*

### **Question Ten**

If you answered yes to any of questions One through Seven, have Defendants proven by a preponderance of the evidence that the trademarks are aesthetically functional?

_____ YES   __✓__ NO

*If you have answered yes to Question Ten, you are finished with this verdict form. Please proceed to page eight of this form to sign and complete the form. If you have answered no to Question Ten, please proceed to Question Eleven.*

### **Question Eleven**

Do you find that the Defendant(s)' conduct in infringing on any of the Plaintiff's trademarks was willful? Please answer "N/A" if you concluded that the specific Defendant is not liable for trademark infringement.

Vintage Brand LLC   __✓__ YES   _____ NO   _____ N/A

If yes, indicate which trademarks: Penn State, The Pennsylvania State University, Lion Shrine Logo One, Lion Shrine Logo Two, Pozniak Lion, Penn State Seal, S-Lion

Sportswear, Inc.   __✓__ YES   _____ NO   _____ N/A

If yes, indicate which trademarks: Penn State, Lion Shrine Logo one, Lion Shrine logo two, Pozniak Lion, Penn State Seal, S-Lion.

Chad Hartvigson   __✓__ YES   _____ NO   _____ N/A

If yes, indicate which trademarks: Penn State, The Pennsylvania State University, Lion Shrine Logo one, Lion Shrine Logo two, Pozniak Lion, Penn State Seal, S-Lion

*Proceed to Question Twelve*

## Question Twelve

Do you find that the Plaintiff is entitled to compensatory damages?

___✓___ YES   _____ NO

If you answer yes, what amount is the Plaintiff entitled to recover?

$ 28,000.00

*You have completed the verdict form. Each juror must sign and date the next page. The foreperson should then seal the verdict form in an envelope and press the buzzer to inform the bailiff that you have reached a verdict.*

## SIGNATURES

| | JUROR NAME | DATE |
|---|---|---|
| 1 | | 11/19/24 |
| 2 | | 11/19/24 |
| 3 | | 11/19/24 |
| 4 | | 11/19/24 |
| 5 | | 11/19/24 |
| 6 | | 11/19/24 |
| 7 | | 11/19/24 |
| 8 | | 11/19/24 |