AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY<br>*Plaintiff*<br>v.<br>VINTAGE BRAND, LLC, et al<br>*Defendant* | Civil Action No. 4:21-CV-01091 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final Judgment is entered in favor of Plaintiff and against Defendants, in the amount of Twenty-eight Thousand ($28,000.00) dollars.

This action was *(check one)*:

☑ tried by a jury with Judge Matthew W. Brann presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motions for

Date: November 19, 2024

CLERK OF COURT

*s/ Janel R. Rhinehart*
*Signature of Clerk or Deputy Clerk*