# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>  Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 20, 2024

Upon consideration of the jury's verdict dated November 19, 2024, and its award of compensatory damages to Plaintiff, **IT IS HEREBY ORDERED** that, should Plaintiff seek any further relief, an appropriate motion shall be docketed with this Court on or before Wednesday, December 4, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge