AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District Of Pennsylvania__ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:21-CV-1091 | DATE FILED<br>6/21/2021 | U.S. DISTRICT COURT<br>Middle District Of Pennsylvania |
|---|---|---|
| PLAINTIFF<br>The Pennsylvania State University | | DEFENDANT<br>Vintage Brand, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,308,610 | 12/11/1984 | Pennsylvania State University |
| 2 | 5,766,698 | 6/4/2019 | Pennsylvania State University |
| 3 | 1,370,866 | 11/19/1985 | Pennsylvania State University |
| 4 | 5,548,988 | 8/28/2018 | Pennsylvania State University |
| 5 | 1,350,286 | 7/23/1985 | Pennsylvania State University |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,350,286 | 7/23/1985 | Pennsylvania State University |
| 2 | 1,276,712 | 5/8/1984 | Pennsylvania State University |
| 3 | 1,397,810 | 6/17/1986 | Pennsylvania State University |
| 4 | 5,305,910 | 10/10/2017 | Pennsylvania State University |
| 5 | 5,877,080 | 10/8/2019 | Pennsylvania State University |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Clerk's Judgment in favor of The Pennsylvania State University against Vintage Brand, LLC, Sportswear Inc., and Chad Hartvigson in the amount of Twenty-eight Thousand ($28,000.00) dollars. (See attached Clerk's Judgment dated 11/19/2024.) |

| CLERK<br>Peter J. Welsh, Clerk of Court | (BY) DEPUTY CLERK<br>s/ Nicole R Reynolds | DATE<br>6/22/2021 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**