# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| THE PENNSYLVANIA STATE UNIVERSITY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-CV-01091 |
| VINTAGE BRAND, LLC, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final Judgment is entered in favor of Plaintiff and against Defendants, in the amount of Twenty-eight Thousand ($28,000.00) dollars.

This action was *(check one)*:

☑ tried by a jury with Judge  Matthew W. Brann  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motions for

Date: November 19, 2024

CLERK OF COURT

*s/ Janel R. Rhinehart*
*Signature of Clerk or Deputy Clerk*