IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　Plaintiff and<br>　　　Counter-Claim Defendant,<br><br>　　v.<br><br>VINTAGE BRAND, LLC,<br><br>　　　Defendant and<br>　　　Counter-Claim Plaintiff,<br><br>and<br><br>SPORTSWEAR INC. d/b/a PREP SPORTWEAR; and CHAD HARTVIGSON,<br><br>　　　Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR
ORAL ARGUMENT ON PENDING MOTIONS**

Pursuant to Local Rule 7.9, Defendants Vintage Brand, LLC, Sportswear Inc., and Chad Hartvigson ("Defendants") respectfully move the Court to set a hearing date on Plaintiff's Motion to Amend Judgment (Doc. 342) and Motion for Attorney Fees (Doc. 344), both of which were filed on December 3, 2024, and are now *sub judice*. Defendants submit that the complexity and importance of the issues at stake warrant a hearing. Defendants do not intend to present evidence and would limit the hearing to oral argument.

1

Defendants' have conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested hearing.

Dated: January 15, 2025

Respectfully submitted,

By: /s/*John T. Fetters*
John T. Fetters, Esq., *pro hac vice*
Joshua D. Harms, Esq., *pro hac vice*
Leslie Vander Griend, Esq., *pro hac vice*
Valerie A. Walker, Esq., *pro hac vice*
Washington I.D. Nos. 40800, 55679, 28090, 52584
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Phone: (206) 626-6000
Fax: (206) 464-1496
John.Fetters@stokeslaw.com
Joshua.Harms@stokeslaw.com
Leslie.VanderGriend@stokeslaw.com
Valerie.Walker@stokeslaw.com

Mark P. McKenna, Esq., *pro hac vice*
Illinois I.D. No. 6272699
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Phone: (646) 898-2055
Fax: (646) 906-8657
Mark@lex-lumina.com

Mark H. Perry, Esq.
PA Supreme Court I.D. Nos. 68610
POST & SCHELL, P.C.
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 587-1101
Fax: (215) 320-4159
mperry@postschell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 15th day of January 2025, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

> Courtney S. Schorr, Esquire
> McGuire Woods LLP
> Tower Two-Sixty
> 260 Forbes Avenue, Suite 1800
> Pittsburgh, PA  15222-3142
>
> Claire H. Eller, Esquire (admitted pro hac)
> Lucy J. Wheatley, Esquire (admitted pro hac)
> Matthew G. Rosendahl, Esquire (admitted pro hac)
> David E. Finkleson, Esquire (admitted pro hac)
> McGuire Woods LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA  23219-3916
>
> Jessica S. Maupin, Esquire (admitted pro hac)
> McGuire Woods LLP
> 2000 McKinney Ave., Suite 1400
> Dallas, TX 75201

Attorneys for The Pennsylvania State University

Dated:  January 15, 2025                By: /s/ *John T. Fetters*
                                            John T. Fetters, Esq., *pro hac vice*
                                            Washington I.D. No. 40800
                                            STOKES LAWRENCE, P.S.
                                            1420 Fifth Avenue, Suite 3000
                                            Seattle, WA 98101
                                            Phone:  (206) 626-6000
                                            Fax:     (206) 464-1496
                                            John.Fetters@stokeslaw.com