# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>      Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### JUNE 25, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Penn State's motion to amend or correct the Judgment (Doc. 342) is **GRANTED** and a permanent injunction shall issue;

2. Penn State's motion for attorneys' fees (Doc. 344) is **DENIED**; and

3. Defendants' motion to vacate costs taxed (Doc. 360) is **DENIED**.

                                                    BY THE COURT:

                                                    *s/ Matthew W. Brann*
                                                    Matthew W. Brann
                                                    Chief United States District Judge