# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>  Plaintiff and<br>  Counter-Claim Defendant,<br><br> v.<br><br>VINTAGE BRAND, LLC,<br><br>  Defendant and<br>  Counter-Claim Plaintiff,<br><br>and<br><br>SPORTSWEAR INC. d/b/a PREP SPORTWEAR; and CHAD HARTVIGSON,<br><br>  Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann)<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL

Pursuant to Rules 50(b) and 59(a) of the Federal Rules of Civil Procedure, and for the reasons sets forth in the accompanying Brief, Vintage Brand, LLC, Sportswear Inc., and Chad Hartvigson hereby renew their motions for judgment as a matter of law and, in the alternative, move for a new trial.

A proposed order is attached.

1

Dated: July 9, 2025.

Respectfully submitted,

By: */s/ Joshua D. Harms*
    Joshua D. Harms, Esq., *pro hac vice*
    John T. Fetters, Esq., *pro hac vice*
    Leslie Vander Griend, Esq., *pro hac vice*
    Valerie A. Walker, Esq., *pro hac vice*
    Washington I.D. Nos. 55679, 40800, 28090, 52584
    STOKES LAWRENCE, P.S.
    1420 Fifth Avenue, Suite 3000
    Seattle, Washington 98101
    Phone: (206) 626-6000
    Fax: (206) 464-1496
    Joshua.Harms@stokeslaw.com
    John.Fetters@stokeslaw.com
    Leslie.VanderGriend@stokeslaw.com
    Valerie.Walker@stokeslaw.com

    Mark P. McKenna, Esq., *pro hac vice*
    Illinois I.D. No. 6272699
    LEX LUMINA PLLC
    745 Fifth Avenue, Suite 500
    New York, New York 10151
    Phone: (646) 898-2055
    Fax: (646) 906-8657
    Mark@lex-lumina.com

    Marc H. Perry, Esq.
    PA Supreme Court I.D. No. 68610
    POST & SCHELL, P.C.
    1717 Arch Street, 24th Floor
    Philadelphia, Pennsylvania 19103
    Phone: (215) 587-1101
    Fax: (215) 320-4159
    mperry@postschell.com

        *Attorneys for Defendants*

## **CERTIFICATE OF NON-CONCURRENCE**

I, Joshua Harms, certify that, on July 8 and 9, 2025, I communicated with Plaintiff's counsel regarding possible concurrence with the foregoing Motion. Plaintiff's counsel stated that the University will oppose the Motion.

Dated: July 9, 2025.                By: /s/ *Joshua D. Harms*
                                          Joshua D. Harms, Esq., *pro hac vice*
                                          Washington I.D. No. 55679
                                          STOKES LAWRENCE, P.S.
                                          1420 Fifth Avenue, Suite 3000
                                          Seattle, WA 98101
                                          Phone:  (206) 626-6000
                                          Fax:    (206) 464-1496
                                          Joshua.Harms@stokeslaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 9th day of July 2025, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

      Courtney S. Schorr, Esquire
      McGuire Woods LLP
      Tower Two-Sixty
      260 Forbes Avenue, Suite 1800
      Pittsburgh, PA  15222-3142

      Claire H. Eller, Esq., *pro hac vice*
      Lucy J. Wheatley, Esq., *pro hac vice*
      David E. Finkleson, Esq., *pro hac vice*
      McGuire Woods LLP
      Gateway Plaza
      800 East Canal Street
      Richmond, VA  23219-3916

      Kyle S. Smith, Esq., *pro hac vice*
      McGuire Woods LLP
      501 Fayetteville St., Suite 500
      Raleigh, NC 27601

      Jessica S. Maupin, Esq., *pro hac vice*
      McGuire Woods LLP
      2000 McKinney Ave., Suite 1400
      Dallas, TX 75201
      *Attorneys for The Pennsylvania State University*

Dated:  July 9, 2025.              By: /s/ *Joshua D. Harms*
                                  Joshua D. Harms, Esq., *pro hac vice*
                                  Washington I.D. No. 55679
                                  STOKES LAWRENCE, P.S.
                                  1420 Fifth Avenue, Suite 3000
                                  Seattle, Washington 98101
                                  Phone:   (206) 626-6000
                                  Fax:      (206) 464-1496
                                  Joshua.Harms@stokeslaw.com