# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., dba PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-01091-MWB<br>Hon. Matthew W. Brann |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff The Pennsylvania State University hereby appeals to the Court of Appeals for the Third Circuit from the final judgment entered on June 25, 2025 (ECF 368) and all orders that merge into the final judgment, including but not limited to the order granting summary judgment in part to Defendants, issued on February 6, 2024 (ECF 195), as amended by the order entered on April 2, 2024 (ECF 212).

Dated: July 23, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MCGUIREWOODS LLP**
　　　　　　　　　　　　　　　　　　*By: /s/Lucy Jewett Wheatley*
　　　　　　　　　　　　　　　　　　Lucy Jewett Wheatley (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Claire Hagan Eller (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　Tel: (804) 775-4320

Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

David E. Finkelson (*Pro Hac Vice*)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 857-1700
Email: dfinkelson@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice)*
McGuireWoods LLP
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Courtney S. Schorr
Pa. I.D. No. 317370
McGuireWoods LLP
Tower Two Sixty – Suite 1800
260 Forbes Avenue
Pittsburgh, PA 15222
Tel: 412-667-6000
E-mail: cschorr@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Plaintiff's Notice Of Appeal with the Court using the CM/ECF system on July 23, 2025, which constitutes service on Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(E):

> Jodi S. Wilenzik, Esquire
> PA Supreme Court I.D. No. 89205
> Marc H. Perry, Esquire
> PA Supreme Court I.D. 6810
> POST & SCHELL, P.C.
> Three Logan Square
> 1717 Arch Street, 24th Floor
> Philadelphia, PA 19103
> jwilenzik@postschell.com
> mperry@postschell.com
>
> Leslie Vander Griend, Esquire (Pro Hac Vice)
> John Fetters, Esquire (Pro Hac Vice)
> Bradford J. Axel (Pro Hac Vice)
> Joshua D. Harms (Pro Hac Vice)
> Valerie A. Walker (Pro Hac Vice)
> Theresa H. Wang (Pro Hac Vice)
> STOKES LAWRENCE, P.S.
> 1420 Fifth Avenue, Suite 3000
> Seattle, WA 98101
> Leslie.VanderGriend@stokeslaw.com
> John.Fetters@stokeslaw.com
> josh.harms@stokeslaw.com
> valerie.walker@stokeslaw.com
> bja@stokeslaw.com
> Theresa.wang@stokeslaw.com
>
> Mark P. McKenna (Pro Hac Vice)
> Christopher Jon Sprigman (Pro Hac Vice)
> LEX LUMINA, PLLC
> 745 Fifth Avenue, Suite 500
> New York, NY 10151

mark@lex-lumina.com
chris@lex-lumina.com

By: /s/ Lucy Jewett Wheatley
Lucy Jewett Wheatley (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com

*Attorney for The Pennsylvania State University*