IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>    Plaintiff and<br>    Counter-Claim Defendant,<br><br>  v.<br><br>VINTAGE BRAND, LLC,<br><br>    Defendant and<br>    Counter-Claim Plaintiff,<br><br>and<br><br>SPORTSWEAR INC. d/b/a PREP SPORTWEAR; and CHAD HARTVIGSON,<br><br>    Defendants. | Case No. 4:21-cv-01091-MWB<br>(Hon. Matthew W. Brann) |

## DEFENDANTS' NOTICE OF CROSS-APPEAL

In accordance with Federal Rule of Appellate Procedure 4(a)(3), Defendants Vintage Brand, LLC, Sportswear Inc., and Chad Hartvigson hereby provide this Notice of Cross-Appeal to the Court of Appeals for the Third Circuit from the

1

judgment entered on June 25, 2025 (ECF 368) and all orders, including pending orders, that merge into the final judgment.[1]

Dated:  July 31, 2025.                    Respectfully submitted,


                              By: */s/ John T. Fetters*
                              John T. Fetters, Esq., *pro hac vice*
                              Joshua D. Harms, Esq., *pro hac vice*
                              Leslie Vander Griend, Esq., *pro hac vice*
                              Valerie A. Walker, Esq., *pro hac vice*
                              Washington I.D. Nos. 55679, 40800, 28090, 52584
                              STOKES LAWRENCE, P.S.
                              1420 Fifth Avenue, Suite 3000
                              Seattle, Washington 98101
                              Phone:  (206) 626-6000
                              Joshua.Harms@stokeslaw.com
                              John.Fetters@stokeslaw.com
                              Leslie.VanderGriend@stokeslaw.com
                              Valerie.Walker@stokeslaw.com

                              Mark P. McKenna, Esq., *pro hac vice*
                              Illinois I.D. No. 6272699
                              LEX LUMINA PLLC
                              745 Fifth Avenue, Suite 500
                              New York, New York 10151
                              Phone:  (646) 898-2055
                              Mark@lex-lumina.com

---

[1] If a party files a notice of appeal after the court announces or enters a judgment, but before it disposes of any post-trial motion enumerated by Federal Rule of Appellate Procedure 4(a)(4)(A)—which includes motions under Federal Rules of Civil Procedure 50(b) and 59(a)—the notice of appeal becomes effective to appeal a judgment or order when the order disposing of the last such remaining motion is entered. *Id.; see also* 2A Fed. Proc., L. Ed. § 3:582 (June 2025 update). Here, Plaintiff filed a Notice of Appeal, ECF 380, before the District Court has resolved Defendants' pending and timely post-trial motion under Rules 50(b) and 59(a) of the Federal Rules of Civil Procedure. *See* ECF 370–371. Therefore, Plaintiff's Notice of Appeal, this Notice of Cross-Appeal, and any Amended Notice of Appeal or Amended Notice of Cross-Notice of Appeal become effective only after the Court has disposed of Defendants' motion under Rules 50(b) and 59(a). By filing this Notice of Cross-Appeal, Defendants do not waive any arguments as to the timeliness of Defendants' motion under Rules 50(b) and 59(a), which was timely filed, and this Notice of Cross-Appeal is being filed at this time out of prudence and to preserve all rights of appeal.

Marc H. Perry, Esq.
PA Supreme Court I.D. No. 68610
POST & SCHELL, P.C.
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 587-1101
mperry@postschell.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 31st day of July 2025, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Courtney S. Schorr, Esquire
>McGuire Woods LLP
>Tower Two-Sixty
>260 Forbes Avenue, Suite 1800
>Pittsburgh, PA  15222-3142
>
>Claire H. Eller, Esq., *pro hac vice*
>Lucy J. Wheatley, Esq., *pro hac vice*
>David E. Finkleson, Esq., *pro hac vice*
>McGuire Woods LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA  23219-3916
>
>Kyle S. Smith, Esq., *pro hac vice*
>McGuire Woods LLP
>501 Fayetteville St., Suite 500
>Raleigh, NC 27601
>
>Jessica S. Maupin, Esq., *pro hac vice*
>McGuire Woods LLP
>2000 McKinney Ave., Suite 1400
>Dallas, TX 75201
>*Attorneys for The Pennsylvania State University*

Dated:  July 31st, 2025.					By: */s/John T. Fetters*
											John T. Fetters, Esq., *pro hac vice*
											Washington I.D. No. 40800
											STOKES LAWRENCE, P.S.
											1420 Fifth Avenue, Suite 3000
											Seattle, Washington 98101
											Phone:   (206) 626-6000
											Fax:      (206) 464-1496
											John.Fetters@stokeslaw.com