# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE PENNSYLVANIA STATE UNIVERSITY,** **Plaintiff,** v. **VINTAGE BRAND, LLC; SPORTSWEAR, INC., dba PREP SPORTSWEAR; and CHAD HARTVIGSON,** **Defendants.** | **Case No. 4:21-cv-01091-MWB** **Hon. Matthew W. Brann** |

## PENN STATE'S NOTICE REGARDING THIRD CIRCUIT'S ORDER STAYING APPEAL

Plaintiff The Pennsylvania State University ("Penn State") submits this Notice regarding the Third Circuit Clerk Order dated August 15, 2025 staying the cross-appeals arising from this matter. ECF 387. That Order states that the appeals are stayed until the disposition of the post-decision motion pending in this Court, referring to the Defendants 'motion seeking post-trial relief (ECF 370). Penn State notes that this form Order is not an adjudication of the timeliness of Defendants' motion, ECF 387 at 1 ("It appearing that a timely post-decision motion . . . is pending …"), and the Third Circuit neither requested nor received briefing on the timeliness question before this Court. *See* ECF 381 at 6-9.

1

Dated:  August 15, 2025	Respectfully submitted,

**MCGUIREWOODS LLP**
By: /s/Lucy Jewett Wheatley
Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2130
Email:  lwheatley@mcguirewoods.com
Email:  celler@mcguirewoods.com

David E. Finkelson (*Pro Hac Vice*)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 857-1700
Email: dfinkelson@mcguirewoods.com

Kyle S. Smith (*Pro Hac Vice*)
McGuireWoods LLP
501 Fayetteville St., Ste. 500
Raleigh, NC 27601
Tel: 919-835-5966
Fax: 919-755-6607
Email: ksmith@mcguirewoods.com

Courtney S. Schorr
Pa. I.D. No. 317370
McGuireWoods LLP
Tower Two Sixty – Suite 1800
260 Forbes Avenue
Pittsburgh, PA 15222
Tel: 412-667-6000
E-mail: cschorr@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on August 15, 2025, which constitutes service on Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Jodi S. Wilenzik, Esquire
>PA Supreme Court I.D. No. 89205
>Marc H. Perry, Esquire
>PA Supreme Court I.D. 6810
>POST & SCHELL, P.C.
>Three Logan Square
>1717 Arch Street, 24th Floor
>Philadelphia, PA 19103
>jwilenzik@postschell.com
>mperry@postschell.com
>
>Leslie Vander Griend, Esquire (Pro Hac Vice)
>John Fetters, Esquire (Pro Hac Vice)
>Bradford J. Axel (Pro Hac Vice)
>Joshua D. Harms (Pro Hac Vice)
>Valerie A. Walker (Pro Hac Vice)
>Theresa H. Wang (Pro Hac Vice)
>STOKES LAWRENCE, P.S.
>1420 Fifth Avenue, Suite 3000
>Seattle, WA 98101
>Leslie.VanderGriend@stokeslaw.com
>John.Fetters@stokeslaw.com
>josh.harms@stokeslaw.com
>valerie.walker@stokeslaw.com
>bja@stokeslaw.com
>Theresa.wang@stokeslaw.com
>
>Mark P. McKenna (Pro Hac Vice)
>Christopher Jon Sprigman (Pro Hac Vice)
>LEX LUMINA, PLLC
>745 Fifth Avenue, Suite 500
>New York, NY 10151

mark@lex-lumina.com
chris@lex-lumina.com

By: /s/ Lucy Jewett Wheatley
Lucy Jewett Wheatley (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com

*Attorney for The Pennsylvania State University*