# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC; SPORTSWEAR, INC., d/b/a PREP SPORTSWEAR; and CHAD HARTVIGSON,<br><br>Defendants. | No. 4:21-CV-01091<br><br>(Chief Judge Brann) |

## ORDER

### OCTOBER 31, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion for judgment as a matter of law or, alternatively, for a new trial (Doc. 370) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge